

RECEIVED
OCT 3 0 2014
BY: _kg_

## CLAIM FOR DAMAGE OR INJURY

1. Claims for death, injury to person, or to personal property must be filed not later than six months after the occurrence (Gov. Code, Sec. 911.2)

2. Claims for damages to real property must be filed not later than 1 year after the occurrence (Gov. Code, Sec. 911.2)

TO: CITY OF IMPERIAL

CITY OF IMPERIAL
420 S. IMPERIAL AVE.
IMPERIAL, CA 92251

| Name of Claimant | Address | Zip | Phone | Age |
|---|---|---|---|---|
| Alexis and Jayden Yancy, by and through their Guardian Ad Litem, Katherine Hernandez | 1334 Valley View Ave. El Centro, CA 92243 | | (619) 252-2149 | Alexis Yancy - 14  Jayden Yancy - 8 |
| Bill Bender Bender & Gritz, APLC | 350 Tenth Ave, Suite 900 | | San Diego, CA  92101 | |

Address to which Claimant wishes notices sent

WHEN did damage or injury occur? 05/11/2014 around 1:30 PM

WHERE did damage or injury occur? At/Near the intersection of Imperial Avenue and East 15th Street in Imperial, California

HOW and under what circumstances did damage or injury occur? Please See Attachment A

WHAT particular action by the City, or its employees, caused the alleged damage or injury? (Include names of employees, if known) Please See Attachment A

WHAT sum do you claim? Include the estimated amount of any prospective loss, insofar as it may be known at the time of the presentation of this claim, together with the basis of computation of the amount claimed: (Attach estimates or bills, if possible)

Alexis Yancy $ 5,000,000

Jayden Yancy $ 5,000,000

$

Total Amount Claimed $10,000,000

NAMES and addresses of witnesses, Doctors and Hospitals:
(1) Kimberly Perez, 1753 El Centro St., No. 4, Seeley, CA 92273; (2) Lorena Samaniego, 200 N. 12th St., El Centro, CA 92243; and (3) Kimberly Flores, 412 Conestoga Ln., Imperial, CA 92251

_____          10-24-14
Signature of Claimant                    Date

# ATTACHMENT A TO LIABILITY CLAIM AGAINST CITY OF IMPERIAL

On May 11, 2014, at approximately 1:30 p.m., California Highway Patrol (CHP) officers pulled over driver Tom Yancy. Upon pulling over Mr. Yancy, City of Imperial Police officers arrived to the scene and joined forces with the CHP. The officers asked Mr. Yancy, a father of two, to step out of the car. For no apparent reason, Imperial Police officers used excessive force and assisted in unleashing a K-9 German Shepard onto Mr. Yancy. In an effort to protect himself, Mr. Yancy defended himself from the K-9. As Mr. Yancy struggled against the K-9, the officers then used excessive force in pinning him to the ground and also discharged a taser gun. Mr. Yancy then became unresponsive and later died from the officers' use of excessive force.

Claimants are Mr. Yancy's surviving children, Alexis (age 14) and Jayden (age 8) Yancy. Mr. Yancy's children are represented through their Guardian Ad Litem, Katherine Hernandez. The children have lost their father and have suffered, among other things, loss of enjoyment of life, inconvenience, grief, anxiety, emotional distress, and the financial benefits of having their father in their lives.

The City of Imperial, the Imperial Police Department, and the Imperial Police officers involved are liable for the wrongful death of Claimants' father, negligence, battery, and civil rights violations including Section 52.1 of the California Civil Code. The City of Imperial and the Imperial Police Department are also at fault for the negligent hiring, training, and supervision of the Imperial officers involved in the incident.

Claimants' basis of computation of the amount claimed stems from Claimants' loss of enjoyment of life, inconvenience, grief, anxiety, emotional distress, and financial benefits of having Claimants' father in their lives.


Executed on: 10-24-14

Executed at: SAN DIEGO, CA

_____
(signature of Claimant or Representative)