William E. Bender, Esq. (SBN 167887)
Michael B. Sayre, Esq. (SBN 99121)
BENDER & GRITZ, APLC
350 10th Avenue, Suite 900
San Diego, CA 92101
Tel:    (619) 515-0222
Fax:    (619) 515-0221
E-mail: bbender@bendergritz.com

David A. Fox, Esq. (SBN: 254651)
FOX LAW, APC
1221 Camino Del Mar
Del Mar, CA 92014
Tel:    (858) 256-7616
Fax:    (858) 256-7618
E-mail: dave@foxlawapc.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS YANCY and JAYDEN YANCY, by and through their Guardian Ad Litem, CATHERINE HAWK, individually and on behalf of the Estate of Tommy Yancy, Junior, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>Defendants. | Case No. 3:15-cv-0580-JM-PCL<br><br>**APPLICATION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND THIRD AMENDED COMPLAINT**<br><br>Judge:   Hon. Jeffrey T. Miller<br>Ct. Rm.:  5D |

In their Proposed Third Amended Complaint, and in their Motion for Leave to Amend, Plaintiffs cite to facts derived from documents that Defendants have designated "CONFIDENTIAL" pursuant to the Protective Order entered July 5, 2016, (ECF No. 67).

The Protective Order provides: "If the parties seek to file any of the CONFIDENTIAL documents in support of any future pleadings or motions or for use at trial, the party must first proceed with an application to request that the records be

1

kept under seal pursuant to Southern District Civil Local Rule 79.2." (ECF No. 67 at 4.) Civil Local Rule 79.2 states in relevant part: "Documents that are to be filed under seal must be accompanied by an order sealing them. If the order is also to be filed under seal, it must so state."

Plaintiffs are thus obligated to file an application to seal those portions of their Motion for Leave to Amend and proposed Third Amended Complaint that reference material designed "CONFIDENTIAL" pursuant to the Protective Order, but Plaintiffs are not required to argue in favor of sealing.

In fact, it is Plaintiffs' position that the material marked "CONFIDENTIAL" by Defendants does not fall within the category of information that should be shielded from public view. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (requiring "compelling reasons" to seal materials submitted in connection with dispositive motion); *see Mueller Co. v. U.S. Pipe & Foundry Co.*, 351 F. Supp. 2d 1, 2 (D.N.H. 2005) (noting that denial of a motion to amend is dispositive and therefore subject to *de novo* review); *see also HCC, Inc. v. RH & M Mach. Co.*, 39 F. Supp. 2d 317, 321-22 (S.D.N.Y. 1999) (denial of leave to amend is dispositive when premised on futility).

Plaintiffs have fulfilled their obligation under the Protective Order by publicly filing *redacted* versions of their Motion for Leave to Amend and proposed Third Amended Complaint and by filing this Application, attached to which are *unredacted* versions of the foregoing documents. *See* S.D. Cal. Elec. Case Filing Admin. Policies & Proc. Manual § 2.j.

Plaintiffs propose that Defendants have an opportunity to demonstrate that "compelling reasons" justify sealing the attached, unredacted documents. If, however, Defendants do not demonstrate that sealing these documents is justified (either because they do not file a response to this Application or because the Court rejects the substance of such a response), Plaintiffs propose that the Court order the Clerk of Court to publicly

file the attached, unredacted documents on the docket in this matter. The Electronic Case Filing Administrative Policies and Procedures Manual for this district allows for such a procedure:

> Any document submitted for filing under seal in civil cases must be accompanied by a motion authorizing such filing. In civil cases the motion to seal will be filed as a public document using the appropriate CM/EC event located under the "Sealed Documents" category. The proposed document to be filed under seal must be lodged electronically using the "Sealed Lodged Proposed Document" event located under the "Sealed Documents" category.
>
> If the motion to seal is granted, the judge will issue an order authorizing the electronic filing by the Clerk's Office of the lodged proposed document under seal. If the motion to seal is denied, the document will remain lodged under seal without further consideration *absent contrary direction from the Court*.

S.D. Cal. Elec. Case Filing Admin. Policies & Proc. Manual § 2.j.

Dated: March 6, 2017              FOX LAW, APC

                                  By:   s/ David A. Fox\_\_\_

                                        David A. Fox, Esq.

                                  Attorneys for Plaintiffs