# WERNER U. SPITZ, M.D., FCAP

*Forensic Pathology and Toxicology*
23001 Greater Mack
St. Clair Shores, Michigan 48080

Phone: 586 776-2060   Fax: 586 776-8722

Diane L. Lucke, B.S.                                             E-mail: wuspitz@aol.com
Administrative Assistant/Office Manager

February 23, 2017

Bill Bender, Esq.
Bender & Gritz
Diamond View Tower
350 Tenth Avenue, Suite 900
San Diego, CA 92101

Re:   Tommy Yancy v California Highway Patrol
      Our File No: 6450

Dear Mr. Bender:

I am in receipt and have reviewed the following items which you sent to me for my review and opinion of how Tommy Yancy died.

- Coroner's report
- Autopsy protocol
- Toxicology report
- Autopsy photographs
- Postmortem x-ray films
- CICI report including photographs
- Photographs of blood on patrol car window
- Paramedic and ER records
- Summary of Tommy Yancy's medical chronology
- Incident videos provided from the Cardenas deposition exhibits described as:
    Gonzales MVAR
    Video 407 and 408
    AM/PM Cam 11
    Witness Stabilized – Cropped

According to the records, Tommy Yancy (5'11" [71"] – 260 lbs) was an overweight, 32 year old, African American male with a BMI of 36.3.

Bill Bender, Esq.
Re: Tommy Yancy v California Highway Patrol
February 23, 2017
Page two

On May 11, 2014, at approximately 1:22 PM, Tommy Yancy, the driver and sole occupant of a vehicle, was pulled over by California Highway Patrol (CHP) officers. When Officer Gilbert Caldera approached the vehicle, he smelled the odor of marijuana coming from inside, whereupon he ordered Yancy out of the car, to which Yancy refused to comply. A struggle developed, with the officers who arrived on scene pursuant to Caldera's call for backup, in which Yancy was bitten by a police dog, tazed and handcuffed. The records indicate that eleven officers from three jurisdictions arrived on scene. One of the videos shows at least five, maybe six officers swarming and bent over Yancy, pushing him down as he is in prone position, trying to rise to enable his breathing, while additional officers are standing by.

Rudolfo Barron, the Deputy Coroner who investigated the death of Tommy Yancy, described viewing videos showing the arrest, the struggle, Yancy being taken to the ground and being held by the neck which caused him to become unresponsive. The Deputy Coroner states on Pages 8 and 9 of his report "at approximately 1:43 PM, the decedent (Yancy) was being escorted by Officer Caldera, toward the unit that had a camera recording. Officer Caldera is seen holding onto the decedents left arm with his left arm and has his right hand at the base of the decedent's neck while he escorts him." "Seconds later officers are seen struggling over someone on the ground." At 1:46 PM, the officers appear to notice Yancy is in distress and start rendering CPR.

EMTs took Yancy to the hospital where he was pronounced dead at 2:36 PM.

On May 13, 2014, at approximately 9:55 AM, an autopsy was performed by Dr. Darryl J. Garber. The autopsy report indicates Yancy had a protuberant anterior abdominal wall when in supine position on the autopsy table. Further, external examination of the body reveals multiple abrasions, contusions and lacerations of

Bill Bender, Esq.
Re:   Tommy Yancy v California Highway Patrol
February 23, 2017
Page three

the face, posterior torso, bilateral upper and bilateral lower extremities. Some of these injuries are consistent with prone restraint during a struggle, the facial injuries are consistent with blood on the side of a vehicle depicted in photograph labeled (Yancy – bloody window photo img_2037). It appears that this may have occurred when Yancy rubbed up against the side of the vehicle during the arrest.

The cause of death was listed as "Agitated behavior associated with marijuana intake needing restraint and other unknown factors." The manner of death was determined as Accident. Hypertrophic cardiomyopathy contributed to death.

Findings at the autopsy included a fractured hyoid with fresh hemorrhage surrounding the fracture site. The hyoid is a horse shoe shaped bony structure situated in back of the lower jaw. The base of the tongue rests on the hyoid. Fracture of the hyoid usually occurs when pressure/compression is applied to the neck either by a hand, as in strangulation, or by an arm, so-called bar arm or choke-hold, or by a karate chop or similar type of force. In and of itself, a fractured hyoid is not a fatal injury however, its presence indicates significant trauma to the neck area.

All facts considered in this case, there can be no doubt that significant trauma was applied to Tommy Yancy's upper neck during the struggle with police during a traffic stop on May 11, 2014. It is this trauma which led to Yancy's death.

Essentially, the type of trauma in cases where the hyoid is found to be fractured is akin to strangulation. Since, compression of the neck or swelling of the delicate soft tissues of the throat lead to obstruction of the airway and is always associated with air hunger and conscious pain and suffering, interference with the ability to breathe and fear of doom, fear of death. An individual who is subjected to interference with their ability to breathe will always fight back,

EXHIBIT F at p. 3

Bill Bender, Esq.
Re:   Tommy Yancy v California Highway Patrol
February 23, 2017
Page four

always with all the energy they can muster. This is the instinct of survival. When a person cannot breathe, they realize very quickly their death is imminent and they fight with all they have.

The brain weighs approximately 2% of body weight but the brain is more susceptible to oxygen deprivation than any other organ, requiring 20% of total available oxygen (Medical Physiology, Guyton and Hall, Elsevier and Saunders, 2006). To have this quantity of oxygen available, unencumbered breathing must remain uninterrupted at all times.

The issue of respiratory impairment due to restraint has been explored by the Canadian Police Research Centre. Their report states "respiratory impairment becomes particularly crucial when a weapon is used or restraint is applied during, or at the end of a prolonged physical struggle. The ability to breathe freely is critical as the body tries to return to homeostasis and compensate for metabolic acidosis incurred during periods of prolonged anaerobic activity, such as that incurred during a prolonged struggle. During such struggle, rapid breathing allows the body to eliminate $CO_2$, allowing pH to remain constant; suppression of effective respiration may inhibit the body's ability to compensate." (Manojlovic, D., Hall, C., Laur, D., Goodkey, S., Lawrence, C., Shaw, L., St-Amour, S., Neufeld, A., and Palmer, S. (2005). *Review of Conducted Energy Devices*. Canadian Police Research Centre: Ottawa (Canada). TR-01-2006.)

As shown by the autopsy, Tommy Yancy was a well-developed and healthy individual with a slight enlargement of the heart 490 grams (normal heart weight up to 400 grams in a normal weight individual). Yancy was overweight, weighing 260 pounds. Consequently, mild enlargement of the heart is not unusual. Further, enlargement of the heart, as in this case, is treatable with medication.

Bill Bender, Esq.
Re:   Tommy Yancy v California Highway Patrol
February 23, 2017
Page five

Lastly, and with all due respect to my colleague, Dr. Garber, Tommy Yancy did not die nor was his death in any way related to the use of marijuana or any other mind altering drug. Marijuana is a sedative. To my knowledge, no death from the use of marijuana has as yet been published. Neither is this death due to cardiomegaly.

The autopsy and his medical history revealed no findings to suggest anything but a normal life expectancy, currently estimated to at least age 80, based on the life expectancy charts of the major life insurance companies and the CDC.

But for Tommy Yancy's restraint with interference of his ability to breathe, Yancy would still be alive today, with a normal life expectancy of at least an additional 50 years.

My opinions are based on the education, training and experience and are rendered to a reasonable degree of medical certainty.

Sincerely yours,

Werner U. Spitz, M.D.

WUS:dll
Dk:bend022317cor6450