# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Vincent J.M. Di Maio, M.D. |
| ADDRESS: | 10 Carriage Hills<br>San Antonio, Texas 78257<br>(210) 698-1400<br>vincent_dimaio@yahoo.com |
| BIRTHDATE: | March 22, 1941 |
| BIRTHPLACE: | Brooklyn, New York |
| COLLEGE: | St. John's University, 1958-1961 |
| MEDICAL SCHOOL | State University of New York<br>Downstate Medical Center, 1961-1965 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Internship in Pathology: | Duke University Hospital, Durham, NC<br>July 1, 1965 - June 30, 1966 |
| Residency in Pathology: | State University - Kings County<br>Medical Center, Brooklyn, NY<br>June 1, 1966 - June 30, 1969 |
| Fellow in Forensic Pathology: | Office of the Chief Medical Examiner<br>of Maryland, Baltimore, Maryland,<br>July 1, 1969 - June 30, 1970 |

## BOARD CERTIFICATION

American Board of Pathology, ANATOMICAL PATHOLOGY, 1970

American Board of Pathology, CLINICAL PATHOLOGY, 1970

American Board of Pathology, FORENSIC PATHOLOGY, 1971

1

## MILITARY SERVICE

Major, Medical Corps, United States Army Reserve. Active duty: July 1, 1970 - June 30, 1972. Assigned to the Armed Forces Institute of Pathology, Washington, D.C.

## PRESENT POSITIONS

| | |
|---|---|
| Consultant in Forensic Medicine and Pathology | March 1, 1981 - present |
| Editor-In-Chief | American Journal of Forensic Medicine and Pathology, January 1, 1992, to present |
| Member | Texas Forensic Science Commission, 10/31/2011 to present |
| Presiding Officer (Chair) | Texas Forensic Science Commission, 3/27/2012 to present |
| Commissioner | National Commission on Forensic Science 1/10/2014 to present |
| Member | Texas Innocence Defense Commission (Timothy Cole Exoneration Review Commission) 10/2015 to present |
| Consultant | Bexar County Medical Examiner's Office, 1/01/07 to present & Central Texas Autopsy, 1/01/13 to present |

## PRIOR POSITIONS

| | |
|---|---|
| Chief Medical Examiner | Bexar County, San Antonio, Texas March 1, 1981, to December 31, 2006 (retired) |
| Director | Bexar County Criminal Investigation Laboratory San Antonio, Texas March 1, 1981 - April 15, 1997 |
| Medical Examiner | Office of the Dallas County Medical Examiner, Dallas, TX, July 1, 1972 - February 28, 1981 |
| Chief, Wound Ballistics Section | Forensic Pathology Branch, Armed Forces Institute of Pathology, July 1, 1971 – June 1971 |

2

| | |
|---|---|
| Chief, Legal Medicine Section | Forensic Pathology Branch, Armed Forces Institute of Pathology, Sept. 1, 1970 - June 30, 1971 |
| Professor | Department of Pathology, University of Texas Health Science Center at San Antonio, February 1, 1987, to December 31, 2006 |
| Associate Professor | Dept. of Pathology, University of Texas Health Science Center at Dallas, September 1, 1977 - February 28, 1981 |
| Assistant Professor | Dept. of Pathology, University of Texas Health Science Center at Dallas, September 1, 1974 - August 31, 1977 |
| Instructor | Dept. of Pathology, University of Texas Health Science Center at Dallas, July 1, 1972 - August 31, 1974 |
| Consultant | Saville Inquiry into "Bloody Sunday", 2003-2004 |
| Consultant | Assassination Records Review Board, Washington D.C. |
| Consultant | United Nations Office of the Prosecutor for the International Criminal Tribunal for the Former Yugoslavia (September 1997 - February 1998) |
| Board of Directors | National Association of Medical Examiners 1979-1984; 2004 to 2009 |
| Member | Working group to develop standards/guidelines for medical examiners, Standards, Inspections and Accreditation Committee of the National Association of Medical Examiners |
| Member | Strategic Planning Committee of National Association of Medical Examiners, 1999 to 2001; 2003-2011 |

