MAXWELL C. AGHA, SBN 153625
BANKER'S HILL LAW FIRM, A.P.C.
160 Thorn Street, Suite 200
San Diego, California 92103
Telephone No: (619) 230-0330
Facsimile No: (619) 230-1726

Attorney for Plaintiff
LAWANDA MOSES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS YANCY, et al., <br><br> Plaintiffs, <br> v. <br><br> STATE OF CALIFORNIA, et al. <br><br> Defendants. | Case No.: 15-cv-0580 JM (PCL) <br><br> And related case of 15-cv-334 JM (PCL) <br><br> **PLAINTIFF'S PRE-TRIAL DISCLOSURES** <br><br> **[FED. R. CIV. P.23(a)(3)]** <br><br> Judge: Hon. Jeffrey T. Miller <br> Courtroom: 5D <br><br> Complaint Filed: September 20, 2016 |

**TO THE HONORABLE JEFFREY T. MILLER AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Lawanda Moses, submits the following pre-trial disclosures, as required by Federal Rule of Civil Procedure 26(a)(3) and this Court's Order May 23, 2017 Order (Dkt. #93) as modified by the parties Joint Motion to Modify Scheduling Order (Dkt. #98).

///

///

1

## PRELIMINARY STATEMENT

These disclosures are based upon the facts and information presently known and available to Plaintiff and are further based upon Plaintiff's understanding of Plaintiff's claims herein. Plaintiff reserves the right to change or supplement these disclosures as additional facts or claims are added, discovered, revealed, recalled, or otherwise ascertained, and as further analysis and research disclose additional facts, contentions, or legal theories which may well apply.

Nothing disclosed herein amounts to a waiver of Plaintiff's right to object to the disclosure of information to the extend the information is prejudicial, private, confidential, privileged or protected from disclosure by any constitutional, statutory, or common law privilege, protection, or limitation.

## PRE-TRIAL DISCLSOURES

### A. WITNESSES

#### 1. Witnesses Plaintiff expects to Call at Trial

Plaintiff reserves the right to expand or modify this list as she further prepares her case for trial, and to call impeachment and/or rebuttal witnesses not identified herein. Plaintiff further incorporates by reference, as if fully set forth herein, all witnesses identified in Defendants' pretrial disclosures, Plaintiffs Jayden Yancy and Alexis Yancy's pretrial disclosures, including all witnesses Defendants and Plaintiffs intend to call and may call.

#### 2. Witnesses Plaintiff May Call if the Need Arises

Plaintiff reserves the right to expand or modify this list as she further prepares her case for trial, and to call impeachment and/or rebuttal witnesses not identified herein. Plaintiff further incorporates by reference, as if fully set forth herein, all witnesses identified in Defendants' pretrial disclosures and Plaintiffs Jayden Yancy and Alexis Yancy's pretrial disclosures, including all witnesses Defendants and Plaintiffs intend to call and may call.

### B. DEPOSITION EXCERPTS

Plaintiff does not presently intend to present testimony from witnesses through deposition transcript, except for impeachment. However, Plaintiff reserves the right to designate such witnesses whose testimony will be presented through deposition transcript as she further prepare her case for trial. Plaintiff further reserves the right to present deposition testimony for impeachment and/or rebuttal witnesses not identified herein. Finally, Plaintiff reserves the right to present deposition testimony for any witnesses that fail to appear at trial pursuant to subpoena timely served upon them.

The parties have agreed to exchange designations at a later time for witnesses in the event they do not appear at trial, assuming they agree such testimony is otherwise admissible.

## C. EXHIBITS

### 1. Exhibits Plaintiff Expects to Offer at Trial

Plaintiff joins the list of documents or other exhibits that Plaintiffs Jayden Yancy and Alexis Yancy expect to offer at trial. Given that the close of discovery is not until September 1, 2017 and depositions are still ongoing, the parties have agreed that each side may continue to amend these disclosures and add additional exhibits at least until the close of discovery. Plaintiff reserves the right to supplement and/or amend this list at a later date to reflect subsequently discovered information. Plaintiff also reserves the right to introduce or refuse to introduce any of the foregoing exhibits.

Plaintiff reserves the right to introduce any exhibits identified in Defendants' exhibit list and Plaintiffs Jayden Yancy and Alexis Yancy's exhibit list, submitted in this matter or introduced during the course of testimiony presented at trial.

Plaintiff further reserves the right to introduce into evidence documents not herein listed for purposes of impeachment or rebuttal of testimony.

///
///

| NO. | Plaintiff | IDENT. | ADMITTED | OBJECT. | EXHIBIT |
|-----|-----------|--------|----------|---------|---------|
| 202 | Plaintiff | | | | Photographs of Tommy Yancy Jr. with his mother Lawanda Moses |
| 203 | Plaintiff | | | | Photographs of Tommy Yancy Jr. |
| 204 | Plaintiff | | | | Photographs of Tommy Yancy Jr. cards to his mother Lawanda Moses |
| 205 | Plaintiff | | | | Photographs of Tommy Yancy Jr. and his Family and Family Reunions |
| 206 | Plaintiff | | | | Funeral Photographs |
| 207 | Plaintiff | | | | Imperial County Behavioral Health Services Medical Records of Lawanda Moses |

## 2. Exhibits Plaintiff May Offer if the Need Arises

Plaintiff reserves that right to supplement a list of exhibits or other documents Plaintiff may use at trial if the need arises at a later date to reflect subsequently discovered information. Plaintiff reserves the right to introduce any exhibits identified in Defendants' exhibit list and/or Plaintiffs Jayden Yancy and Alexis Yancy's exhibit list submitted in this matter or introduced during the course of testimony presented at trial.

Plaintiff further reserve the right to introduce into evidence documents not herein listed for purposes of impeachment or rebuttal of testimony.

Dated: August 17, 2017

**BANKER'S HILL LAW FIRM, A.P.C.**

s/Maxwell C. Agha
Attorney for Plaintiff
E-mail: maxwell.agha@bhlflaw.com