XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9567
 Fax:          (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol); Gilbert Caldera; Heraclio Cardenas; Robert Gonzales; Fernando Alvarez; Salvador Acevedo; Wesley Boerner; DeeAnn Goudie; and Jason Graham*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXIS YANCY AND JAYDEN YANCY, BY AND THROUGH THEIR GUARDIAN AD LITEM, KATHERINE HAWK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY YANCY, JR., DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CITY OF IMPERIAL; CITY OF IMPERIAL POLICE DEPARTMENT; COUNTY OF IMPERIAL; COUNTY SHERIFF'S OFFICE; AND DOES 1 THROUGH 2, INCLUSIVE,**<br><br>Defendants. | 15-cv-0580 JM (PCL)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE EVIDENCE OF A 2012 CITIZEN'S COMPLAINT IN AN UNRELATED INCIDENT**<br><br>Date:         October 2, 2017<br>Time:        10:00 A.M.<br>Courtroom: 5D<br>Judge:       Hon. Jeffrey T. Miller<br>Trial Date: October 10, 2017<br>Action Filed:       March 13, 2015 |

1

DEFENDANTS' MOTION IN LIMINE (15-cv-0580 JM (PCL))

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2017 at 10:00 A.M., or as soon thereafter as the parties may be heard, Defendants will bring a motion in limine to exclude from trial evidence relating to their disciplinary records and personnel files. The hearing will take place before the Honorable Jeffrey T. Miller, United States District Judge, in Courtroom 5D of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, California 92101.

Defendants will move for an order in limine to exclude evidence of a citizen's complaint filed in 2012 involving Defendant Officers Cardenas and Caldera. This motion is brought under Federal Rules of Evidence 402, 403, and 404 on the grounds that evidence of Defendants' personnel records is inadmissible because it is not relevant to any material issue in this case, it amounts to inadmissible character evidence, and the prejudicial effect of allowing Plaintiffs to present such evidence to the jury outweighs any possible probative value.

This motion is based on this notice, the pleadings on file in this matter, the concurrently-filed memorandum of points and authorities and Declaration of Douglas E. Baxter, and any oral argument the Court may allow at the time of the hearing.

Dated: September 11, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

*s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants*