XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9567
 Fax:          (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol); Gilbert Caldera; Heraclio Cardenas; Robert Gonzales; Fernando Alvarez; Salvador Acevedo; Wesley Boerner; DeeAnn Goudie; and Jason Graham*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXIS YANCY AND JAYDEN YANCY, BY AND THROUGH THEIR GUARDIAN AD LITEM, KATHERINE HAWK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY YANCY, JR., DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CITY OF IMPERIAL; CITY OF IMPERIAL POLICE DEPARTMENT; COUNTY OF IMPERIAL; COUNTY SHERIFF'S OFFICE; AND DOES 1 THROUGH 2, INCLUSIVE,**<br><br>Defendants. | 15-cv-0580 JM (PCL)<br><br>**DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF A 2012 CITIZEN'S COMPLAINT IN AN UNRELATED INCIDENT**<br><br>Date:          October 2, 2017<br>Time:         10:00 A.M.<br>Courtroom:  5D<br>Judge:        Hon. Jeffrey T. Miller<br>Trial Date:   October 10, 2017<br>Action Filed:    March 13, 2015 |

1

DECL. OF D. BAXTER IN SUPPORT OF  DEFS' MOTION IN LIMINE (15-cv-0580 JM (PCL))

**DECLARATION OF DOUGLAS E. BAXTER**

I, Douglas E. Baxter, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted to practice in the Southern District of this court. I am the Deputy Attorney General assigned to handle this matter on behalf of the Defendants. The following facts are based on my firsthand and personal knowledge, except those matters attested to on information and belief. As to all such matter I am informed and believe them to be true and would competently testify thereto under oath if called as a witness to do so.

2. Attached as Exhibit A, which is separately filed pursuant to an application to seal, is a true and accurate copy of the files relating to a Complaint Investigation arising from an October 2012 citizen's complaint. These records are contained within the personnel files of CHP Officers Cardenas and Caldera.

3. I met and conferred with David Fox, counsel of record for Plaintiffs, on the subject matter of this motion in person on September 1, 2017. In addition, prior to and after the in-person meeting, Mr. Fox and I have discussed the subject matter of this motion. Most recently, we had a telephone conversation on Thursday, September 7, 2017, and subsequent e-mails on Friday, September 8 and Sunday, September 10. In the course of these communications, we limited the scope of this motion by agreeing that Plaintiffs would not seek to admit several other records contained in Defendants' personnel files. However, we were unable to reach an agreement as to the 2012 complaint and investigation attached as Exhibit A to this Declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed this 11th day of September, 2017 at San Diego, California.

*s/ Douglas E. Baxter*
Douglas E. Baxter