# EXHIBIT A

[SEPARATELY FILED PURSUANT TO APPLICATION TO SEAL]