1  William E. Bender, Esq. (SBN: 167887)
   Brandi Kurlander, Esq. (SBN: 203077)
2  **BENDER & GRITZ**
   350 10th Avenue, Suite 900
3  San Diego, California 92101
   TEL: (619) 515-0222
4  FAX: (619) 515-0221
   E-mail: bbender@bendergritz.com
5
   Dave Fox, Esq. (SBN: 254651)
6  **FOX LAW, APC**
   225 W. Plaza St., Suite 102
7  Solana Beach, CA 92075
   TEL: (858) 256-7616
8  FAX: (858) 256-7618
   E-mail: Dave@foxlawapc.com
9
   Attorney for Plaintiffs Alexis Yancy and Jayden Yancy
10

11 **UNITED STATES DISTRICT COURT**

12 **SOUTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| ALEXIS YANCY and JAYDEN YANCY, by and through their Guardian Ad Litem, CATHERINE HAWK, individually and on behalf of the Estate of Tommy Yancy, Junior, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.<br><br>Defendants. | **Case No. 3:15-cv-0580-JM-PCL**<br><br>**RE-NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE DEFENDANTS' CUMULATIVE EXPERT WITNESS TESTIMONY FROM GARY VILKE, M.D.**<br><br>**[MOTION *IN LIMINE* NO. 4 OF 6]**<br><br>Date:      October 2, 2017<br>Time:      10:00 a.m.<br>Judge:     Hon. Jeffrey T. Miller<br>Courtroom: 5D<br><br>Complaint Filed: September 20, 2016 |
| AND CONSOLIDATED CASE OF LAWANDA MOSES,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, et al.<br><br>Defendants. | |

1

RE-NOTICE OF PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE DEFENDANTS' CUMULATIVE
EXPERT WITNESS TESTIMONY FROM GARY VILKE, M.D.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2017 at 10:00 a.m. at the above entitled court located at 333 W. Broadway, San Diego, CA 92101, Plaintiffs Alexis Yancy and Jayden Yancy ("Plaintiffs") will and hereby move this Court for an order excluding needlessly cumulative expert witness testimony from Defendants' emergency medicine expert, Gary Vilke, M.D.

This motion is based upon the ground that Defendants will attempt to offer expert witness testimony from Dr. Vilke that is duplicative of Defendants' forensic pathologist expert, Michael Graham, M.D., relating to Mr. Yancy's cause of death. This evidence should be precluded because it is needlessly cumulative, and would cause delay and waste time at trial.

This motion is made under the provisions of the Federal Rules of Evidence 403, and related case law and is based upon the supporting Memorandum of Points and Authorities, the supporting Declaration of Dave Fox, the pleadings and papers on file in this action, and upon such of the argument and evidence as may be presented prior to or at the hearing of this matter.

Dated: September 12, 2017        **FOX LAW, APC**

s/ Dave A. Fox
DAVE FOX
Attorneys for Plaintiffs Alexis Yancy
and Jayden Yancy