# CERTIFICATE OF SERVICE

Case Name:   Yancy, et al. v. State of California, et al.   No.:  3:15-cv-0580-JM (JLB)

I hereby certify that on September 12, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RE-NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE DEFENDANTS' CUMULATIVE EXPERT WITNESS TESTIMONY FROM GARY VILKE, M.D. [MOTION *IN LIMINE* 4 OF 6]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 12, 2017, at Solana Beach, California.


Corinne Britt                                                                    *Corinne Britt*
_____       _____
Declarant                                                                          Signature