William E. Bender, Esq. (SBN: 167887)
Brandi Kurlander, Esq. (SBN: 203077)
**BENDER & GRITZ**
350 10th Avenue, Suite 900
San Diego, California 92101
TEL: (619) 515-0222
FAX: (619) 515-0221
E-mail: bbender@bendergritz.com

Dave Fox, Esq. (SBN: 254651)
**FOX LAW, APC**
225 W. Plaza St., Suite 102
Solana Beach, CA 92075
TEL: (858) 256-7616
FAX: (858) 256-7618
E-mail: Dave@foxlawapc.com

Attorney for Plaintiffs Alexis Yancy and Jayden Yancy

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS YANCY and JAYDEN YANCY, by and through their Guardian Ad Litem, CATHERINE HAWK, individually and on behalf of the Estate of Tommy Yancy, Junior, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.<br><br>Defendants. | Case No. **3:15-cv-0580-JM-PCL**<br><br>**RE-NOTICE OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF JAMBO'S INJURIES**<br><br>**[MOTION *IN LIMINE* NO. 6 OF 6]**<br><br>Date:       October 2, 2017<br>Time:       10:00 a.m.<br>Judge:      Hon. Jeffrey T. Miller<br>Courtroom: 5D<br><br>Complaint Filed: September 20, 2016 |
| AND CONSOLIDATED CASE OF LAWANDA MOSES,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, et al.<br><br>Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on October 2, 2017 at 10:00 a.m. at the above

3  entitled court located at 333 W. Broadway, San Diego, CA 92101, Plaintiffs Alexis

4  Yancy and Jayden Yancy ("Plaintiffs") will and hereby move this Court for an

5  order excluding any and all evidence, references to evidence, testimony, or

6  argument relating to injuries of the police canine dog, Jambo, including but not

7  limited to Jambo's respiratory system, causation for this injury, or conclusions

8  based on Jambo's breathing pattern.

9  This motion is made on the grounds that this evidence is the subject of expert

10  testimony and Defendants failed to designate any expert to provide an opinion on

11  this issue, any opinion by a lay witness would be pure speculation, and admission of

12  this evidence would unduly prejudice Plaintiffs, distract from the issues of the case

13  and unduly waste time.

14  This motion is made under the provisions of the Federal Rules of Evidence

15  402, 403, 701 and related case law and is based upon the supporting Memorandum

16  of Points and Authorities, the supporting Declaration of Dave Fox, the pleadings

17  and papers on file in this action, and upon such of the argument and evidence as

18  may be presented prior to or at the hearing of this matter.

19  Dated: September 12, 2017          **FOX LAW, APC**

20

21                                      s/ Dave A. Fox
                                        _____
22                                      DAVE FOX
                                        Attorneys for Plaintiffs Alexis Yancy
23                                      and Jayden Yancy

24

25

26

27

28