# EXHIBIT 1

# TO

# DECLARATION OF EDWARD P. WOLFE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OF THE PRESENCE OF MARIJUANA IN DECEDENT TOMMY YANCY'S SYSTEM DURING THE INCIDENT

[Motion in Limine # 3 of 6]

```
1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF CALIFORNIA

3

     ALEXIS YANCY and JAYDEN      )
4    YANCY, by and through their  )
     Guardian Ad Litem, KATHERINE )
5    HAWK, individually and on    )
     behalf of the Estate of      )
6    Tommy Yancy, Junior,         )
     deceased,                    )
7                                 )
               Plaintiffs,        ) Case No: 15-cv-1441-L(WVG)
8                                 )
               vs.                )
9                                 )
     STATE OF CALIFORNIA;         )
10   CALIFORNIA HIGHWAY PATROL;   )
     CITY OF IMPERIAL; CITY OF    )
11   IMPERIAL POLICE DEPARTMENT;  )
     COUNTY OF IMPERIAL; COUNTY   )
12   OF IMPERIAL'S SHERRIF'S      )
     DEPARTMENT; JOSEPH A.        )
13   FARROW; RAYMOND LOERA;       )
     MIGUEL COLON, JR.; GILBERT   )
14   CALDERA; HERCILIO CARDENAS;  )
     ROBERT GONZALEZ; and DOES 1  )
15   through 25, inclusive;       )
                                  )
16             Defendants.        )
     _____)
17

18              VIDEOTAPED DEPOSITION OF

19                DR. DOMINICK ADDARIO

20                SAN DIEGO, CALIFORNIA

21               WEDNESDAY, MAY 31, 2017

22

23

     Reported by:
24   PATRICIA M. BECK
     CSR No. 12090
25   No. 17-53105
```

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3
     ALEXIS YANCY and JAYDEN      )
 4   YANCY, by and through their  )
     Guardian Ad Litem, KATHERINE )
 5   HAWK, individually and on    )
     behalf of the Estate of      )
 6   Tommy Yancy, Junior,         )
     deceased,                    )
 7                                )
              Plaintiffs,         ) Case No: 15-cv-1441-L(WVG)
 8                                )
              vs.                 )
 9                                )
     STATE OF CALIFORNIA;         )
10   CALIFORNIA HIGHWAY PATROL;   )
     CITY OF IMPERIAL; CITY OF    )
11   IMPERIAL POLICE DEPARTMENT;  )
     COUNTY OF IMPERIAL; COUNTY   )
12   OF IMPERIAL'S SHERRIF'S      )
     DEPARTMENT; JOSEPH A.        )
13   FARROW; RAYMOND LOERA;       )
     MIGUEL COLON, JR.; GILBERT   )
14   CALDERA; HERCILIO CARDENAS;  )
     ROBERT GONZALEZ; and DOES 1  )
15   through 25, inclusive;       )
                                  )
16            Defendants.         )
     _____)
17