## PROFESSIONAL OFFICES

| | |
|---|---|
| Board of Editors | American Journal of Forensic Medicine and Pathology, February 1980 - |
| Board of Editors | Legal Medicine (Japanese Soc. of Legal Med), 1999 - |

3

## PRIOR PROFESSIONAL OFFICES

| | |
|---|---|
| Board of Editors | Journal of Forensic Sciences, February 1980 - 2000 |
| Chairman | Council on Forensic Pathology, American Society of Clinical Pathologists, 1979 - 1982 |
| Member | Council on Forensic Pathology, American Society of Clinical Pathologists, 1976 - 1982 |
| Editor | Forensic Science Gazette, Sept. 1, 1974 December 31, 1980 |
| Editorial Board | Pathologist, College of American Pathologists, 1980 - 1983 |
| Consultant | Department of Pathology, Baylor University Medical Center, Dallas, Texas, July, 1980 - February, 1981 |

## PROFESSIONAL MEMBERSHIPS

Fellow, American Academy of Forensic Sciences (1970 to present)

National Association of Medical Examiners (1971 - present)

## AWARDS

"The CCE Commissioners' Medal" by The American Society of Clinical Pathologists

The "Jean R. Oliver, M.D. Master Teacher Award", presented by the Alumni Association of the State University of New York-Downstate Medical Center. Brooklyn, New York, May 12, 1990; May 2015

"The George E. Gantner Jr., Memorial Award" presented by the National Association of Medical Examiners, Baltimore, MD, September 16, 1997

"Outstanding Service Award" presented by the National Association of Medical Examiners, Minneapolis, Minn. October 19, 1999

"Milton Helpern Award" Presented by the Pathology/Biology Section American Academy of Forensic Sciences Chicago Illinois, February 19, 2003

Milton Helpern Laureate Award Presented by the National Association of Medical Examiners, October 17, 2006

## BOOKS

1. Di Maio T.G. and Di Maio V.J.M. **Excited Delirium Syndrome.** CRC Press Inc. Boca Raton, Fl, 2006

2. Di Maio, V.J.M. and Di Maio, D. **Forensic Pathology**. 2nd ed. CRC Press Inc., Boca Raton, FL, 2001

    (Di Maio, V.J.M. and Di Maio, D. Medycyna sądowa Urban & Partner 2005.)

3. Di Maio, V.J.M. **Gunshot Wounds** - Practical Aspects of Firearms, Ballistics and Forensic Techniques. 3rd ed. CRC Press Inc., Boca Raton, FL, 2015.

    (Di Maio, V.J.M. Hewridas Por Arma de Fuego – Aspectos practicos sobre las armas de fuego, balistica y tecnicas forenses. Ediciones La Rocca, Buenos Aires, 1999)

    (Di Maio, V.J.M. Blessares Par Armes a Feu - Aspects pratiques des armes a feu, de la balistique et des techniques medico-legales. Masson, Paris, 1991)

4. Di Maio, V.J.M. and Dana, S.E. **Handbook of Forensic Pathology.** 2nd ed. CRC Press Inc., Boca Raton, FL, 2006

    (Di Maio, V.J.M. and Dana, S.E. Manual de Patologia Forense. EdicionesDiaz de Santos, S.A. Madrid, Espana, 2003)

5. Di Maio, V.J.M. (Editor) **Symposium on Forensic Pathology - Clinics in Laboratory Medicine.** Vol. 3, No. 2, June 1983, W.B. Saunders Co., Phil, PA.

## ARTICLES

1. DiMaio, D.J., Zeichner, M., DiMaio, V.J.M. "Sudden Death in a Woman with Unsuspected Idiopathy Pulmonary Hemosiderosis", JAMA, 206:2520-2522, 1968.

2. Minkowitz, S., Zeichner, M., DiMaio, V.J.M. "Cystosarcoma Phyllodes: A Unique Case with Multiple Unilateral Lesions and Ipsilateral Axillary Metastasis", J. Path. Bact., 96:514-517, 1968.