18

19

20       Videotaped deposition of DR. DOMINICK ADDARIO,

21   taken on behalf of Plaintiffs at 3010 First Avenue,

22   San Diego, California, beginning at 10:10 a.m. and

23   ending at 1:45 p.m., on Wednesday, May 31, 2017,

24   before Patricia M. Beck, Certified Shorthand Reporter

25   No. 12090.
```

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 1:25:05 | 1  | condition? Is that a diagnosis?                              |
|         | 2  | A. Only in that his level of paranoia -- let me              |
|         | 3  | back up a second. Not everybody with depression. In          |
|         | 4  | fact, it's not common that people who are depressed,         |
| 1:25:20 | 5  | who are anxious, are necessarily violent. They may be        |
|         | 6  | irritable, but they're not violent.                          |
|         | 7  | When you put together, however, paranoid                     |
|         | 8  | components of command hallucinations in which he's           |
|         | 9  | thinking of hurting himself and others that are              |
| 1:25:35 | 10 | throughout his psychiatric records, you have a profile       |
|         | 11 | of a patient complicated by drug use and alcohol use         |
|         | 12 | who has a definite high risk for violent behaviors and       |
|         | 13 | irrational behaviors where he is not controlled              |
|         | 14 | through conversation.                                        |
| 1:25:56 | 15 | His father couldn't control him. Had to                      |
|         | 16 | call police and have him arrested. His ex had to, on         |
|         | 17 | two occasions, get restraining orders, had been              |
|         | 18 | assaulted. And he had times before where he had been         |
|         | 19 | stopped by the police and had to be arrested.                |
| 1:26:12 | 20 | So this was -- clearly he had tendency                       |
|         | 21 | towards antisocial behaviors as a result of his mental       |
|         | 22 | disorder.                                                    |
|         | 23 | Q. From 2009 to his death, do you see any                    |
|         | 24 | physical -- any records of physical acts of violence         |
| 1:26:28 | 25 | towards anyone?                                              |

| | | |
|---|---|---|
| 1:28:30 | 1 | Q. But so we're clear, you haven't seen any |
| | 2 | physical act, any record of any physical act of |
| | 3 | violence from 2009 to his death? |
| | 4 | MR. WOLFE: Asked and answered. |
| 1:28:42 | 5 | THE WITNESS: Not that I'm aware of, |
| | 6 | correct. |
| | 7 | BY MR. FOX: |
| | 8 | Q. So one is the -- we talked about your first |
| | 9 | opinion being that he has -- I guess it's broken down |
| 1:29:04 | 10 | that he has a mental disorder being schizophrenia, |
| | 11 | PTSD, and as you stated, a propensity for violence, |
| | 12 | correct? |
| | 13 | A. Complicated by substance dependence, yes. |
| | 14 | Q. And the basis for that is from the records |
| 1:29:23 | 15 | that you reviewed in the case? |
| | 16 | A. Correct. |
| | 17 | Q. Moving on to what may be your second |
| | 18 | opinion. |
| | 19 | A. That at the time of the event, he had a |
| 1:29:35 | 20 | blood test following his demise, BioTox Laboratories, |
| | 21 | in which he would be considered, based on the laws of |
| | 22 | the states that have marijuana being a recreational |
| | 23 | legal drug -- they've now established standards. |
| | 24 | For instance, the State of Colorado has |
| 1:29:55 | 25 | 5 nanograms -- if you blood test for that -- or above |

is considered intoxication. He tested positive for marijuana with 6 nanograms of one substance, delta 9 THC, and 54 nanograms of 11 carboxy delta 9 THC.

Next important thing about the blood test is that he was on an anti-psychotic medication, Aripiprazole. He had had a history of having periods of noncompliance, but the blood test was one in which he was nondetected. He had no antipsychotic medications in him.

And the records -- although he was admittedly doing better in 2014, the records were such that he had questionable compliance on a regular basis with his medication, and he had continued periodic use of drugs.

So if we look at the zero level of Aripiprazole and the half-life of Aripiprazole and that none was detected, he would have been off the Aripiprazole, within reasonable medical certainty, for at least two-plus weeks. Could be four weeks. Could be six weeks. We don't know when he last took his medicines.

A schizophrenic and a person suffering from PTSD who continues to use marijuana, for which he was positive, and not using his anti-psychotic medications, would be at high risk for a psychotic

1:31:31   1  episode.
          2           More important and specific to this event is
          3  they would have very, very trigger-sensitive buttons.
          4  Their irritability, their paranoia, their
1:31:43   5  defensiveness would be up.  So if they were confronted
          6  with a situation such as a police stop, off
          7  medications for anywhere from two to six weeks, they
          8  would be at high risk for psychotic behavior or
          9  irrational behavior in response to the request of
1:32:00  10  police officers.
         11           And my impression, based on the presence of
         12  marijuana, the absence of anti-psychotic medications,
         13  his history of noncompliance to medicines, that most
         14  likely he was not chemically controlled in regard to
1:32:16  15  his mental disorders at the time of the police stop.
         16     Q.    You mentioned that he was admittedly doing
         17  better in 2014, and I believe -- correct me if I'm
         18  wrong -- that may have extended into 2013 in terms of
         19  generally being stable.  Is that a fair assessment?
1:32:40  20     A.    I don't believe he was stable.  The notes
         21  would vary.  Sometimes it would say "denies
         22  hallucinations or paranoia," for instance, on
         23  12/31/13.  On 8/13/13, Dr. Banta wrote:  "Also some
         24  increased paranoia, off meds, still drinks on
1:33:01  25  occasion."

| | | |
|---|---|---|
|1:47:49|1|A. My opinion would be that he was most likely|
| |2|psychotic and paranoid.|