3. DiMaio, V.J.M., Spitz, W.U. "Injury by Birdshot", J. Forensic Sci., 15:396-402, 1970.

4. Spitz, W.U., Sopher, I.M., DiMaio, V.J.M. "Medicolegal Investigation of a Bomb Explosion in an Automobile", J. Forensic Sci., 15:537-552, 1970.

5. DiMaio, V.J.M., DiMaio, D.J. "A Postpartum Dissecting Coronary Aneurysm", NY State J. Med., 71:767-769, 1971.

6. DiMaio, V.J.M., Spitz, W.U. "Variations in Wounding due to Unusual Firearms and Recently Available Ammunition", J. Forensic Sci., 17:377-386, 1972.

7. DiMaio, V.J.M., DiMaio, D.J. "Bullet Emboli: Six Cases and a Review of the Literature", J. Forensic Sci., 17:394-398, 1972.

8. DiMaio, V.J.M., DiMaio, D.J. "An Unsuspected Stab Wound of the Brain", Military Med., 137:434-435, 1972.

9. DiMaio, V.J.M. "Wound Ballistics", J. Assoc. Firearms/Toolmark Examiners, 4:27-29, 1972.

10. DiMaio, V.J.M., Jones, J.A., Petty, C.S. "Ammunition for Police: A Comparison of the Wounding Effects of Commercially Available Cartridges", J. Police Sci. Adminis., 1:269-273, 1973.

11. DiMaio, V.J.M., Mullick, F.G., Henry, L.D. "Hexachlorophene Poisoning" J. Forensic Sci., 18:303-308, 1973.

12. DiMaio, V.J.M. "Accidental Hangings due to Pacifiers", JAMA, 226:790, 1973.

13. Sturner, W.Q., DiMaio, V.J.M. "Fatal Hyperglycemia and Acidosis Following Pancake Syrup Ingestion", AACTion (Newsletter of the Amer. Acad. Clin. Toxicol.), 1:3-5, 1973.

14. DiMaio, V.J.M. "From Dallas to Chappaquiddick: A Tale of Failure", J. Canad. Soc. Forensic Sci., 7:127-128, 1974.

15. Henry, L.D., DiMaio, V.J.M. "A Fatal Case of Hexachlorophene Poisoning", Military Med., 139:41-42, 1974.

16. DiMaio, D.J., DiMaio, V.J.M. "Two Deaths Caused by a Lack of Oxygen in a Water Vault", J. Forensic Sci., 19:398-401, 1974.

17. DiMaio, V.J.M., Garriott, J.C. "Lethal Caffeine Poisoning in a Child", Forensic Sci., 3:275-278, 1974.

18. DiMaio, V.J.M., Henry, L.D. "Chloroquine Poisoning", Southern Med. J., 67:1031-1035, 1974.

19. DiMaio, V.J.M., Berstein, C.G. "A Case of Infanticide", J. Forensic Sci., 19:744-754, 1974.

20. DiMaio, V.J.M., Jones, J.A. "Deaths due to Accidental Discharge of a Dropped Handgun", J. Forensic Sci., 19:759-767, 1974.

21. DiMaio, V.J.M., Jones, J.A., Caruth, W.W., et.al. "A Comparison of the Wounding Effects of Commercially Available Handgun Ammunition Suitable for Police Use", FBI Law Enforcement Bull., 43:3-8, 1974.

22. DiMaio, V.J.M., Garriott, J.C. "A Fatal Dose of Paraldehyde During Treatment of a Case of Delirium Tremens", J. Forensic Sci., 19:755-758, 1974.

23. DiMaio, V.J.M., Minette, L.J., Johnson, S. "Three Deaths due to Revolver Shot Shell Cartridges", Forensic Sci., 4:247-252, 1974.

24. DiMaio, V.J.M., Garriott, J.C., Putman, R. "Digoxin Concentration in Postmortem Specimens after Overdose and Therapeutic Use", J. Forensic Sci., 20:340-347, 1975.