| |3|Q. You're not offering any opinions about|
| |4|whether or not he had a cardiomyopathy or whether or|
|1:48:09|5|not that contributed to his death?|
| |6|A. Correct.|
| |7|Q. Let's go back then to -- as I understand it,|
| |8|having gone back, we were talking about pathology just|
| |9|in the past ten minutes or so.|
|1:48:47|10|A. Sure.|
| |11|Q. As I understand, you're not offering|
| |12|opinions about cause of death, which is kind of what|
| |13|you were clarifying in your opinion five. But just|
| |14|that you can opine that anybody in a stressful|
|1:48:57|15|situation or an agitated state can cause stress on|
| |16|their body?|
| |17|A. Yes. And it's a continuum. It's a|
| |18|spectrum. I would say he would be in the high level|
| |19|of stress. He's confronted by police. He's got a|
|1:49:13|20|history of paranoia. He's using marijuana, which is|
| |21|going to be affecting his sense of well-being as well,|
| |22|and he's had times when he's been on marijuana before|
| |23|where he's been aggressive.|
| |24|Although marijuana is not thought of being|
|1:49:27|25|an aggressive drug like methamphetamines are, but in|

| | | |
|---|---|---|
| 1:49:27 | 1 | him, he's had times where he has been aggressive on |
| | 2 | marijuana. |
| | 3 | Q. There's times where he's been physically |
| | 4 | aggressive on marijuana? |
| 1:49:36 | 5 | A. Yes. His wife talked about him coming -- |
| | 6 | and he was on alcohol and marijuana -- to her home |
| | 7 | threatening her -- |
| | 8 | Q. Prior to -- |
| | 9 | A. -- being intoxicated, yes. |
| 1:49:53 | 10 | Q. The third and fourth opinion, is it fair to |
| | 11 | say that they sort of go together? What you're saying |
| | 12 | is that he was in a highly aggressive state during his |
| | 13 | interaction with the police, and therefore could not |
| | 14 | have been talked down? |
| 1:50:06 | 15 | A. Correct. |
| | 16 | Q. So I wanted to break that down a little bit. |
| | 17 | There's different phases of the police interaction |
| | 18 | with Mr. Yancy. So maybe just for the purposes of |
| | 19 | this deposition we can break it down in sort of |
| 1:50:22 | 20 | segments. |
| | 21 | There's one part where there's a traffic |
| | 22 | stop where they're talking to each other, the police |
| | 23 | officer and Mr. Yancy. Do you remember that |
| | 24 | discussion in the deposition? |
| 1:50:32 | 25 | A. (Indicates.) |

| | |
|---|---|
| 2:52:18 | 1  of danger? |
| | 2  A.  No.  I think that's involuting my reasoning. |
| | 3  My reasoning is that his level of agitation was such |
| | 4  that he couldn't be talked down.  That's my reasoning, |
| 2:52:34 | 5  that his mental state, his psychosis, his agitation, |
| | 6  his absence of medications to control his problems, |
| | 7  the presence of marijuana, all that combined, and his |
| | 8  history of violent behaviors, all combined, to make |
| | 9  him unamenable, unresponsive to verbal communication |
| 2:52:57 | 10  to comply. |
| | 11  Q.  And again, that's at any point? |
| | 12  A.  At any point, yes. |
| | 13  Q.  We've already talked about the point where |
| | 14  he's asked to put his hands behind his back and he |
| 2:53:15 | 15  does.  It's your testimony still at that point he |
| | 16  can't be talked to or reasoned with? |
| | 17  A.  No.  I think you have to look at it this |
| | 18  way.  Here's a situation where he's already had such a |
| | 19  level of rage where he's grabbed a big animal who's |
| 2:53:32 | 20  potentially very dangerous and assaulted it and |
| | 21  rendered it ineffective with his own bare hands. |
| | 22  Is that a person you then can talk to and |
| | 23  calm them down and feel comfortable going near them |
| | 24  even if they've got handcuffs on, without suspecting |
| 2:53:52 | 25  that at any moment they might do something and that |

| | | |
|---|---|---|
| 2:58:30 | 1 | A.   Yes.   The literature has to do with the |
| | 2 | psychotic thought process and the ability of someone |
| | 3 | who's in an agitative state, on drugs, not on |
| | 4 | medications, who's prone to hallucinations, who has a |
| 2:58:43 | 5 | history of violence, and their ability to adhere and |
| | 6 | be cooperative in this kind of a situation. |
| | 7 | When you look at their behavior during that |
| | 8 | situation, I don't feel that at any time he would have |
| | 9 | been amenable to being talked down.  Even when he's in |
| 2:59:00 | 10 | handcuffs, he looks aggressive and belligerent, even |
| | 11 | when they get to that point.  I mean, that's my |
| | 12 | opinion. |
| | 13 | Q.   What specific literature out there supports |
| | 14 | your opinion specifically that Mr. Yancy could not |
| 2:59:13 | 15 | have been talked to, reasoned with, and that such an |
| | 16 | attempt would have put the law enforcement more in |
| | 17 | danger?  What specific literature, treatise, article? |
| | 18 | What are you relying on for that opinion? |
| | 19 | A.   The whole general population of psychiatric |
| 2:59:34 | 20 | literature that deals with someone in a highly |
| | 21 | psychotic state, being reliably responsive to verbal |
| | 22 | direction alone who fits this profile:  Paranoia, |
| | 23 | hallucinations on a chronic basis, absence of |
| | 24 | medication, and a history of violence. |
| 2:59:53 | 25 | When you put those four together, and you |

I, PATRICIA M. BECK, a Certified Shorthand
Reporter of the State of California, do hereby certify:

         That the foregoing proceedings were taken
before me at the time and place herein set forth; that
any witnesses in the foregoing proceedings, prior to
testifying, were administered an oath; that a record
of the proceedings was made by me using machine
shorthand which was thereafter transcribed under my
direction; that the foregoing transcript is a true
record of the testimony given.

         Further, that if the foregoing pertains to
the original transcript of a deposition in a Federal
Case, before completion of the proceedings, review of
the transcript [X] was [ ] was not requested.

         I further certify I am neither financially
interested in the action nor a relative or employee of
any attorney or any party to this action.

         IN WITNESS WHEREOF, I have this date
subscribed my name.


Dated: June 15, 2017

*Patricia Beck*
_____
PATRICIA M. BECK
CSR No. 12090