25. DiMaio, V.J.M., Jones, J.A., Caruth, W.W., et.al. "The Effectiveness of Snub-Nose Revolvers and Small Automatic Pistols", FBI Law Enforcement Bull., 44:10-13, 1975.

26. DiMaio, V.J.M. "Homicidal Death by Air Rifle", J. Trauma, 15:1034-1037, 1975.

27. DiMaio, V.J.M. and Froede, R. "Allergic Reactions to the Tine Test", JAMA, 233:769, 1975.

28. DiMaio, V.J.M. "Two Anaphylactic Deaths Following Chemonucleolysis", J. Forensic Sci., 21:187-190, 1976.

29. DiMaio, V.J.M., Petty, C.S., Stone, I.C. "An Experimental Study of Powder Tattooing of the Skin", J. Forensic Sci., 21:367-372, 1976.

30. DiMaio, V.J.M., Garriott, J.C. "Intravenous Abuse of Propylhexedrine", J. Forensic Sci., 22:152-158, 1977.

31. DiMaio, V.J.M., Zumwalt, R.E. "Rifle Wounds from High Velocity Centerfire Hunting Ammunition", J. Forensic Sci., 22:132-140, 1977.

32. DiMaio, V.J.M., Sturner, W.Q., Coe, J. "Sudden and Unexpected Deaths After the Acute Onset of Diabetes Mellitus", J. Forensic Sci., 22:147-151, 1977.

33. Garriott, J.C., DiMaio, V.J.M., Zumwalt, R.E. and Petty, C.S. "Incidence of Drugs and Alcohols in Fatally Injured Motor Vehicle Drivers", J. Forensic Sci., 22:383-389, 1977.

34. Stone, I.C. and DiMaio, V.J.M. "Metallic Residues in Gunshot Wounds", AFTE Journal, 9:31-36, 1977.

35. White, L. and DiMaio, V.J.M. "Intravenous Propylhexedrine and Sudden Death", NEJM, 297:1071, 1977.

36. DiMaio, V.J.M., Garriott, J.C. "Four Deaths Resulting in Abuse of Nitrous Oxide", J. Forensic Sci., 23:169-172, 1978.

37. Stone, I.C., DiMaio, V.J.M. and Petty, C.S. "Gunshot Wounds: Visual and Analytical Procedures", J. Forensic Sci., 23:361-367, 1978.

38. Kirkpatrick, J. and DiMaio, V.J.M. "Civilian Gunshot Wounds of the Brain", J. Neurosurgery, 49:185-198, 1978.

39. Norton, L.E., DiMaio, V.J.M. and Zumwalt, R.E. "Spontaneous Pneumothorax in the Newborn: A Report of Two Fatalities", J. Forensic Sci., 23:508-510, 1978.

40. DiMaio, V.J.M. and Garriott, J.C. "Four Deaths due to Intravenous Injection of Cocaine", Forensic Science, 12:119-125, March/April 1979.

41. White, K.M. and DiMaio, V.J.M. "Gunshot Wounds: Medicolegal Responsibilities of the E.R. Nurse", Journal of Emergency Nursing, 5:29-35, March/April, 1979.

42. Anderson, R.J., Garza, H.R., Garriott, J.C. and DiMaio, V.J.M. "Intravenous Propylhexedrine (Benzedrex$^R$) Abuse and Sudden Death", Amer. J. Med., 67:15-20, 1979.

43. Norton, L.E., DiMaio, V.J.M. and Gilchrist, T.F. "Iron Staining of the Hands in Suicides with Firearms", J. Forensic Sci., 24:608-609, July 1979.

44. Petty, C.S. and DiMaio, V.J.M. "The Medical Community and the Medical Examiner", Dallas Medical Journal, 65:288-294, 1979.

45. DiMaio, S.J., DiMaio, T.M., DiMaio, V.J.M., Nicastri, A.D. and Chen, C.K. "Oncocytic Carcinoma of the Nasal Cavity: A Case Report and Review of the Literature", Southern Medical Journal, 73:803-806, 1980.

46. DiMaio, V.J.M. and DiMaio, S.J. "Fatal Water Intoxication in a Case of Psychogenic Polydipsia", J. Forensic Sci., 25:332-335, 1980.

47. DiMaio, S.J., DiMaio, V.J.M. and Kirkpatrick, J. "Sudden Death due to Primary Intracranial Neoplasm", Amer. J. Forensic Med. and Path., 1:29-46, March 1980.

48. DiMaio, V.J.M. "Penetration and Perforation of Skin by Bullets and Missiles - A Review of the Literature", Amer. J. Forensic Med. and Path., 2:107-110, June 1981.

49. Tate, L.G., DiMaio, V.J.M. and Davis, J.H., "Rebirth of Exploding Ammunition", J. Forensic Sci., 26:636-644, October 1981.

50. Norton, L.E., Garriott, J.C. and DiMaio, V.J.M. "Drug Detection at Autopsy: A Prospective Study of 247 Cases", J. Forensic Sci., 27:66-71, January 1982.

51. DiMaio, V.J.M., Copeland, A.R., Besant-Matthews, P.E., Fletcher, L.A. and Jones, A. "Minimal Velocities Necessary for Perforation of Skin by Airgun Pellets and Bullets, J. Forensic Sci., 27:894-898, October 1982.

52. Garriott, J.C., DiMaio, V.J.M. and Petty, C.S. "Death by Poisoning: A 10-Year Survey of Dallas County", J. Forensic Sci., 27:868-879, October 1982.

53. DiMaio, V.J.M., DiMaio, S.M., Garriott, J.C. and Simpson, P. "A Fatal Case of Lead Poisoning due to a Retained Bullet", Amer. J. of Forensic Med. and Path., 4:165-169, June 1983.

54. Garriott, J.C. and DiMaio, V.J.M. "Death in the Dental Chair: Three Drug Fatalities in Dental Patients", J. of Toxicology - Clinical Toxicology, 19:987-995, 1982-3.

55. Norton, L.E., Cottone, J.A., Sopher, I.M. and DiMaio, V.J.M. "The Exhumation and Identification of Lee Harvey Oswald", J. Forensic Sci., 29:1:19-38, January 1984.

56. Rao, V.J., May, C.L. and DiMaio, V.J.M. "The Behavior of the Expanding Point of .25 ACP Ammunition in the Human Body", The Amer. J. of Forensic Med. and Path., 5:1:37-39, March 1984.

57. Garriott, J.C., Rodriguez, R. and DiMaio, V.J.M. "A Death from Fentanyl Overdose" J. of Analytic Tox., 8:288-289, Nov/Dec 1984.

58. DiMaio, V.J.M. and Garriott, J.C. "How Valid is the 0.10 Percent Alcohol Level as an Indicator of Intoxication?", Pathologist, 39:3:31-33, March 1985.

59. DiMaio, V.J.M. "Subscleral Hemorrhage", Amer. J. of Forensic Med. and Path., 6:95, March 1985.

60. DiMaio, V.J.M., Dana, S.E. and Bux, R.C. "Deaths Caused by Restraint Vests", JAMA, 255:905, 1986.

61. Garriott, J.C., DiMaio, V.J.M. and Rodriguez, R.G. "Detection of Cannabinoids in Homicide Victims and Motor Vehicle Fatalities", J. Forensic Sci., 31:4:1274-1282, October 1986.

62. DiMaio, V.J.M., Dana, S.E., Taylor, W.E. and Ondruske, J. "Use of Scanning Electron Microscopy and Energy Dispersive X-ray Analysis (SEM-EDXA) in Identification of Foreign Material on Bullets", J. Forensic Sci., 32:1:38-47, January 1987.

63. DiMaio, V.J.M. "Sudden Unexpected Deaths due to Massive Non-Traumatic Intra-Abdominal Hemorrhage in Association with Cirrhosis of the Liver", Amer. J. For. Med. and Path., 8(3):266-268, 1987.

64. DiMaio, V.J.M. and Dana, S.E. "Deaths Caused by Carbon Monoxide Poisoning in an Open Environment (Outdoors)", J. of Forensic Sci., 32:6:1794-1795, November 1987.

65. DiMaio, V.J.M. and DiMaio, D.J.M. "Natural Death As Viewed By The Medical Examiner: A Review of 1000 Consecutive Autopsies of Individuals Dying of Natural Disease" J. of Forensic Sci., 36(1): 17-24, January 1991.

66. DiMaio, V.J.M. and Kaplan, J.A. "An Unusual Entrance Wound Associated With Rimfire Rifles". Amer. J. For. Med. and Path. 12(3):207-208, 1991.

67. DiMaio, V.J.M., Editorial. Amer. J. For. Med. and Path. 13(1):1, 1992.

68. Holmes, J.H. IV, Guileyardo, J.M., Barnard, J.J. and Di Maio, V.J.M. "Pressure Sores in a Christian Science Sanatorium." Amer. J. For. Med. and Path. 14(1):10-11, 1993.

69. Zivot, U. and Di Maio, V.J.M., "Motor Vehicle-Pedestrian Accidents in Adults: Relationship Between Impact Speed, Injuries, and Distance Thrown" Amer. J. For. Med. & Path. 14(3):185-186, 1993

70. Di Maio V.J.M. and Di Maio D.J.M., "Incidence of Coronary Thrombosis in Sudden Death due to Coronary Artery Disease" Amer. J. For. Med. & Path. 14(4):273-2, 1993

71. Cina S.J., Di Maio V. and Smialek J.E., "Suggested Guidelines for Platform Presentations". Amer. J. For. Med. & Path. 19(1):54-56, 1998

72. Kaplan J., Klose R., Fossum R. and Di Maio V.J.M., "Centerfire Frangible Ammunition: Wounding Potential and Other Forensic Concerns". Amer. J. Forensic Med. & Path. 19(4):299-302, 1998

73. Milovanovic A.V. and Di Maio V.J.M., "Death Due to Concussion and Alcohol". Amer. J. For. Med. & Path. 20(1):6-9, 1999

74. Di Maio VJ.M., "Homicidal Asphyxia". Amer J. Forensic Med. & Path. 21(1):1-4, 2000

75. Kohlmeier RE, Di Maio VJM and Kagan-Hallet K. "Fatal hyperthermia in hot baths in individuals with multiple sclerosis". Amer. J. Forensic Med. & Path. 21(3):201-203. 2000

76. Di Maio V.J.M. and Francis J.R. "Hetertopic Ossification in Unidentified Skeletal Remains". Amer. J. Forensic Med. & Path. 22(2):160-164. 2001

77. Kohlmeier RE, McMahan CA and Di Maio VJM. "Suicide by Firearms: A 15-year experience". Amer. J. Forensic Med. & Path. 22(4):337-340. 2001

78. Di Maio, VJM and Di Maio, TG. "Homicide by decubitus ulcers" Amer. J. Forensic Med. & Path. 23(1):1-4. 2002

79. Molina DK and Di Maio VJM. "The Reliability of immunoassay for determining the presence of opiates in the forensic setting". Amer. J. Forensic Med. & Path. 26(4):303-304. 2005

80. Molina DK, Martinez M, Garcia J, DiMaio VJ "Gunshot Residue Testing in Suicides: Part I Analysis by SEM/EDX. *The American Journal of Forensic Medicine and Pathology*. 2007; 28: 187-190.

81. Molina DK, Castorena J, DiMaio VJ "Gunshot Residue Testing in Suicides: Part II Analysis by ICP/AES. *The American Journal of Forensic Medicine and Pathology*. 2007; 28: 191-194.

82. Molina DK, Wood L, DiMaio VJ Shotgun Wounds: A Review of Wound Location, Range of Fire and Manner of Death. Amer. J. Forensic Med. & Path. 28(2):99-102. 2007

83. Molina DK, Nichols JJ, DiMaio VJ "The Sensitivity of CT Scans in Diagnosing Trauma". The Journal of Trauma J Trauma. 2007;63:625–629.

84. Kohlmeier RE. Dimaio VJ. Sharkey F. Rouse EA. Reeves KE. The timing of histologic changes in liver lacerations. American Journal of Forensic Medicine & Pathology. 29(3):206-7, 2008

85. Molina DK. DiMaio VJ. Rifle wounds: a review of range and location as pertaining to manner of death. American Journal of Forensic Medicine & Pathology. 29(3):201-5, 2008

86. Molina DK. Dimaio VJ. Trends in firearm usage in homicides and suicides in Bexar County Texas from 1982 to 2004. American Journal of Forensic Medicine & Pathology. 29(4):281-4,

EXHIBIT N at p. 11

2008

87. Molina, DK, DiMaio, VJM. Normal Organ Weights in Men: Part I-The Heart. American Journal of Forensic Medicine & Pathology. 2012;33:362-367

88. Molina, DK; DiMaio, VJM. Normal Organ Weights in Men: Part II-The Brain, Lungs, Liver, Spleen, and Kidneys. American Journal of Forensic Medicine & Pathology. 2012;33:368-372

89. Molina DK, DiMaio, VJ, Cave R. Gunshot wounds: a review of firearm type, range and location as pertaining to manner of death. American Journal of Forensic Medicine & Pathology. 2013;34:366-371.

90. Molina DK, DiMaio VJ, Handgun wounds: a review of wound location, range of fire and manner of death. American Journal of Forensic Medicine & Pathology. 2013;34:342-347

91. Cave R., DiMaio VJ, Molina DK. Homicide or suicide? Gunshot wound interpretation: a Bayesian approach. American Journal of Forensic Medicine & Pathology. 2014 35:118-123.

92. Molina DK and DiMaio VJM. Head trauma and alcohol: a lethal combination. American Journal of Forensic Medicine & Pathology. 2015;36:290-292.

## SCIENTIFIC LETTERS

1. Henry L., and DiMaio, V.J.M. "Pulmonary Edema and Propoxyphene", JAMA, 215:2115, 1971.

2. DiMaio, V.J.M. "Forensic Pathology", NEJM, 295:735, 1976.

3. DiMaio, V.J.M. "The Pathologist as Expert Witness", Correspondence - Human Pathology 17:205-206, February 1986.

4. DiMaio, V.J.M. "SIDS or Murder" (Letter) Pediatrics, 81(5):747, May, 1988

5. DiMaio, V.J.M., Dana, S.E., & Bux, R.C. "Sudden Cardiac Death" (Letter) NEJM, 322:271, January, 1990.

6. DiMaio, V.J.M., "Assault Weapons as a Public Health Hazard" (Letter) JAMA, 268:3073, 1992

7. DiMaio, V.J.M., "Discussion of Practical Approach to Investigative Ethics and Religious Objections to Autopsy." (Letter) J. of Forensic Sci. 38(2):233, 1993

8. DiMaio, V.J.M., "Assisted Death and Physician-Assisted Suicide." (Letter) NEJM 328(13):965, 1993

9. DiMaio, V.J.M., "Child Abuse and Apparent Life-threatening events" (Letter; Comment) Pediatrics 96(1Pt 1):168, 1995.

10. DiMaio, V.J.M., "Medical Examiners, Forensic Pathologists, and Coroners" (Letter) JAMA 277(7):531, 1997.

11. DiMaio,V.J.M., "The Shaken-Baby Syndrome". (Letter) NEJM, 339(18):1329. 1998 Oct

12. Di Maio VJM Repeat sudden unexpected infant deaths. (Comment.Letter). Lancet. 2005 365:1137-1138.

13. Molina DK. Dimaio VJ. The sensitivity of computed tomography (CT) scans in detecting trauma: are CT scans reliable enough for courtroom testimony?. Journal of Trauma-Injury Infection & Critical Care. 65(5):1206-7, 2008

14. Di Maio VJ. Di Maio AM. Commentary on: "Elevated morphine concentrations determined during infant death investigations: artifacts of withdrawal of care". Journal of Forensic Sciences. 54(1):241, 2009

15. Molina DK. DiMaio VJ. Rifle wounds: a review of range and location as pertaining to manner of death. American Journal of Forensic Medicine & Pathology. 34(1):e1, 2013 Mar. [Comment. Letter]

## BOOK CHAPTERS

1. DiMaio TG and DiMaio VJM. "Sudden Death During Restraint: Excited Delirium Syndrome, in Lynch VA. (2nd Ed) Forensic Nursing. Elsevier. 2010

2. DiMaio TG and DiMaio VJM "Excited Delirium Syndrome", in Bader DM and Gabriel S. Eds. Forensic Nursing: a Concise Manual. CRC Press. Boca Raton, Fl

3. DiMaio VJM and DiMaio TG "Deaths in Nursing Homes", in Bader DM and Gabriel S. Eds. Forensic Nursing: a Concise Manual. CRC Press. Boca Raton, Fl

4. DiMaio VJM and DiMaio TG "Excited Delirium Syndrome", in Kroll MW and Ho JD. Eds. TASER$^R$ Conducted Electrical Weapons: Physiology, Pathology and Law. Springer, N.Y. 2009

5. DiMaio, V.J.M "Deaths in Custody Investigations", In Ross DL and Chan TC. Eds. Sudden Deaths in Custody. 2006, Humana Press, N.J.

6. Dana S. and Di Maio V.J.M. "Gunshot Trauma", In Payne-James, J., Busuttil, A. & Smock, W. eds. Forensic Medicine: Clinical and Pathological Aspects. 2003, Greenwich Medical Media. London.

7. DiMaio, V.J.M. "Shotgun Wounds", In: Froede, R.C. eds. Handbook of Forensic Pathology, Published by College of American Pathologists, 2nd ed, 2003:185-188.

8. DiMaio, V.J.M. "Characteristics of Wounds Produced by Handguns and Rifles". In: Froede, R.C., eds. Handbook of Forensic Pathology, Published by College of American Pathologists, 2nd

13

ed. 2003:175-183.

9. DiMaio, V.J.M. "Wounds from Civilian and Military Rifles", In: Froede, R.C. Clinics in Laboratory Medicine, Forensic Pathology, Part II, W.B. Saunders Co., Phil., PA, 1998,18(2):189-201.

10. DiMaio, V.J.M. "Shotgun Wounds", In: Froede, R.C. eds. Handbook of Forensic Pathology, Published by College of American Pathologists, 1990:227-231.

11. DiMaio, V.J.M. "Characteristics of Wounds Produced by Handguns and Rifles". In: Froede, R.C., eds. Handbook of Forensic Pathology, Published by College of American Pathologists, 1990:217-225.

12. DiMaio, V.J.M. "Basic Principles in the Investigation of Homicides", Pathology Annual: 1984, Part 2, Sommers, S.C. and Rosen, P.P., Editors, Appleton-Century,Crofts, Norwalk, CT, 1984.

13. DiMaio, V.J.M. "Trace Evidence and the Pathologists", Symposium on Forensic Path. -Clinics in Lab. Med. 3(2):355-366, June 1983, W.B. Saunders Co., Phil., PA.

14. DiMaio, V.J.M. "Wounds Caused by Centerfire Rifles", Symposium on Forensic Path. -Clinics in Lab. Med., 3:2:273-294, June 1983, W.B. Saunders Co., Phil., PA.

15. DiMaio, V.J.M. and Petty, C.S., Chapter 25, "Multiple Death Investigations", Modern Legal Medicine, Psychiatry and Forensic Science, Curran, W.J., McGarry, A.L. and Petty, C.S., F.A. Davis Co., Phil., PA, 1980.

## TECHNICAL MANUALS

1. DiMaio, V.J.M., "9MM vs .45 ACP", in Wound Ballistic Workshop, FBI Academy, September 15 - 17, 1987

2. DiMaio, V.J.M., "Summary of Remarks", in Wound Ballistic Workshop Presentations, FBI Academy, January 19 - 22, 1993