**EXHIBIT 3**

**TO**

**DECLARATION OF EDWARD P. WOLFE IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN
LIMINE TO EXCLUDE DEFENDANTS' CUMULATIVE EXPERT
WITNESS TESTIMONY FROM GARY VILKE, M.D.**

## *CURRICULUM VITAE*

## *GARY MICHAEL VILKE, M.D., FACEP, FAAEM*

HOME ADDRESS:

11582 Normanton Way
San Diego, CA 92131
Phone: (619) 666-8643
Pager: (619) 290-9149

OFFICE ADDRESS:

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92103-8676
Phone: (619) 543-6210
Fax:    (619) 543-3115
E-mail: gmvilke@ucsd.edu

PERSONAL:    Born September 12, 1966 in Cleveland, Ohio

EDUCATION:

| | |
|---|---|
| Academic:<br>1983-88 | B.S. in Zoology, University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>1988-92 | M.D., University of California, San Diego School of Medicine<br>La Jolla, California |
| Internship:<br>1992-93 | Department of Surgery<br>University of California, San Diego Medical Center<br>San Diego, California |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California    (Chief Resident: 1995-96) |
| Physician Leadership<br>Academy:<br>2007-09 | University of California, San Diego Medical Center<br>San Diego, California |

LICENSURE:    California Medical License Number G-78057

BOARD CERTIFICATIONS:

National Board of Medical Examiners, 1993
American Board of Emergency Medicine, 1997, renewed 2007



Δ π EXHIBIT 8
G. Vilke, MD
Deponent
8-2-17
Date_____ Rptr.
WWW.DEPOBOOK.COM

## APPOINTMENTS:

| | |
|---|---|
| 9/11 - Present | Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine |
| 1/16 – Present | Emergency Medicine Clinical Service Chief, UC San Diego Health System |
| 1/16 – Present | Co-Medical Director, Department of Emergency Medicine, UCSD Medical Center |
| 10/15 – Present | Medical Director, AirLinkUSA Air Ambulance Service |
| 9/15- Present | Staff Physician, El Centro Regional Medical Center Department of Emergency Medicine |
| 2/14- Present | Assistant Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 1/13 – Present | Medical Director, Carlsbad Fire Department |
| 7/12 – Present | Medical Director, Risk Management, UC San Diego Health System |
| 6/12 – Present | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 2/06 - Present | Chief, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

## PREVIOUS EXPERIENCE/APPOINTMENTS:

| | |
|---|---|
| 4/07 – 12/16 | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 7/96 – 12/15 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/13 – 9/15 | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 – 9/15 | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 3/13 – 9/15 | Medical Director, AviaMedix Air Ambulance Service |
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |

## PREVIOUS EXPERIENCE/APPOINTMENTS (cont.):

| | |
|---|---|
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

## PREVIOUS ACADEMIC APPOINTMENTS

| | |
|---|---|
| 7/05 – 9/11 | Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |

## HONORS AND AWARDS:

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2004 | Top Doctor in San Diego County, San Diego Magazine |
| 2004 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | Top Doctor in San Diego County, San Diego Magazine |
| 2005 | Clinical Investigation Institute, University of California San Diego |
| 2006 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Finalist San Diego Business Journal Health Care Champion Award |
| 2007 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2008 | Top Doctor in San Diego County, San Diego Magazine |
| 2008 | UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year |
| 2009 | Clinical and Translational Research Institute, Charter member |
| 2009 | Top Doctor in San Diego County, San Diego Magazine |
| 2010 | Top Doctor in San Diego County, San Diego Magazine |
| 2011 | Top Doctor in San Diego County, San Diego Magazine |

## HONORS AND AWARDS, continued:

2012 Top Doctor in San Diego County, San Diego Magazine

2013 Top Doctor in San Diego County, San Diego Magazine

2014 Top Doctor in San Diego County, San Diego Magazine

2015 "25 Emergency Medicine & EMS Professors You Should Know" From Medical Technology Schools at: http://www.medicaltechnologyschools.com/emt/emergency-medicine-ems-professors-to-know

## CERTIFICATIONS:

Basic Cardiac Life Support Instructor

Pediatric Advanced Life Support Provider

Advanced Cardiac Life Support Instructor

Hazardous Material Training, Level I

Advanced HAZMAT Life Support Provider

## PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1988-97

California Alumni Association, 1988

American College of Emergency Physicians, 1991-2000

Fellow, American College of Emergency Physicians, 2000

California Chapter of the American College of Emergency Physicians, 1991

Society for Academic Emergency Medicine, 1995

National Association of EMS Physicians, 1998

Fellow, American Academy of Emergency Medicine, 2000

California Chapter of the American Academy of Emergency Medicine, 2000

American Association of University Professors, 2002

California Conference of the American Association of University Professors, 2002

San Diego Faculty Association, 2002

San Diego County Medical Society, 2003

California Medical Association, 2003

American Association of Emergency Psychiatry, 2014

## PATENTS:

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

# US 61476836 Medication Delivery Apparatus (April 19, 2011)

## CURRENT ACTIVITIES:

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007

San Diego State Pre-Med Preceptor, SDSU, 2008

Phi Delta Epsilon Faculty Mentor, UCSD, 2008

LIFESHARING, A Donate Life Organization Advisory Board, 2010

## Journals

Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014-2015.

Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

Reviewer, *Academic Emergency Medicine*, 2010

Reviewer, *Medicina*, 2012

Reviewer, *Injury Prevention*, 2013

Reviewer, *Therapeutics and Clinical Risk Management*, 2013

Reviewer, *Pediatrics,* 2013

Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

Reviewer, *Journal of Injury and Violence Research*, 2014

Reviewer, *International Journal of Molecular Sciences*, 2015

Reviewer, *Emergency Medicine International,* 2015

Reviewer, *Policing: A Journal of Policy and Practice,* 2016

## Content Expert

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA). 2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

## PREVIOUS ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I, 1997-2002

Pediatric Advanced Life Support Course Director, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

PREVIOUS ACTIVITIES, continued:

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-03

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

National Institute of Justice Task Force on Excited Delirium, 2011

Member, Disaster Medical Assistance Team (CA-4), 1994-2011

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

## CURRENT UCSD COMMITTEE MEMBERSHIPS:

Research Committee, Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 2002

UCSD Academy of Clinician Scholars Executive Committee, 2005

UCSD Medical Staff Executive Committee, 2007

Chair, UCSD Medical Risk Management Committee, 2012

Chair, UCSD Allocation Committee, 2012

UCSD Significant Events Committee, 2012

Rady Children's Root Cause Analysis Committee, Ad hoc, 2012

Co-Chair, UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013

UCSD Patient Experience Executive Committee, 2013

UCSD Faculty Leadership Group, 2014

Patient Advocacy Reporting System (PARS) Oversight Team, 2014

Rady Children's Emergency Department Faculty Search Committee, 2015

UCSD Department of Emergency Medicine Clinical Operations Committee, 2016

UCSD Department of Emergency Medicine Executive Committee, 2016

UCSD Department of Emergency Medicine Management Committee, 2016

UCSD Department of Emergency Medicine/Psychiatric Committee, 2016

UCSD Hillcrest Emergency Department Patient Flow Task Force, 2016

UCSD Health System Grievance Committee, 2016

UCSD Threat Assessment Management Committee, 2016

## PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

UCSD Department of Emergency Medicine Academic Affairs Committee, 2013-15

President, UCSD Academy of Clinician Scholars, 2013-15

UCSD Board of Governor's Committee, 2013-15

UCSD Academic Senate Representative Assembly, Alternate, 2011-13

UCSD Sheriff Managed Care Oversight Committee

Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

UCSD Medical Staff Bylaws Work Group, 2014

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-07

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Vice Chief of Staff, UCSD Medical Center, 2007-2009

UCSD/San Diego Sheriff Security Working Group, 2003-10

Chief of Staff, UCSD Medical Center, 2009-2012

Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

Chair, Medical Staff Executive Committee, 2009-2012

UCSD Governance Advisory Committee, 2009-2012

## PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative Team, 2009-2012

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Search Committee, 2013

## CURRENT COMMITTEE MEMBERSHIPS:

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

Carlsbad Fire Department EMS Oversight Committee, 2013

San Diego County Base Station Physicians' Committee, 2013

## PREVIOUS COMMITTEE MEMBERSHIPS:

Practice Management Committee, CAL/ACEP, 1994-95

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Chair, San Diego County Prehospital Audit Committee, 1998-2000

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

City of San Diego EMS Physicians' Advisory Committee, 1998-2006

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006

Education Committee, CAL/ACEP, 2000-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

## PREVIOUS COMMITTEE MEMBERSHIPS, continued:

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

## PREVIOUS COMMITTEE MEMBERSHIPS, continued:

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

EMS Medical Director's Association of California, 2002-06

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09

San Diego BEACON/EMS Hub Technical Committee, 2012-13

San Diego Central Jail Quality Assurance Committee, 1999-2013

San Diego Central Jail Medical Oversight Committee, 1999-2013

Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Management Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014-15

## CURRENT FUNDED RESEARCH:

1.  Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Home Care as an Alternative to Inpatient Admission from the Emergency Department". Funded by the Gary and Mary West Health Institute, 2015 – 2016. Amount: $499,125.

2.  Co-Investigator with Theodore Chan (PI) for study entitled, "The Gary and Mary West Geriatric Center of Excellence (West COE): Phase 1 Research Development". Funded by the Gary and Mary West Health Institute, 2015-2016. Amount: $243,610.

## PREVIOUS FUNDED RESEARCH:

1. Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2. Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3. Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4. Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5. Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6. Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7. Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09. UO1 HL077908. Amount: $2,250,522

8. Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.4

9. Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

## PREVIOUS FUNDED RESEARCH (cont):

13.  Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08. Amount: $50,990

14.  Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15.  Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment." Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11. Amount: $85,000

16.  Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction." Funded by Brahms AG, 8/1/09 to 8/1/12. Amount: $103,950

17.  Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouver Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18.  Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19.  Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma." Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20.  Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

21.  Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study. Study funded by Dyax Corporation. 4/1/11 to 6/30/12. Amount $20,000

22.  Principle Investigator for study titled "REAL: Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23.  Principle Investigator for study titled "A Mulit-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000

## PREVIOUS FUNDED RESEARCH (cont):

24.  Co-Investigator, with Edward Castillo (PI) for the study titled, "Restraint Chair Literature Review and Policy Gap Analysis", funded by the Ontario Ministry of Community Safety and Correctional Services, 7/1/13 to 9/30/13. COS-0010. Amount: $15,000

25.  Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/10 to 6/30/14. U01 HL077908-09. Amount: $1,389,389

26.  Co-Investigator with Edward Castillo (PI) for study entitled, "Diagnostic Evaluation using ClearView in Decision Making in the Emergency Room". Funded by EPIC Research and Diagnostics, Inc, 2012-2014. Amount: $650,840.10 (based on 570 total participants).

27.  Co-Investigator with Edward Castillo (PI) for study entitled, "Point-of-Care Testing for Illicit Drugs and Alcohol Intoxication in an Emergency Room". Funded by the National Institute on Drug Abuse through Seacoast Science, Inc., 2013-2015. Amount: $50,163.

28.  Co-Investigator with Edward Castillo (PI) for study entitled, "Evaluation of downward force placed onto prone subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc., 2014-2015. Awarded, contract in process. Amount: $7,500.

29.  Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Bacterial Skin and Skin Structure Infection (abSSSI) Practice Pattern Assessment." Funded by Durata Therapeutics International B.V., 2014-2015. Amount: $15,000.

30.  Co-Investigator with Edward Castillo (PI) for study entitled, "Exploring emergency room physician's knowledge and attitudes concerning the use of appropriate and safe home care as an alternative to hospital admission." Funded by the Gary and Mary West Health Institute, 2014-2015. Amount: $118,021.

31.  Co-Investigator with Allyson Kreshak (PI) for study entitled, "Telephone, Text or Type? Comparing Tools for Improving Physician-Patient Communication Beyond the Walls of the Emergency Department after Discharge." Funded by the UCSD Academy of Clinician Scholars, 2014-2015. Amount: $10,000.

32.  Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 7/1/14 to 12/31/15. U01 HL077908-09. Amount: NCE

33.  Principal Investigator (PI) for study entitled, "EXCITATION Study: Unexplained In-Custody Deaths: Evaluating Biomarkers of Stress and Agitation." Study funded by the National Institute of Justice, U.S. Department of Justice, 11/1/2012 to 6/30/2016. USDOJ Federal Award # 2012-R2-CX-K006. Amount: $431,943

34.  Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Protocol -ALPS", funded by the NIH, 7/1/13 to 12/31/15. 5U01HL077863-11 subaward 758500. Amount: $289,003

## PUBLICATIONS:

### Texts/Books

1.  Atlas of Emergency Procedures. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
    St. Louis: Mosby, Inc., 2001.

2.  Atlas of Emergency Procedures. (Edition translated into Spanish) Rosen P, Chan TC, Vilke
    GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

3.  Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in
    Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

### Book Chapters

1.  Vilke GM: Head Trauma, Blunt. In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, pp 472-473.

4.  Vilke GM: Head Trauma, Penetrating. In: The 5 Minute Emergency Medicine Consult.
    Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
    Williams & Wilkins, 1999, 474-475.

3.  Vilke GM: Urethral Catheterization. In: Atlas of Emergency Procedures. Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4.  Vilke GM: Cystostomy. In: Atlas of Emergency Procedures. Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

5.  Vilke GM: Bladder Aspiration. In: Atlas of Emergency Procedures. Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

6.  Vilke GM: Dorsal Slit in Phimosis. In: Atlas of Emergency Procedures. Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

7.  Vilke GM: Manual Paraphimosis Reduction. In: Atlas of Emergency Procedures. Rosen P,
    Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

8.  Vilke GM: Zipper Removal. In: Atlas of Emergency Procedures. Rosen P, Chan TC,
    Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

9.  Hayden SR, Silfvast T, Deakin CD, Vilke GM: Surgical Procedures. In: Prehospital Trauma
    Care. Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

10. Hayden SR, Thierbach A, Vilke GM, Sugrue M: Patient Turnover: Arriving and Interacting
    in the Emergency Department. In: Prehospital Trauma Care. Soreide E, Grande CM (Eds.);
    New York: Marcel Dekker, Inc., 2001, pp 737-751.

PUBLICATIONS, continued:

Book Chapters

11. Vilke GM: Cervical Spine Injury, Adult. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

12. Vilke GM: Extremity Trauma, Penetrating. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

13. Vilke GM: Head Trauma, Blunt. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

14. Vilke GM: Head Trauma, Penetrating. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

15. Vilke GM: Ring/Constricting Band Removal. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

16. Vilke GM: Warts. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

17. Vilke GM: Fournier's Gangrene. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

18. Vilke GM: Variants of Normal. In: ECG in Emergency Medicine and Acute Care. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

19. Vilke GM: Keloid Formation. In: Greenberg's Text-Atlas of Emergency Medicine. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

20. Vilke GM: Distal Digital Amputation. In: Greenberg's Text-Atlas of Emergency Medicine. Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

21. Vilke GM: Painful Syndromes of the Hand and Wrist. In: Harwood-Nuss' Clinical Practice of Emergency Medicine fourth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

PUBLICATIONS, continued:

## Book Chapters

22. Vilke GM: Neck Holds. In: <u>Sudden Deaths in Custody</u>. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

23. Sloane C, Vilke GM: Riot Control Agents, Tasers and Other Less Lethal Weapons. In: <u>Sudden Deaths in Custody</u>. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 113-138.

25. Vilke GM: *Clostridium botulinum* Toxin (Botulism) Attack. In: <u>Disaster Medicine</u>. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26. Vilke GM: Viral Agents (Section 10, Part 2). Section Editor. In: <u>Disaster Medicine</u>. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27. Patel R, Reynoso J, Vilke GM: Genitourinary Trauma. In: <u>Emergency Medicine Handbook. Clinical Concepts for Clinical Practice.</u> Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28. Vilke GM: Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29. Vilke GM: Fournier's Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30. Vilke GM: Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31. Vilke GM: Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32. Vilke GM: Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33. Vilke GM: Warts. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1224-1225.

PUBLICATIONS, continued:

Book Chapters

35.  Vilke GM, Sloane CM, Chan TC. Accelerated Triage for Medical Evaluations Following CED Activations. In: Critical Issues in Policing Series: Strategies for Resolving Conflict and Minimizing Use of Force. Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

36.  Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems. In: Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36   Chan TC, Vilke GM. In: TASER® Conducted Electrical Weapons: Physiology, Pathology, and Law. Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37.  Vilke GM: Hand and Wrist Pain. In: Harwood-Nuss' Clinical Practice of Emergency Medicine fifth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38.  Wilson MP, Vilke GM. Not all ear pain is acute otitis media…and not all require antibiotics! In: Avoiding Common Errors in the Emergency Department. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39.  Oyama LC, Vilke GM. In: Emergency Medicine Review Preparing for the Boards. Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40.  Vilke GM: Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41.  Vilke GM: Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42.  Vilke GM: Head Trauma, Blunt. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43.  Vilke GM: Head Trauma, Penetrating. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

PUBLICATIONS, continued:

Book Chapters

44.  Vilke GM: Spine Injury: Cervical, Adult. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

45.  Vilke GM: Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

46.  Heegaard WG, Vilke GM: Factitious Conducted Electrical Weapons Wounds: Injuries and Considerations. In: <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.</u> Ho JD, Dawes DM, Kroll MW (Eds.) New York: Springer, 2012, pp 131-142.

47.  Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. <u>Behavioral Emergencies: A handbook for emergency physicians.</u> Cambridge: Cambridge University Press; 2013.

48.  Vilke GM: Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 398-399.

49.  Vilke GM: Fournier Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 434-435.

50.  Vilke GM: Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 486-487.

51.  Vilke GM: Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 488-489.

52.  Vilke GM: Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1054-1055.

53.  Vilke GM: Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fifth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1240-1241.

PUBLICATIONS, continued:

Book Chapters

54. Vilke GM: Hand and Wrist Pain. In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> sixth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2015, pp 707-710.

55. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>The Thin Blue Line.</u> Amdur E and Hutchings J (eds.) Edgework, 2015, pp 287-290.

56. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>Safe Behind Bars.</u> Amdur E, Blake M, De Villeneuve C (eds.) Edgework, 2015, pp 321-324.

57. Vilke GM: The Question of Positional and Compression Asphyxia. In: <u>Cooling the Flames</u> Amdur E, Murphy JK (eds.) Edgework, 2015, pp 247-250.

58. Castillo EM, Vilke GM. Road Traffic Accidents: Air Bag-Related Injuries and Deaths. <u>Encyclopedia of Forensic and Legal Medicine</u> (Second Edition), 2016, pp 162-174.

59. Vilke GM, Castillo EM. Restraint Techniques, Injuries, and Death: Use of Force Techniques. <u>Encyclopedia of Forensic and Legal Medicine</u> (Second Edition), 2016, pp 142-147.

60. Roberts EE, Vilke GM. Restraint Techniques, Injuries, and Death: Conducted Energy Devices. <u>Encyclopedia of Forensic and Legal Medicine</u> (Second Edition), 2016, pp 118-126.

61. Castillo EM, Vilke GM. How to design a study that everyone will believe. In: <u>Doing Research in Emergency and Acute Care: Making Order Out of Chaos.</u> Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015 pp 79-84.

62. Vilke GM, Castillo EM. Privacy in research: How to collect data safely and confidentially. In: <u>Doing Research in Emergency and Acute Care: Making Order Out of Chaos.</u> Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015, pp 155-160.

63. Wilson MP, Vilke GM. Mental Illness and Substance Abuse. In: Cooney D. <u>EMS Medicine.</u> New York: McGraw-Hill, 2015, pp 362-366.

64. DeMers G, Vilke GM. International Deployment. In: Cooney D. <u>EMS Medicine.</u> New York: McGraw-Hill, 2015, pp 531-538.

65. Vilke GM. Payne-James JJ. Excited Delirium Syndrome: aetiology, identification and treatment. In: <u>Current Practice in Forensic Medicine</u> Volume 2. Gall JAM, Payne-James JJ (Eds.) West Sussex: Wiley, 2016, pp 97-117.

66. Nakajima Y, Vilke GM, Use of Force in the Prehospital Environment. In: <u>The Diagnosis and Management of Agitation.</u> Zeller SL, Nordstrom KD and Wilson MP (Eds.) Cambridge: Cambridge University Press, 2017. pp 173-188.

PUBLICATIONS, continued:

Book Chapters

67. Holman M, Vilke GM. Neck Holds. In: Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

68. Coyne CJ, Ly BT, Vilke GM. Excited Delirium Syndrome (ExDS). In: Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

69. Sloane C, Vilke GM. Less Lethal Weapons, Not Including TASER. In: Guidelines for Investigating Officer-Involved Shootings, Arrest-Related Deaths and Deaths in Custody. Ross DL, Vilke GM (Eds.); New York and London: Routledge. 2017.

## VIDEOS:

1. Vilke GM, Davis DP, Robinson A: "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2. Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3. Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

## PUBLICATIONS, continued:

### Articles

1. Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P: Intubation techniques in the helicopter. J Emerg Med 1994;12(2):217-224.

2. Rockwell E, Jackson E, Vilke G, Jeste DV: A study of delusions in a large cohort of Alzheimer's disease patients. Am J Geriatric Psychiatry 1994;2(2):157-164.

3. Chan T, Vilke GM, Williams S: Bi-directional ventricular tachycardia in a patient with digoxin toxicity. J Emerg Med 1995;13(1):89.

4. Vilke GM: Misplaced intravascular catheters in a patient with acute renal failure. J Emerg Med 1995;13(3):379.

5. Vilke GM, Vilke TS, Rosen P: The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*. J Emerg Med 1995;13(4):457-460.

6. Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

7. Vilke GM, Hayden SR: Intraorbital air in a patient status post-facial trauma. J Emerg Med 1996;14(1):77.

8. Vilke GM, Jacoby I, Manoguerra AS, Clark R: Disaster preparedness of poison control centers. Clin Toxicol 1996;34(1):53-58.

9. Vilke GM: "No worries." J Emerg Med 1996;14(5):641-642.

10. Vilke GM, Honingford EA: Cervical spine epidural abscess in a patient with no predisposing risk factors. Ann Emerg Med 1996;27(6):777-780.

11. Vilke GM, Honingford EA: Diabetes and neck pain (Letter to the editor). Ann Emerg Med 1996;28(6):731.

12. Vilke GM, Wulfert EA: Case reports of two patients presenting with pneumothorax following acupuncture. J Emerg Med 1997;15(2):155-157.

13. Vilke GM: Chest pain in an elderly patient. J Emerg Med 1997;15(4):523.

14. Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Ann Emerg Med 1997;30(5):578-586.

15. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital patients signed out against medical advice by field paramedics. Ann Emerg Med 1998; 31(2):247-250.

PUBLICATIONS, continued:

Articles

16. Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol 1998;19(3):201-205.

17. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor). Ann Emerg Med 1998;32(1):117-118.

18. Vilke GM, Mahoney G, Chan TC: Postpartum coronary artery dissection. Ann Emerg Med 1998;32(2):260-262.

19. Rosa CM, Schwartz BL, Vilke GM: The prehospital electrocardiogram: Future standard of care? Top Emerg Med 1998;20(3):23-29.

20. Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P: Cricothyrotomy technique: Standard versus the rapid four-step technique. J Emerg Med 1999;17(1):17-21.

21. Davis DP, Stephen KAC, Vilke GM: Inaccuracy in endotracheal tube verification using a Toomey syringe. J Emerg Med 1999;17(1):35-38.

22. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P: Emergency department airway management before and after an emergency medicine residency. J Emerg Med 1999;17(3):427-431.

23. Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P: Use of the Trousseau dilator in cricothyrotomy. J Emerg Med 1999;17(3):433-436.

24. Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I. J Emerg Med 1999;17(3): 479-489.

25. Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II. J Emerg Med 1999;17(4): 697-709.

26. Vilke GM, Buchanan J, Dunford JV, Chan TC: Are heroin overdose deaths related to patient release after prehospital treatment with naloxone? Prehosp Emerg Care 1999;3(3):183-186.

27. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P: Nasotracheal intubation in the emergency department, revisited. J Emerg Med 1999;17(5):791-799.

28. Vilke GM: FOOSH injury with snuff box tenderness. J Emerg Med 1999;17(5):899-900.

29. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF: Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor). Acad Emerg Med 1999;6(10):1075-1076.

PUBLICATIONS, continued:

Articles

30.  Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

31.  Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

32.  Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

33.  Sloane CM, Vilke G: The other olive associated with vomiting. J Emerg Med 2000; 18(3):375.

34.  Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

35.  Ma G, Vilke GM: Amoebic abscess. J Emerg Med 2000;18(4):465-466.

36.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

37.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

38.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation. Ann Emerg Med 2000;36(4):293-300.

39.  Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

40.  Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

41.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation. J Emerg Med 2001;20(1):1-5.

PUBLICATIONS, continued:

Articles

43.  Vilke GM, Chan TC:  Physician effect on out of hospital patients signing out against medical
     advice.  Pre-hospital Immediate Care 2001;5(1):38-40.

44.  Davis DP, Kimbro TA, Vilke GM:  The use of midazolam for prehospital rapid-sequence
     intubation may be associated with a dose-related increase in hypotension.  Prehosp Emerg
     Care 2001;5(2):163-168.

45.  Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001;
     21(1):35-39.

46.  Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG:
     Exercise-induced hyponatremia in marathon runners: A two-year experience.  J Emerg Med
     2001;21(1):47-57.

47.  Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after
     parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

48.  Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps.
     J Emerg Med 2001;21(2):125-128.

49.  Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary
     embolism.  J Emerg Med 2001;21(3):263-270.

50.  Morgan J / Sloane C, Vilke GM:  Rapid sequence intubation in the field versus hospital in
     trauma patients (Reply to letter to the editor).  J Emerg Med 2001;21(4):443-444.

51.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's
     effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.
     Washington, DC: United States Department of Justice, National Institute of Justice.

52.  Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics:
     The San Diego experience.  J Emerg Med 2002;22(1):71-74.

53.  Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T:  The effect of
     oleoresin capsicum "pepper" spray inhalation on respiratory function.  J Forensic Sci 2002;
     47(2):299-304.

54.  Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC:  Midazolam for the treatment of
     out-of-hospital pediatric seizures.  Prehosp Emerg Care 2002;6(2):215-217.

55.  Vilke GM, Chan TC:  Agitated delirium and sudden death (Letter to the editor).  Prehosp
     Emerg Care 2002;6(2):259-260.

PUBLICATIONS, continued:

Articles

56.  Vilke GM, Fisher R, Chan TC:  An evaluation of the risk for latex allergy in prehospital EMS providers.  J Emerg Med 2002;22(4):345-348.

57.  Vilke GM:  Food-dependent exercise-induced anaphylaxis.  Prehosp Emerg Care 2002; 6(3):348-350.

58.  Vilke GM, Snyder B:  High pressure paint spray gun injury.  J Emerg Med 2002;23(2): 203-204.

59.  Chew GS, Vilke GM, Davis DP, Chan TC:  Toomey$^{TM}$ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation.  J Emerg Med 2002;23(4): 337-340.

60.  Vilke GM:  Aeromedical Emergencies:  Intro to the section.  J Emerg Med 2002;23(1):49.

61.  Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(4):391-395.

62.  Vilke GM:  Great toe pain.  J Emerg Med 2003;24(1):59-60.

63.  Davis JM, Vilke GM:  An elderly patient with intussusception. J Emerg Med 2003;24(2):221.

64.  Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Safety and effectiveness of methohexital for procedural sedation in the emergency department.  J Emerg Med 2003;24(3):315-318.

65.  Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV:  Impact of an after-hours on-call emergency physician on ambulance transports from a county jail.  Prehosp Emerg Care 2003; 7(3):327-331.

66.  Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS:  Prehosp Emerg Care 2003; 7(3):417.

67.  Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital rapid-sequence intubation.  Prehosp Emerg Care 2003;7(3):380-383.

68.  Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003; 10(8):893-896.

69.  Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB:  The Combitube as a salvage airway device for paramedic rapid sequence intubation.  Ann Emerg Med 2003;42(5):697-704.

70.  Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  Emerg Med J 2003;20:483-486.

PUBLICATIONS, continued:

Articles

71.  Vilke GM, Brown L, Skogland P, Simmons C, Guss DA: Approach to decreasing emergency department ambulance diversion hours. J Emerg Med 2004;26(2):189-192.

72.  Vilke GM, Smith AM, Chan TC: Leaving against medical advice after out-of-hospital naloxone: a closer look is needed. Acad Emerg Med 2004;11(3):323-324.

73.  Vilke GM, Harrigan RA, Ufberg JW, Chan TC: Emergency evaluation and treatment of priapism. J Emerg Med 2004;26(3):325-329.

74.  Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM: The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess. J Emerg Med 2004;26(3):285-291.

75.  Vilke GM, Harrigan RA, Ufberg JW: Technical Tips: Intro to the section. J Emerg Med 2004;26(3):323.

76.  Doney MK, Vilke GM: Large osteosarcoma not apparent on conventional radiography. J Emerg Med 2004;26(3):351-352.

77.  Chan TC, Ufberg J, Harrigan RA, Vilke GM: Nasal foreign body removal. J Emerg Med 2004;26(4):441-445.

78.  Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC: Airway obstruction in children aged less than 5 years: The prehospital experience. Prehosp Emerg Care 2004; 8(2):196-199.

79.  Vilke GM, Jin A, Davis DP, Chan TC: Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia. J Emerg Med 2004;27(1):7-9.

80.  Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB: Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation. Air Medical Journal 2004;23(4):36-40.

81.  Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004;25(3):185-189.

82.  Ufberg JW, Vilke GM, Chan TC, Harrigan RA: Anterior shoulder dislocations: Beyond traction-countertraction. J Emerg Med 2004;27(3):301-306.

83.  Vilke, GM: San Diego County wildfires: Perspective of county officials. Disaster Manag Response 2004 Oct-Dec;2(4):99.

PUBLICATIONS, continued:

Articles

84. Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours: The San Diego County patient destination trial. Ann Emerg Med 2004;44(4):295-303.

85. Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC: 9-1-1 responses for shopping cart and stroller injuries. Pediatr Emerg Care 2004;20(10):660-663.

86. Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC: Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field. Pediatr Emerg Care 2005;21(1):1-5.

87. Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Resuscitation 2005;64(3):341-346.

88. Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic brain injury. J Trauma 2005;58(5):933-939.

89. Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J Emerg Med 2005;23(4):439-442.

90. Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM: The safety and efficacy of prehospital needle and tube thoracostomy by aeromedical personnel. Prehosp Emerg Care 2005;9(2):191-197.

91. Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of aeromedical response to patients with moderate to severe traumatic brain injury. Ann Emerg Med 2005;46(2):115-122.

92. Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB: The association between field glasgow coma scale score and outcome in patients undergoing paramedic rapid sequence intubation. J Emerg Med 2005;29(4):391-397.

93. Davis DP, Wiesner C, Chan TC, Vilke GM: The efficacy of nebulized albuterol/ipratropium bromide versus albuterol alone in the prehospital treatment of suspected reactive airways disease. Prehosp Emerg Care 2005;9(4):386-390.

94. Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB, Velky T, Hoyt DB: Traumatic brain injury outcomes in pre- and post-menopausal females versus age-matched males. J Neurotrauma 2006;23(2):140-148.

PUBLICATIONS, continued:

Articles

95. Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB: Early ventilation and outcome in patients with moderate to severe traumatic brain injury. Crit Care Med 2006;34(4):1202-1208.

96. Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP: Impact of the San Diego Serial Inebriate Program on use of emergency medical resources. Ann Emerg Med 2006;47(4):328-336.

97. Vadeboncoeur T, Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM: The ability of paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation. J Emerg Med 2006;30(2):131-136.

98. Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations in moderate-to-severe traumatic brain injury. J Trauma 2006;60(5):985-990.

99. Ramanujam P, Vilke GM: Prehospital management of the difficult airway. Clinical Foundations 2006;7-11.

100. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2006;10(4):457-462.

101. Goldstein EH, Hradecky G, Vilke GM, Chan TC: Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system. J Correctional Health Care 2006;12(3):181-188.

102. Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW: Peripheral venous cutdown. J Emerg Med 2006;31(4):411-416.

103. Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician. 2006;4:11-13.

104. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC. Impact of the San Diego County firestorm on Emergency Medical Services. Prehosp Dis Med 2006;21(5):353-358.

105. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM. Adult foreign body airway obstruction in the prehospital setting. Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

106. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

## PUBLICATIONS, continued:

## Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county. J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW. Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective. J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR. The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model. J Emerg Med 2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system. Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR. The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram. Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

PUBLICATIONS, continued:

Articles

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008:34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News*. 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2010;38(4):449-51. Epub 2008 Feb 23.

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear. Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM. Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV. Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

PUBLICATIONS, continued:

Articles

132. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics. Ann Emerg Med 2009;54(2):279-84. Dec. Epub 2008 Dec 13.

133. Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices. Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134. Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM. Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department. Acad Emerg Med. 2009;16(8):699-703.

135. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise. Acad Emerg Med. 2009;16(8):704-710.

136. Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137. Doney MK, Vilke GM. Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2012;43(3):431-34. Epub 2010 Jan 23.

138. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

139. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM. Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med. 2010; 17:545–552

140. Vilke GM, Chan TC. Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2011;40(3):355-8. Epub 2010 Apr 2.

141. Wilson, MP, MacDonald KS, Vilke GM, Feifel D. Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients. J Emerg Med. 2012;43(5):889-96 Epub 2010 Jun 12.

142. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2011;40(3):300-7. Epub 2010 Apr 10.

PUBLICATIONS, continued:

Articles

143. Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest. Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest. Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144. Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D. A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145. Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

147. Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011;41(3):265-9 Epub 2011 Jan 5.

148. Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2012;43(5):897-905. Epub 2011 Mar 24.

149. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150. Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011:18(6):291. Epub 2011 May 24.

151. Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. 2012;43(5):790-7. Epub 2011 May 19.

PUBLICATIONS, continued:

Articles

152. Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M. Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest. N Eng J Med 2011;365(9):787-97.

153. Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. West J Emerg Med. 2012 Sep;13(4):344-50. Epub 2012 Feb 6.

154. DeMers G, Lynch C, Vilke GM. Retail store-related traumatic injuries in paediatric and elderly populations. J of Paramed Pract 2012;3(11):632-636.

155. Vilke GM, Payne-James J, Karsch SB. Excited Delirium Syndrome (ExDS): Redefining an Old Diagnosis. J Forens Legal Med. 2012;19:7-11. Epub 2011 Nov 2.

156. Vilke GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP. Excited delirium syndrome (ExDS): Treatment options and considerations. J Forens Legal Med. 2012;19:117-121. Epub 2012 Jan 24.

157. Kroening-Roche JC, Soroudi A, Castillo EM, Vilke GM. Antibiotic and Bronchodilator Prescribing for Acute Bronchitis in the Emergency Department. J Emerg Med. 2012;43(2):221-7. Epub 2012 Feb 16.

158. Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM. Energy Drink Use and Adverse Effects Among Emergency Department Patients. J Community Health. 2012: Oct;37(5):976-81. Epub 2012 Feb 25.

159. Vilke GM, Sloane CM, Chan TC. Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety. Am Heart J. 2012 Mar;163(3):e5. Epub 2012 Feb 2.

160. Vilke GM, Sloane CM, Chan TC. Clarification of Funding Sources in "Electronic Control Device Exposures: A Review of Morbidity and Mortality". Ann Emerg Med 2012;59(4):336.

161. Gault TI, Gray SM, Vilke GM, Wilson MP. Are oral medications effective in the management of acute agitation? J Emerg Med. 2012;43(5):854-9. Epub 2012 Apr 26.

PUBLICATIONS, continued:

Articles

162. Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. 2012;32(3):317-22. Epub 2012 Apr 26.

163. Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax. J Emerg Med 2013;44(2):457-66. Epub 2012 May 21.

164. Wilson MP, Chen N, Vilke GM, Castillo EM, Macdonald KS, Minassian A. Olanzapine in ED patients: differential effects on oxygenation in patients with alcohol intoxication. Am J Emerg Med 2012;30(7):1196-201. Epub 2012 May 23.

165. Almazroua FY, Vilke GM. The captain morgan technique for the reduction of the dislocated hip. Ann Emerg Med 2012;60(1):135-6.

166. Hall CA, Kader AS, McHale AMD, Stewart L, Fick GH, Vilke GM. Frequency of signs of excited delirium syndrome in subjects undergoing police use of force: Descriptive evaluation of a prospective, consecutive cohort. J Foresn and Leg Med 2013;20:102-7. Epub 2012 June 22.

167. Perkins J, Perkins K, Vilke GM, Almazroua FY. Is culture-positive urinary tract infection in febrile children accurately identified by urine dipstick or microanalysis? J Emerg Med 2012;43(6):1155-9. Epub 2012 July 13.

168. Demers G, Meurer WJ, Shih R, Rosenbaum, S, Vilke GM. Tissue plasminogen activator and stroke: Review of the literature for the clinician. J Emerg Med 2012;43(6):1149-54. Epub 2012 July 18

169. Wilson MP, Vilke GM, Govindarajan P, Itagaki MW. Emergency physicians research common problems in proportion to their frequency. West J Emerg Med 2012;13(4):344-50.

170. Ronquillo L, Minassian A, Vilke GM, Wilson MP. Literature-based Recommendations for Suicide Assessment in the Emergency Department: A Review. J Emerg Med. 2012;43(5):836-42. Epub 2012 Oct 2.

171. Vilke GM, Chan TC, Karch S. Letter by Vilke et al Regarding Article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device". Circulation. 2013 Jan 1;127(1):e258. Epub 2013 Jan 1.

172. Wilson MP, Vilke GM. Why all the yelling and screaming? Dealing with agitation in the ED setting. Cyberounds. 2013 Feb 09.

PUBLICATIONS, continued:

Articles

173. Ali SS, Wilson MP, Castillo EM, Witucki P, Simmons TT, Vilke GM. Common hand sanitizer may distort readings of breathalyzer tests in the absence of acute intoxication. Acad Emerg Med 2013; 20(2):212-5.

174. Maisel A, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, Nowak RM, Vilke G, Daniels LB, Hollander JE, Apple FS, Cannon C, Nagurney JT, Schreiber D, Defilippi C, Hogan C, Diercks DB, Stein JC, Headden G, Limkakeng AT Jr, Anand I, Wu AH, Papassotiriou J, Hartmann O, Ebmeyer S, Clopton P, Jaffe AS, Frank Peacock W. Copeptin Helps "Copeptin Helps in the Early Detection of Patients with Acute Myocardial Infarction": the primary results of the CHOPIN Trial. J Am Coll Cardiol.2013; 62(2):150-30. Epub 2013 Apr 30.

175. Minassian A, Vilke GM, Wilson MP. Frequent Emergency Department Visits are More Prevalent in Psychiatric, Alcohol Abuse, and Dual Diagnosis Conditions than in Chronic Viral Illnesses Such as Hepatitis and Human Immunodeficiency Virus. J Emerg Med. 2013;45(4):520-5. Epub 2013 Jul 8.

176. Darracq MA, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL. Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study. J Med Toxicol. 2014;10(1):29-25. Epub 2013 Jul 12.

177. Winters ME, Rosenbaum S, Vilke GM, Almazroua FY. Emergency Department Management of Patients with ACE-Inhibitor Angioedema. J Emerg Med 2013;45(5):775-80. Epub 2013 Aug 26.

178. Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC. The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures. J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

179. Wilson MP, Macdonald K, Vilke GM, Ronquillo L, Feifel D. Intramuscular Ziprasidone: Influence of alcohol and benzodiazepines on vital signs in the emergency setting. J Emerg Med 2013;45(6):901-8. Epub 2013 Sep 24.

180. Perkins J, McCurdy MT, Vilke GM, Al-Marshad AA. Telemetry Bed Usage for Patients with Low-risk Chest Pain: Review of the Literature for the Clinician. J Emerg Med 2014;46(2):273-7. Epub 2013 Nov 22.

181. Del Portal DA, Horn AE, Vilke GM, Chan TC, Ufberg JW. Emergency department management of shoulder dystocia. J Emerg Med 2014;46(3):378-82. Epub 2013 Dec 18.

PUBLICATIONS, continued:

Articles

182.  Vilke GM, Bozeman WP, Chan TC. Re: Emergency Department Evaluation of Conducted Energy Weapon (CEW)-Injured Patients. J Emerg Med 2014;46(4):533-4. Epub 2014 Jan 9.

183.  Jalali N, Vilke GM, Korenevsky M, Castillo EM, Wilson MP. The Tooth, the Whole Tooth, and Nothing But the Tooth: Can Dental Pain Ever Be the Sole Presenting Symptom of a Myocardial Infarction? A Systematic Review. J Emerg Med. 2014;[Epub 2014 Jan 25].

184.  Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM. Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

185.  Wilson MP, Minassian A, Bahramzi M, Campillo A, Vilke GM. Despite expert recommendations, second-generation antipsychotics are not often prescribed in the emergency department. J Emerg Med. 2014;46(6):808-83. Epub 2014 Mar 19.

186.  Vilke GM, Chan TC, Savaser D, Neuman T. Response to letter by Michaud Regarding Article, "Hemodynamic consequences of restraints in the prone position in excited delirium syndrome" J Forens Legal Med 2014;27:82-4.

187.  Davis DP, Aguilar SA, Smith K, Husa RD, Minokadeh A, Vilke G, Sell R, Fisher R, Brainard C, Dunford JV. Preliminary Report of a Mathematical Model of Ventilation and Intrathoracic Pressure Applied to Prehospital Patients with Severe Traumatic Brain Injury. Prehosp Emerg Care. 2015 Apr-Jun;19(2):328-35. Epub 2014 Oct 7.

188.  Wilson MP, Minassian A, Ronquillo L, Vilke GM. Wilson reply to Ryan. J Emerg Med. 2015 Mar;48(3):336. Epub 2014 Nov 20.

189.  Rowh AD, Ufberg JW, Chan TC, Vilke GM, Harrigan RA. Lateral Canthotomy and Cantholysis: Emergency Management of Orbital Compartment Syndrome. J Emerg Med. 2015 Mar;48(3):325-30. Epub 2014 Dec 15.

190.  Hall C, Votova K, Heyd C, Walker M, MacDonald S, Eramian D, Vilke GM, Restraint in police use of force events: Examining sudden in custody death for prone and not-prone positions, J Forens Legal Med. 2015;31:29-35. Epub 2015 Jan 5

191.  Wilson MP, Brennan JJ, Modesti L, Deen J, Anderson L, Vilke GM, Castillo EM. Lengths of stay for involuntarily held psychiatric patients in the ED are affected by both patient characteristics and medication use. Am J Emerg Med. 2015 Apr;33(4):527-30. Epub 2015 Jan 20.

192.  Warren SA, Prince DK, Huszti E, Rea TD, Fitzpatrick AL, Andrusiek DL, Darling S, Morrison LJ, Vilke GM, Nichol G; the ROC Investigators. Volume versus Outcome: More Emergency Medical Services Personnel On-scene and Increased Survival after Out-of-Hospital Cardiac Arrest. Resuscitation. 2015 Sep;94:40-8. Epub 2015 Feb 24.

PUBLICATIONS, continued:

Articles

193. Nakajima Y, Vilke GM. Editorial: Ambulance Diversion: the Con Perspective. Am J Emerg Med. 2015 Jun;33(6):818-9. Epub 2015 Mar 10.

194. Perkins J, Ho JD, Vilke GM, DeMers G. Safety of Droperidol Use in the Emergency Department. J Emerg Med. 2015 Jul;49(1):91-7. Epub 2015 Mar 30.

195. Hopper AB, Vilke GM, Castillo EM, Campillo A, Davie T, Wilson MP. Ketamine Use for Acute Agitation in the Emergency Department. J Emerg Med. 2015 Jun;48(6):712-9. Epub 2015 Apr 2.

196. Vilke GM, DeMers G, Patel N, Castillo EM. Safety and Efficacy of Milk and Molasses Enemas in the Emergency Department. J Emerg Med. 2015 Jun;48(6):667-70. Epub 2015 Apr 4.

197. Shah KS, Marston NA, Mueller C, Neath SX, Christenson RH, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney J, Schreiber D, deFilippi C, Hogan CJ, Diercks DB, Limkakeng A, Anand IS, Wu AH, Clopton P, Jaffe AS, Peacock WF, Maisel AS. Midregional Proadrenomedullin Predicts Mortality and Major Adverse Cardiac Events in Patients Presenting With Chest Pain: Results From the CHOPIN Trial. Acad Emerg Med. 2015 May;22(5):554-63. Epub 2015 Apr 23.

198. Shi E, Vilke GM, Coyne CJ, Oyama LC, Castillo EM. Clinical outcomes of ED patients with bandemia. Am J Emerg Med. 2015 Jul;33(7):876-81. Epub 2015 Mar 18.

199. Castillo EM, Coyne CJ, Chan TC, Hall CA, Vilke GM. Review of the medical and legal literature on restraint chairs. J Forens Legal Med. 2015;33:91-97. Epub 2015 May 1.

200. Vilke GM, Kass P. Retroperitoneal Hematoma After Femoral Arterial Catheterization. J Emerg Med. 2015 Sep;49(3):338-9. Epub 2015 July 4.

201. Campillo A, Castillo E, Vilke GM, Hopper A, Ryan V, Wilson MP. First-generation Antipsychotics Are Often Prescribed in the Emergency Department but Are Often Not Administered with Adjunctive Medications. J Emerg Med. 2015 Dec;49(6):901-6. Epub 2015 Sep 30.

202. Wilson MP, Nordstrom K, Vilke GM. The Agitated Patient in the Emergency Department. Curr Emerg Hosp Med Rep. 2015 Oct 12. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

203.  Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Who is prescribing controlled medications to patients who die of prescription drug abuse? Am J Emerg Med. 2016 Jan;34(1):30-5. Epub 2015 Sep 8.

204.  Wilson MP, Nordstrom K, Shah AA, Vilke GM. Psychiatric Emergencies in Pregnant Women. Emerg Med Clin North Am. 2015 Nov;33(4):841-51.

205.  Nordstrom K, Vilke GM, Wilson MP. Psychiatric Emergencies for Clinicians: Emergency Department Management of Serotonin Syndrome. J Emerg Med. 2016 Jan;50(1):89-91. Epub 2015 Oct 7.

206.  Lev R, Petro S, Lee A, Lee O, Lucas J, Castillo EM, Egnatios J, Vilke GM. Methadone related deaths compared to all prescription related deaths. Forensic Sci Int. 2015 Oct 22;257:347-352.

207.  Abraham MK, Perkins J, Vilke GM, Coyne CJ. Influenza in the Emergency Department: Vaccination, Diagnosis, and Treatment: Clinical Practice Paper Approved by American Academy of Emergency Medicine Clinical Guidelines Committee. J Emerg Med. 2016 Mar;50(3):536-42. Epub 2016 Jan 4.

208.  Lev R, Petro S, Lee O, Lucas J, Stuck A, Vilke GM, Castillo EM. A description of Medical Examiner prescription-related deaths and prescription drug monitoring program data. Am J Emerg Med. 2015 Dec 14.

209.  Meurer WJ, Walsh B, Vilke GM, Coyne CJ. Clinical Guidelines for the Emergency Department Evaluation of Subarachnoid Hemorrhage. J Emerg Med. 2017 Feb;52(2):255-261. Epub 2016 Jan 25.

210.  Lam SH, Majlesi N, Vilke GM. Use of Intravenous Fat Emulsion in the Emergency Department for the Critically Ill Poisoned Patient. J Emerg Med. 2016 Aug;51(2):203-14. Epub 2016 Mar 10.

211.  Kudenchuk PJ, Brown SP, Daya M, Rea T, Nichol G, Morrison LJ, Leroux B, Vaillancourt C, Wittwer L, Callaway CW, Christenson J, Egan D, Ornato JP, Weisfeldt ML, Stiell IG, Idris AH, Aufderheide TP, Dunford JV, Colella MR, Vilke GM, Brienza AM, Desvigne-Nickens P, Gray PC, Gray R, Seals N, Straight R, Dorian P; Resuscitation Outcomes Consortium Investigators. Amiodarone, Lidocaine, or Placebo in Out-of-Hospital Cardiac Arrest. N Engl J Med. 2016 May 5;374(18):1711-22. Epub 2016 Apr 4

212.  Wilson MP, Vilke GM, Hayden SR, Nordstrom K. Psychiatric Emergencies for Clinicians: Emergency Department Management of Neuroleptic Malignant Syndrome. J Emerg Med. 2016 Jul;51(1):66-9. Epub 2016 May 28.

PUBLICATIONS, continued:

Articles

213. Healy ME, Kozubal DE, Horn AE, Vilke GM, Chan TC, Ufberg JW.   Care of the Critically Ill Pregnant Patient and Perimortem Cesarean Delivery in the Emergency Department. J Emerg Med. 2016 Aug;51(2):172-7. Epub 2016 Jun 29.

214. Lasoff D, Vilke G, Nordstrom K, Wilson M.  Psychiatric Emergencies for Clinicians: Detection and Management of Anti-N-Methyl-D-Asparate Receptor Encephalitis.  J Emerg Med. 2016;51(5):561-63. Epub Jul 15.

215. Corbett B, Vilke GM, Nordstrom K, Wilson M.  Psychiatric Emergencies for Clinicians: Diagnosis and Management of Steroid Psychosis.  J Emerg Med. 2016;51(5):577-60. Epub Aug 15.

216. Hornbeak K, Castillo EM, Sloane C, Vilke GM.  The Role of Subject Intoxication and Other Characteristics in Law Enforcement Use-of-force Incidents. J For Med Leg Aff. 2016 1(3): 112.

217. Maisel AS, Wettersten N, van Veldhuisen DJ, Mueller C,  Gerasimos Filippatos C, Nowak R, Hogan C, Kontos MC, Cannon CM, Müller GA, Birkhahn R, Clopton P, Taub P, Vilke GM, McDonald K, Mahon N, Nuñez J, Briguori C, Passino C, Murray PT.  Neutrophil Gelatinase-Associated Lipocalin for Acute Kidney Injury During Acute Heart Failure Hospitalizations: The AKINESIS Study.  JACC. 2016;68(13):1420-31.

218. Coyne CJ, Abraham MK, Perkins J, Vilke GM.  Letter: Influenza in the Emergency Department: Vaccination, Diagnosis, and Treatment.  J Emerg Med. 2016 Dec;51(6):735-736. Epub 2016 Sep 26.

219. Motov S, Rosenbaum S, Vilke GM, Nakajima Y.  Is There a Role for Intravenous Subdissociative-Dose Ketamine Administered as an Adjunct to Opioids or as a Single Agent for Acute Pain Management in the Emergency Department?  J Emerg Med. 2016 Dec;51(6):752-757. Epub 2016 Sep 29.

220. Degner NR, Joshua A, Padilla R, Vo HH, Vilke GM.  Comparison of Digital Chest Radiography to Purified Protein Derivative for Screening of Tuberculosis in Newly Admitted Inmates. J Correct Health Care. 2016 Oct;22(4):322-330.

221. Granata RT, Castillo EM, Vilke GM.  Safety of deferred computed tomographic imaging of intoxicated patients presenting with possible traumatic brain injury.  Am J Emerg Med. 2017 Jan;35(1):51-54. Epub 2016 Sep 30.

PUBLICATIONS, continued:

Articles

222. Beri N, Marston NA, Daniels LB, Nowak RM, Schreiber D, Mueller C, Jaffe A, Diercks DB, Wettersten N, DeFilippi C, Peacock WF, Limkakeng AT, Anand I, McCord J, Hollander JE, Wu AH, Apple FS, Nagurney JT, Berardi C, Cannon CM, Clopton P, Neath SX, Christenson RH, Hogan C, Vilke G, Maisel A. Necessity of hospitalization and stress testing in low risk chest pain patients. Am J Emer Med 2017 (35): 274–280. Epub 2016 Oct 29.

223. Meurer WJ, Barth BE, Gaddis G, Vilke GM, Lam SH. Rapid Systematic Review: Intra-Arterial Thrombectomy ("Clot Retrieval") for Selected Patients with Acute Ischemic Stroke. J Emerg Med. 2017 Feb;52(2):255-261. Epub 2016 Nov 15.

224. Winters ME, Sherwin R, Vilke GM, Wardi G. Does Early Goal-Directed Therapy Decrease Mortality Compared with Standard Care in Patients with Septic Shock? J Emerg Med. 2017 Mar;52(3):379-384. Epub 2016 Nov 19.

225. Coyne CJ, Le V, Brennan JJ, Castillo EM, Shatsky RA, Ferran K, Brodine S, Vilke GM. Application of the MASCC and CISNE Risk-Stratification Scores to Identify Low-Risk Febrile Neutropenic Patients in the Emergency Department. Ann Emerg Med. 2016 Dec 29. [Epub ahead of print]

226. Blewer AL, Ibrahim SA, Leary M, Dutwin D, McNally B, Anderson ML, Morrison LJ, Aufderheide TP, Daya M, Idris AH, Callaway CW, Kudenchuk PJ, Vilke GM, Abella BS. Cardiopulmonary Resuscitation Training Disparities in the United States. J Am Heart Assoc. 2017 May 17;6(5). [Epub ahead of print]

227. Evans CS, Platts-Mills TF, Fernandez AR, Grover JM, Cabanas JG, Patel MD, Vilke GM, Brice JH. Repeated Emergency Medical Services Use by Older Adults: Analysis of a Comprehensive Statewide Database. Ann Emerg Med. 2017 May 27. [Epub ahead of print]

PUBLICATIONS, continued:

### Articles

### Consortium Publications

1. Davis DP, Garberson LA, Andrusiek DL, Hostler D, Daya M, Pirrallo R, Craig A, Stephens S, Larsen J, Drum AF, Fowler R, and the Resuscitation Outcomes Consortium Investigators. A Descriptive Analysis of Emergency Medical Service Systems Participating in the Resuscitation Outcomes Consortium (ROC) Prehospital Research Network. Prehospital Emergency Care 11:369-382, 2007. (role: site investigator)

2. J Christenson, D Andrusiek, S Everson-Stewart, P Kudenchuk, D Hostler, J Powell, CW Callaway, D Bishop, C Vaillancourt, D Davis, TP Aufderheide, A Idris, J Stouffer, I Stiell, R Berg, and the ROC investigators. Chest Compression Fraction Determines Survival in Patients with Out-of-hospital Ventricular Fibrillation. Circulation 120(13):1241-7, 2009. (role: site investigator)

3. Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, Bulger E, Stephens SW, Daya MR; ROC Investigators. Variation in the type, rate, and selection of patients for out-of-hospital airway procedures among injured children and adults. Acad Emerg Med. 2009 Dec;16(12):1269-76. (role: site investigator)

4. Bulger EM, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Coimbra R, Emerson S, Minei JP, Bardarson B, Kudenchuk P, Baker A, Christenson J, Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams C, Banek J, Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB; ROC Investigators. Out-of-Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury: A randomized Controlled Trial. JAMA 304(13):1455-1464, 2010 (role: site investigator)

5. Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, Schreiber MA, Warden C, Rea TD, Emerson S; ROC Investigators. The availability and use of out-of-hospital physiologic information to identify high-risk injured children in a multisite, population based cohort. Prehosp Emerg Care. 2009 Oct-Dec;13(4):420-31. (role: site investigator)

6. Rea TD, Cook AJ, Stiell IG, Powell J, Bigham B, Callaway CW, Chugh S, Aufderheide TP, Morrison L, Terndrup TE, Beaudoin T, Wittwer L, Davis D, Idris A, Nichol G; Resuscitation Outcomes Consortium Investigators. Predicting survival after out-of-hospital cardiac arrest: role of the Utstein data elements. Ann Emerg Med. 2010 Mar;55(3):249-57. (role: site investigator)

7. Newgard CD, Schmicker RH, Hedges JR, Trickett JP, Davis DP, Bulger EM, Aufderheide TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G; Resuscitation Outcomes Consortium Investigators. Emergency medical services intervals and survival in trauma: assessment of the "golden hour" in a North American prospective cohort. Ann Emerg Med. 2010 Mar;55(3):235-246.e4. Epub 2009 Sep 23. (role: site investigator)

PUBLICATIONS, continued:

Articles

Consortium Publications

8.  Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; ROC Investigators. A critical assessment of the out-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma. 2010 Feb;68(2):452-62. (role: site investigator)

9.  Brooks SC, Schmicker RH, Rea TD, Aufderheide TP, Davis DP, Morrison LJ, Sahni R, Sears GK, Griffiths DE, Sopko G, Emerson SS, Dorian P; ROC Investigators. Out-of-hospital cardiac arrest frequency and survival: evidence for temporal variability. Resuscitation. 2010 Feb;81(2):175-81. (role: site investigator)

10. Weisfeldt ML, Sitlani CM, Ornato JP, Rea T, Aufderheide TP, Davis D, Dreyer J, Hess EP, Jui J, Maloney J, Sopko G, Powell J, Nichol G, Morrison LJ; ROC Investigators. Survival after application of automatic external defibrillators before arrival of the emergency medical system: evaluation in the resuscitation outcomes consortium population of 21 million. J Am Coll Cardiol. 2010 Apr 20;55(16):1713-20. (role: site investigator)

11. Hostler D, Everson-Stewart S, Rea TD, Stiell IG, Callaway CW, Kudenchuk PJ, Sears GK, Emerson SS, Nichol G, and the Resuscitation Outcomes Consortium Investigators. A prospective cluster-randomized trial of real-time CPR feedback during out-of-hospital cardiac arrest resuscitation. BMJ 2011;342:d512 (role: site investigator)

12. Aufderheide TP, Nichol G, Rea TD, Brown SP, Leroux BG, Pepe PE, Kudenchuk PJ, Christenson J, Daya MR, Dorian P, Callaway CW, Idris AH, Andrusiek D, Stephens SW, Hostler D, Davis DP, Dunford JV, Pirrallo RG, Stiell IG, Clement CM, Craig A, Van Ottingham L, Schmidt TA, Wang HE, Weisfeldt ML, Ornato JP, Sopko G, and the Resuscitation Outcomes Consortium (ROC) Investigators. A Trial of an Impedance Threshold Device in Out-of-Hospital Cardiac Arrest. New England Journal of Medicine. 365:798-806, 2011 (role: site investigator)

13. Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Callaway CW, Pepe PE, Rea TD, Schmicker RH, Vaillancourt C, Chugh SS; Resuscitation Outcomes Consortium Investigators. Socioeconomic status and incidence of sudden cardiac arrest. CMAJ. 2011 Oct 18;183(15):1705-12. Epub 2011 Sep 12 (role: site investigator)

14. Wang HE, Devlin SM, Sears GK, Vaillancourt C, Morrison LJ, Weisfeldt M, Callaway CW; ROC Investigators. Regional variations in early and late survival after out-of-hospital cardiac arrest. Resuscitation. 2012 Nov;83(11):1343-8. (role: site investigator)

PUBLICATIONS, continued:

Articles

Consortium Publications

15. Kudenchuk PJ, Brown SP, Daya M, Morrison LJ, Grunau BE, Rea T, Aufderheide T, Powell J, Leroux B, Vaillancourt C, Larsen J, Wittwer L, Colella MR, Stephens SW, Gamber M, Egan D, Dorian P; Resuscitation Outcomes Consortium Investigators. Resuscitation Outcomes Consortium-Amiodarone, Lidocaine or Placebo Study (ROC-ALPS): Rationale and methodology behind an out-of-hospital cardiac arrest antiarrhythmic drug trial. Am Heart J. 2014 May;167(5):653-9. (role: site investigator)

16. Ian G. Stiell, Siobhan P. Brown, Graham Nichol, Sheldon Cheskes, Christian Vaillancourt, Clifton W. Callaway, Laurie J. Morrison, James Christenson, Tom P. Aufderheide, Daniel P. Davis, Cliff Free, Dave Hostler, John A. Stouffer and Ahamed H. Idris and the Resuscitation Outcomes Consortium Investigators  What Is the Optimal Chest Compression Depth During Out-of-Hospital Cardiac Arrest Resuscitation of Adult Patients? Circulation 2014;130:1962-1970; epub 2014 Sep 24. (role: site investigator)

17. Idris AH, Guffey D, Pepe PE, Brown SP, Brooks SC, Callaway CW, Christenson J, Davis DP, Daya MR, Gray R, Kudenchuk PJ, Larsen J, Lin S, Menegazzi JJ, Sheehan K, Sopko G, Stiell I, Nichol G, Aufderheide TP; Resuscitation Outcomes Consortium Investigators. Chest Compression Rates and Survival Following Out-of-Hospital Cardiac Arrest. Crit Care Med. 2015 Apr;43(4):840-8. (role: site investigator)

PUBLICATIONS, continued:

Abstracts

1.   Chan TC, Vilke GM, Hayden SR: Structured curriculum in domestic violence and child
     abuse for emergency medicine residents. Acad Emerg Med 1996;3(5):511.

2.   Moss ST, Vilke GM, Chan TC, Dunford JD: Outcomes study of out-of-hospital patients
     signed out against medical advice by field paramedics. Acad Emerg Med 1997;4(5):413.

3.   Chan TC, Vilke GM, Neuman TS, Clausen JL: Does the hobble restraint position result in
     respiratory compromise? Acad Emerg Med 1997;4(5):459.

4.   Evans SD, Fisher RP, Vilke GM, Chan TC: Accuracy of urban field paramedics estimating
     blood loss. Acad Emerg Med 1997;4(5):459.

5.   Davis DP, Bramwell KJ, Vilke GM, Rosen P: Cricothyrotomy technique: Standard technique
     versus the rapid four-step technique. Acad Emerg Med 1997;4(5):488.

6.   Bramwell K, Vilke G, Davis D, Rosen P: Cricothyrotomy technique: Use of the Trousseau
     dilator for initial widening and subsequent stabilization of the opening during endotracheal
     tube passage. Ann Emerg Med 1997;30(3):419.

7.   Neuman TS, Vilke GM, Chan TC, Clausen JL: Changes in pulmonary function associated
     with position. Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.   Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM: Successful out-of-hospital airway
     management by emergency medical technician-Is using the Combitube. Acad Emerg Med
     1998;5(5):388.

9.   Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR: The effect of blade type and
     cervical spinal immobilization on laryngoscopy in a cadaver model of intubation. Acad
     Emerg Med 1998;5(5):397.

10.  Vilke GM, Chan TC, Neuman T, Clausen JL: The effect of body position on pulmonary
     function. Acad Emerg Med 1998;5(5):397.

11.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P: Emergency department
     airway management before and after the start of an emergency medicine residency training
     program. Acad Emerg Med 1998;5(5):444.

12.  Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and
     safety: A comparison between standard open technique and rapid four-step technique using
     a novel device. Acad Emerg Med 1998;5(5):483.

13.  Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM: Rapid-sequence induction for
     out-of-hospital intubations: A multimedia course designed for paramedics. Acad Emerg Med
     1998;5(5):502.

PUBLICATIONS, continued:

Abstracts

14. Chan TC, Vilke GM, Buchanan J, Anderson M: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. Prehospital Emerg Care 1998;2(3):223.

15. Marino AT, Vilke GM, Chan TC, Buchanan J: Precision of prehospital diazepam dosing for children in status epilepticus. Prehospital Emerg Care 1998;2(3):232.

16. Marino AT, Vilke GM, Chan TC, Buchanan J: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. Prehospital Emerg Care 1998;2(3):233.

17. Vilke GM, Chan TC, Buchanan J, Dunford JV: Are opiate overdose deaths related to patient release after prehospital naloxone? Prehospital Emerg Care 1998;2(3):236.

18. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? Ann Emerg Med 1998;32(3)Part 2:S6.

19. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. Ann Emerg Med 1998;32(3)Part 2:S13.

20. Marino AT, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. Ann Emerg Med 1998;32(3)Part 2:S30.

21. Marino AT, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures. Ann Emerg Med 1998;32(3)Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. Ann Emerg Med 1998; 32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation? Ann Emerg Med 1998;32(3)Part 2:S51.

26. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

PUBLICATIONS, continued:

Abstracts

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehospital Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehospital Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehospital Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC: Knowledge of prescribed medications by emergency department patients. Acad Emerg Med 1999;6(5):539.

37. Davis D, Marino A, Vilke G, Dunford J, Videen J: Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon. Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2000;4(1):90.

39. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000; 4(1):92.

## PUBLICATIONS, continued:

### Abstracts

40. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J: Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC: Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM: Original clinical decision guideline to identify patients with spinal epidural abscess. Acad Emerg Med 2000;7(5):574-575.

46. Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR: Confirming endotracheal intubation using ultrasound. Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. J Emerg Med 2001;20(3):321.

48. Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF: Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects? Acad Emerg Med 2001;8(5):442.

49. Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV: Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics. Acad Emerg Med 2001;8(5):486.

50. Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Acad Emerg Med 2001;8(5):500.

51. Vilke GM, Simmons C, Brown L, Skogland P, Guss DA: Approach to decreasing emergency department ambulance diversion hours. Acad Emerg Med 2001;8(5):526.

PUBLICATIONS, continued:

Abstracts

52.  Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file). Inter-university Consortium for Political and Social Research (distributor), 2001.

53.  Cardall TY, Glasser JL, Davis D, Vilke GM: Cricothyrotomy training in emergency medicine residencies. Ann Emerg Med 2001;38(4):S9.

54.  Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J: Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals. Ann Emerg Med 2001;38(4):S33.

55.  Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Prehosp Emerg Care 2002;6(1):144.

56.  Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM: Impact of an on-call physician on emergency 911 transports from a county jail. Prehosp Emerg Care 2002;6(1):162.

57.  Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. Prehosp Emerg Care 2002;6(1):164.

58.  Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. Prehosp Emerg Care 2002;6(1):165.

59.  Jin AS, Chan T, Davis D, Vilke G: Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia. Acad Emerg Med 2002;9(5):381-382.

60.  Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J: Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments. Acad Emerg Med 2002;9(5):389.

61.  Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM: Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED? Acad Emerg Med 2002;9(5):407.

62.  Glasser JL, Cardall TY, Podboy M, Vilke GM: Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider. Acad Emerg Med 2002;9(5):422-423.

63.  Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM: Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department? Ann Emerg Med 2002;40(4):S7-S8.

## PUBLICATIONS, continued:

### Abstracts

64. Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G: The clinical presentation and outcome of emergency department patients with spinal epidural abscess. Ann Emerg Med 2002;40(4): S103.

65. Vilke GM, Loh A: A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions. Prehosp Emerg Med 2003;7(1):171.

66. Buono C, Vilke GM, Schwartz B, Brown L, Swabb C: Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice. Prehosp Emerg Med 2003;7(1):172.

67. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport. Prehosp Emerg Med 2003;7(1):190.

68. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: prospective countywide trial to decrease ambulance diversion hours. Acad Emerg Med 2003;10(5):465.

69. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM: The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain. Acad Emerg Med 2003;10(5):569.

70. Chan TC, Kelso D, Dunford JV, Vilke GM: Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department? Acad Emerg Med 2003;10(5):515.

71. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. Ann Emerg Med 2003;42(4):S2.

73. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM: Does weight force during physical restraint cause respiratory compromise? Ann Emerg Med 2003;42(4):S17.

74. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC: Inadvertent anticoagulation of emergency department patients with aortic dissection. Ann Emerg Med 2003;42(4):S99.

75. Vilke GM, Wiesner C, Davis DP, Chan TC: The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

PUBLICATIONS, continued:

Abstracts

76. Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB: The predictive value of paramedic assessment of aspiration in patients undergoing RSI. Prehosp Emerg Care 2004; 8(1):88-89.

77. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. Prehosp Emerg Care 2004;8(1):84.

78. Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA: Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay. Acad Emerg Med 2004;11(5):485.

79. Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB: The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation. Acad Emerg Med 2004;11(5):492.

80. Patel RJ, Davis D, Vilke GM, Chan TC: Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy. Acad Emerg Med 2004;11(5):522.

80. Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Acad Emerg Med 2004;11(5):604.

82. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Cricothyrotomies by air medical providers in 2853 patient intubations. Air Med J 2004;23(5):33.

83. Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D: The efficacy of air medical response to patients with moderate to severe traumatic brain injury. Air Med J 2004;23(5):31.

84. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting. Air Med J 2004;23(5):30.

85. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients. Air Med J 2004; 23(5):30.

86. Metz M, Marcotte A, Vilke GM: The effect of decreasing ambulance diversion hours on ed interfacility transfers. J Emerg Nurs 2004;30(5):411.

87. Metz M, Murrin P, Vilke GM: Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial. J Emerg Nurs 2004;30(5):410.

## PUBLICATIONS, continued:

### Abstracts

88. Metz M, Murrin P, Vilke GM: The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89. Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC: Impact of a new booster seat law. Ann Emerg Med 2004;44(4):S39-S40.

90. Vilke GM, Marcotte A, Metz M, Upledger Ray L: Pain management in the out-of-hospital setting. Ann Emerg Med 2004;44(4):S63.

91. Vilke GM, Murrin PA, Marcotte A, Upledger RL: Impact of the San Diego County firestorm on emergency medical services. Ann Emerg Med 2004;44(4):S102-S103.

92. Davis DP, Pettit K, Poste JC, Vilke GM: The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims. Ann Emerg Med 2004;44(4):S103.

93. Buono CJ, Davis DP, Vilke GM, Stepanski B. Esophageal Intubation in an EMS system: a six-year experience. Prehosp Emerg Care 2005; 9(1):113.

94. Dunford JV, Vilke GM, Chan TC. Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95. Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB. The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury. Prehosp Emerg Care 2005; 9(1):124.

96. Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R. Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments. Prehosp Emerg Care 2005; 9(1):125.

97. Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H. Paramedic self-reported medication errors in an anonymous survey. Prehosp Emerg Care 2005; 9(1):127.

98. Bush J, Chan TC, Killeen JP, Vilke GM. The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism. Acad Emerg Med 2005;12(5):41.

99. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC. Does weight force during physical restraint cause respiratory compromise? Acad Emerg Med 2005;12(5):16.

100. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of subjects exposed to the Taser. Acad Emerg Med 2005;12(5):71.

PUBLICATIONS, continued:

Abstracts

101. Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB. The impact of hyper- and hypoventilation on outcome in traumatic brain injury. Acad Emerg Med 2005;12(5):138-139.

102. Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J: The potential safety of designated cardiac arrest receiving facilities. Ann Emerg Med 2005;46(3):S17.

103. Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA: Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department. Ann Emerg Med 2005;46(3):S107-S108.

104. Lev R, Vilke G, Dunford J: San Diego Regional STEMI Summit. San Diego Physician. 2005;4:11-13.

105. Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G: The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion. Prehosp Emerg Care 2006;10(1):110.

106. Davis D, Ramanujam P, Buono C, Vilke G: The sensitivity of capnometry to detect endotracheal intubation: Where should we draw the line? Prehosp Emerg Care 2006; 10(1):118.

107. Levine S, Sloane C, Chan T, Dunford J, Vilke G: Cardiac monitoring of subjects exposed to the Taser. Prehosp Emerg Care 2006;10(1):130.

108. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J: Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006;13(5 Supp 1):S47.

109. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC: Evaluation of deaths associated with choking. Acad Emerg Med 2006;13(5 Supp 1):S49.

110. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F: Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

111. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV: Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

112. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC: Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

PUBLICATIONS, continued:

Abstracts

113. Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM: Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

114. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L: Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006;48(4 Supp 1):S69.

115. Davis D, Salazar A, Vilke G, Chan T: The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain. Ann Emerg Med 2006;48(4 Supp 1):S66.

116. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC: San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006;48(4 Supp 1):S90.

117. Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D: The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG. Prehosp Emerg Care 2006;10(1):116.

118. Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM. Impact of a state booster seat law on compliance in pediatric traffic crash victims. Ann Emerg Med 2006; 48(4 Supp 1):S56.

119. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

PUBLICATIONS, continued:

Abstracts

125.  Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126.  Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM. Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients? Ann Emerg Med 2007; 50(3):S24.

127.  Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129.  Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130.  Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131.  Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132.  Vilke GM, Chan TC, Killeen JP, Castillo EM. Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133.  Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise. Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134.  Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding. Ann Emerg Med 2008; 52(4):S44.

135.  Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain. Ann Emerg Med 2008; 52(4):S71.

PUBLICATIONS, continued:

Abstracts

136.  Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S105-6.

137.  Ramanujam P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J. Pre hospital transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138.  Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

139.  Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009;16(4)Suppl 1: S85-S86.

140.  Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient evaluation of internet and email access for healthcare information. Acad Emerg Med 2009;16(4)Suppl 1: S132-S133.

141.  Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1: S137.

142.  Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-S158.

143.  Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest: identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med 2009;16(4)Suppl 1: S182.

144.  Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145.  Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146.  Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl 1: S257-S258.

PUBLICATIONS, continued:

Abstracts

147.  Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148.  Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149.  Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150.  Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151.  Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya M, Wang HE, Morrison L, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirrallo RG, Vilke G, Sopko G, Weisfeldt M, the Resuscitation Outcomes Consortium (ROC) Investigators: Resuscitation outomces consortium roc primed trial of early rhythm analysis versus later analysis in out-of-hospital cardiac arrest. Resuscitation 2010;81S:S16.

152.  Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

153.  Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine and Benzodiazepines Compared to Haloperidol and Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

154.  Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

155.  Chan TC, Castillo EM, Humber DM, Killeen JP. Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

156.  Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department. Ann Emerg Med 2010; 56(3):S372.

PUBLICATIONS, continued:

Abstracts

157.    Wilson MP, Vilke GM, Govindarajan P, Itagaki MW. Emergency Physicians Research Commonly Encountered Patient-Oriented Problems in the the Proportion with Which They Are Encountered in the Emergency Department. Acad Emerg Med 2011;18 (5)Suppl:S67.

158.    Vilke GM, Anthony E, Castillo EM. Factors Associated with Ambulance Use Among Emergency Department Patients. Acad Emerg Med 2011;18 (5)Suppl:S114.

159.    Nordt SP, Castillo EM, Galinato M, Nguyen V, Clark RF, Cantrell FL, Chan TC, Vilke GM: Energy Drink Use and Adverse Effects Among Emergency Department Patients. Clin Toxicol 2011; 49(6):579.

160.    Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka "Hog-Tie") Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

161.    Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

162.    Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

163.    Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

164.    Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

165.    Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does An Alcohol-based Hand Sanitizer Affect Breathalyzer Levels? Acad Emer Med 2012;19(4):S278.

166.    Vilke GM, Patel N, Castillo EM, Demers G. Safety and Efficacy of Milk and Molasses in the ED. Acad Emer Med 2012;19(4):S287.

167.    Castillo EM, Chan TC, Brennen JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Pain Associcated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

168.    Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination With Benzodiazepines And Alcohol Intoxication, Intramuscular But Not Oral Olanzapine Is Associated With Decreased Oxygen Saturations. Acad Emer Med 2012;19(4):S356.

PUBLICATIONS, continued:

Abstracts

169. Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

170. Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

171. DeMers G, Graydon C, Stein M, Wilson S, Buesch B, Berthiaume S, Lee DM, Rivas J, Vilke GM, Davis D: Analysis of Inter-facility Transfer Rates After Initiation of a Regional PCI System. Ann Emer Med 2012;60(4)S44.

172. Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

173. Benaron D, Castillo EM, Vilke GM, Guluma KZ: Emergency Department Patient Perception of Stroke. Ann Emer Med 2012;60(4)S58.

174. Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

175. Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP: Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

176. Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102.

177. Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

178. Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

179. Campillo A, MacDonald KS, Vilke GM, Wilson MP: The B52 Combination Is Not Frequently Used in Emergency Departments and Causes A High Proportion of Patients to Fall Asleep. Ann Emer Med 2012;60(4) S147.

180. Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP: A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. Ann Emer Med 2012;60(4) S147-S148.

PUBLICATIONS, continued:

Abstracts

181. Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

182. Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

183. Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

184. Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

185. Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

186. Chan TC, Brennan JJ, Killeen JK, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231.

187. Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? Ann Emerg Med 2013, 62(4), S107.

188. Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. Ann Emerg Med 2013, 62(4), S118.

189. Granata RT, Vilke GM. Impact of deferred CT imaging of intoxicated patients presenting with altered mental status. J Invest Med 2014;61(1):214.

190. Nowak RM, Schreiber D, Hollander J, Nagurney J, Hogan C, Wu A, Vilke GM, Apple F, Cannon C, Daniels L, Anand I, deFillippi C, McCord J, Shah K, Marston N, Neath SX, Christenson R, Diercks D, Limkakeng A, Jaffe A, Mueller C, Maisel A, Peacock F: Copeptin Provides Prognostic Value in Emergency Department Patients Presenting with Acute Undifferentiated Chest Pain. Acad Emerg Med 2014;21(5):S89.

## PUBLICATIONS, continued:

### Abstracts

191. Peacock W, Nowak R, Neath SX, Hollander J, Cannon C, Nagurney JT, Schreiber D, Hogan C, Diercks D, Stein JC, Headden G, Limkakeng AT, Mueller C, Vilke GM, Maisel A: Can a Second Measurement of Copeptin Improve Acute Myocardial Infarction Rule Out? Acad Emerg Med 2014;21(5):S90.

192. Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Acad Emerg Med 2014; 21(Supp 1): S161.

193. Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Acad Emerg Med 2014; 21(Supp 1): S238.

194. Hopper A, Dee J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Acad Emerg Med 2014; 21(Supp 1):S56.

195. Castillo, EM, Brennan JJ, Hsia RY, Killeen JP, Vilke, GM, Chan TC. Thirty-day Readmissions Through the Emergency Department in a Large, Metropolitan Region. Acad Emerg Med 2014; 21(Supp 1):S108.

196. Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Acad Emerg Med 2014; 21(Supp 1):S218.

197. Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Acad Emerg Med 2014; 21(Supp 1):S220.

198. Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Acad Emerg Med 2014; 21(Supp 1):S274.

199. Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Acad Emerg Med 2014; 21(Supp 1):S322.

200. Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke G, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, DeFilippi C, Hogan C, Diercks D, Limkaken A, Anand I, Jaffe A, Peacock WF, Maisel A, Wu, A: Can a second measurement of copeptin improve acute myocardial infarction rule out?. J Am Coll Cardiol 2014;63(12_S).

PUBLICATIONS, continued:

Abstracts

201.   Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. Ann Emerg Med 2014; 64(4s):S84 –S85.Smith C, Hopper AB,

202.   Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients With Runaway Pacemakers. Ann Emerg Med 2014; 64(4s):S111.

203.   Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. Ann Emerg Med 2014; 64(4s):S118 – S119.

204.   Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. Ann Emerg Med 2014; 64(4s):S138.

205.   Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. Ann Emerg Med 2014; 64(4s):S139-S140.

206.   Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP. Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency Department. Ann Emerg Med 2014; 64(4s):S140-S141.

207.   Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke GM, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, deFilippi C, Hogan C, Diercks D, Limkakend A, Anand I, Wu A, Clopton P, Jeffe A, Peacock F, Maisel A. Does Copeptin Provide Additional Risk Stratification in Chest Pain Patients With a Mild Troponin Elevation? Circulation 2014; 130:A12996.

208.   Egnatios J, Lev R, Petro S, Castillo E, Vilke G. Long Active Death: Medadone. Ann Emerg Med 2015; 66(4s):S140-S141.

209.   Vilke GM, Guss DA. Pilot Study of Telemedicine in a County Jail to Assess and Treat Acutely Ill Inmates. Ann Emerg Med 2015; 66(4s): S14.

210.   Brennan JJ, Vilke GM, Hsia RY, Chan TC, Killeen JP, Huang J, Castillo EM. Transient Ischemic Attack "Bouncebacks": Emergency Department Discharges Who Return as Admissions Within Seven Days. Ann Emerg Med 2015; 66(4s):S112.

211.   Brennan JJ, Chan TC, Vilke GM, Killeen JP, Hsia RY, Tehaney K, Castillo EM. Admissions Within Seven Days of an Emergency Department Discharge. Ann Emerg Med 2015; 66(4s):S89.

PUBLICATIONS, continued:

Abstracts

212. Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Specialty-Specific Prescribing Patterns to Patients Who Die From Prescription Drugs: How Do Emergency Physicians Compare? Ann Emerg Med 2015; 66(4s):S119.

213. Castillo EM, Chan, TC, Vilke GM, Hsia RY, Ishamine P, Shah S, Kapoor K, Brennan JJ. A Description of Pediatric Frequent Users of Emergency Department Resources. Ann Emerg Med 2015; 66(4s):S8.

214. Chan TC, Brennan JJ, Vilke GM, Hsia RY, Killeen JP, Castillo EM. The Changing Landscape of Emergency Department Visits in California. Acad Emerg Med 2016; 23:S15

215. Castillo EM, Vilke GM, Killeen JP, Hsia RY, Wilson MP, Brennan JJ. ED Utilization Prior to a Suicide and Self-Inflicted Injury Related ED Visit. Acad Emerg Med 2016; 23:S17.

216. Supat B, Brennan JJ, Vilke GM, Ishimine P, Shah S, Hsia RY, Castillo EM. Assessing Factors Associated with Pediatric Frequent Emergency Department Utilization. Acad Emerg Med 2016; 23:S32.

217. Coyne CJ, Chiu C, Brennan JJ, Castillo EM, Vilke GM. Medication Adherence in the Emergency Department: What are the Barriers? Acad Emerg Med 2016; 23:S41.

218. Spinosa DL, Brennan JJ, Castillo EM, Hsia RY, Vilke GM. Multivariate Analysis of 30-Day Readmission for Acute Myocardial Infarction. Acad Emerg Med 2016; 23:S118.

219. Castillo EM, Brennan JJ, Shah S, Vilke GM, Hsia RY, Nguyen M. Asthma and Asthma-Mimicking Pediatric ED Revisit Within Three Days of an ED Discharge. Acad Emerg Med 2016; 23:S120.

220. Castillo EM, Brennan JJ, Chan TC, Killeen JP, Hsia RY, Vilke GM. ED Utilization 3-Days Prior to a Fall-Related ED Visit Among Elderly Patients. Acad Emerg Med 2016; 23:S139.

221. Coyne CJ, Le V, Brennan JJ, Castillo EM, Shatsky RA, Vilke GM. Low-Risk febrile Neutropenia: Can These Patients be Safely Discharged from the Emergency Department? Acad Emerg Med 2016; 23:S161.

222. Brennan JJ, Vilke GM, Chan TC, Killeen JP, Hsia RY, Castillo EM. ED Revisits Within 3 Days of an ED Discharge Among Elderly Patients. Acad Emerg Med 2016; 23:S169.

223. Nakajima Y, Vilke GM, Castillo EM, Brennan JJ, Hsia R. Asthma Bouncebacks Emergency Department Discharges Who Return as Admission Within Three Days. Acad Emerg Med 2016; 23:S202.

PUBLICATIONS, continued:

Abstracts

224.    Benaron D, Castillo E, Vilke G, Guluma K. Emergency Department Patient Perception of Stroke: A Comparison of Elderly and Nonelderly Knowledge of Stroke. Acad Emerg Med 2016; 23:S256.

225.    Vilke GM, Castillo EM, Brennan JJ, Killeen JP. What Happens to Emergency Patients Who Leave Without Being Seen by a Physician? Ann Emerg Med 2016;68(4):S33.

226.    Castillo EM, Morgan AO, Vilke GM, Killeen JP, Hsia RY, Brennan JJ. Characteristics of Frequent Users of Emergency Departments With Pain-Related Diagnoses. Ann Emerg Med 2016;68(4):S56-57.

227.    Brennan JJ, Vilke GM, Killeen JP, Hsia RY, Castillo EM. Trends Among Emergency Department Visits for Suicide-Related Diagnoses, 2008 – 2014. Ann Emerg Med 2016;68(4):S385.

228.    Coyne CC, Brennan JJ, Castillo EM, Vilke GM. Cancer-Related Emergency Department Bounce Backs: Describing the Population and Assessing Outcomes. Ann Emerg Med 2016;68(4):S387.

229.    Castillo EM, Ko K, Howard J, Vilke GM, Hsia R, Killeen JP, Brennan J. The Rate and Patient Characteristics of 7-Day ED Revisits among Senior Patients. Acad Emerg Med 2017; 24 (S1):S37-S38.

230.    Hornbeak K, Castillo EM, Sloane C, Vilke GM. Injuries Associated with Law Enforcement Use-of-force Incidents with and without Subject Intoxication. Acad Emerg Med 2017; 24 (S1):S131.

231.    Coyne C, Li D, Brennan J, Castillo E, Vilke GM. Evaluating cancer-related pain management in the emergency department setting. Acad Emerg Med 2017; 24 (S1):S148-S149.

232.    Brennan J, Vilke GM, Hsia R, Killeen JP, Castillo EM. Emergency department visits following hospital admissions. Acad Emerg Med 2017; 24 (S1):S159.

233.    Vilke GM, Holman M, Brennan B, Castillo EM. Evaluation of the Risk of Carotid Artery Injury in Strangulation. Acad Emerg Med 2017; 24 (S1):S211-S212.

234.    Coyne CJ, Brennan J, Castillo EM, Vilke GM. Conducting Meaningful Population-Based Research on Patients with Cancer Who Present To the Emergency Department - A Study on The Methodology of Categorization. Acad Emerg Med 2017; 24 (S1):S223.

PUBLICATIONS, continued:

Abstracts

235.  Miller A, Brennan J, Vilke GM, Castillo EM. Knowledge and Concern over Ingredients in Packaged Food and Personal Hygiene Products among Emergency Department Patients. Acad Emerg Med 2017; 24 (S1):S248.

## ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1. Chan TC, Buchanan J, Anderson M, Vilke GM: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? ACEP Research Forum, San Diego, California; October 1998.

3. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR: The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. ACEP Research Forum, San Diego, California; October 1998.

4. Vilke GM, Chan TC, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. NAEMSP Annual Meeting, Dana Point, California; January 2000.

7. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. NAEMSP Annual Meeting, Dana Point, California; January 2000.

8. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Effect of weight placed on the back of subjects in the hobble restraint position. American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV: Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients. State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

## ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

12. Vilke GM, Steen PJ, Smith AM, Chan TC: Pediatric intubation by paramedics: The San Diego County experience. SAEM Western Regional Research Forum, Irvine, California; March 2001.

13. Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM: The use of the Combitube as a salvage airway device for paramedic RSI. SAEM Western Regional Research Forum, Irvine, California; March 2001.

14. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid sequence induction. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. NAEMSP National Conference, Tucson, Arizona; January 2004.

21. Marcelyn Metz, Patricia Murrin, Gary M. Vilke: The three-phase EMS cardiac arrest model for ventricular fibrillation. ENA Annual Meeting; San Diego, California; October 2004.

22. Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO; June 2006. [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

23. Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does an alcohol-based sanitizer impact breathalyzer levels? SAEM Annual Meeting, Chicago, Illinois; May 2012.

SELECTED SPEAKING ENGAGEMENTS:

1. "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2. "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3. "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4. "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5. "Multi-Casualty Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6. "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7. "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8. "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9. "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

## SELECTED SPEAKING ENGAGEMENTS, continued:

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting; October 2001.

17. ."Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn; October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism: Implications for the Legal and Domestic Community" -- Thomas Jefferson School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference; San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California; January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine; Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan Medical Strike Team Training; San Diego, California; August 2003.

SELECTED SPEAKING ENGAGEMENTS, continued:

33. "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34. "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35. "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36. "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36. "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37. "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38. "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39. "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40. "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41. "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43. "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44. "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45. "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46. "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

## SELECTED SPEAKING ENGAGEMENTS, continued:

47.  "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48.  "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49.  "Use of Force: Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50.  "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51.  "Conductive Energy Devices: The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16-17, 2006.

52.  "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; January 9, 2007.

53.  "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference. Naples, FL; January 12, 2007.

54.  "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association. Ontario, CA; February 7, 2007.

55.  "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56.  "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57.  "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58.  "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; September 27, 2007.

59. "The clinical impacts of TASER and other Conductive Energy Devices on Humans: A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 28-30, 2007.

## SELECTED SPEAKING ENGAGEMENTS, continued:

60. "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61. "Excited Delirium: What is it? Why does it kill? What do we need to know about it? Western States Winter Conference on Emergency Medicine. Park City, Utah, February 8, 2008.

62. "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63. "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter. San Diego, California; April 18, 2008.

64. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65. "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; October 29, 2008.

67. "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68. "Conducted Energy Devices: Are They Safe Options?" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May 26, 2009.

69. "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research Seminars. San Diego, California; June 2, 2009.

70. "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds. San Diego, California; June 17, 2009.

71. "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 12, 2009.

72. "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's Association. Temecula, California; January 21, 2010.

SELECTED SPEAKING ENGAGEMENTS, continued:

73. "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April 19, 2010.

74. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital. Encinitas, California; July 15, 2010.

75. "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds University Medical Center. Las Vegas Nevada; August 10, 2010.

76. "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 17, 2010.

76. "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference. Puerto Vallarta, Mexico; February 18, 2011.

77. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; March 25, 2011.

78. "ROC Cardiac Arrest Outcomes" – San Diego Resuscitation Conference. San Diego, California; April 9, 2011.

79. "Do Electronic Control Devices Kill Humans: Review of the Data" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16, 2011.

80. "Evaluation After Choking or Strangulation" – UCSD Forensic Nursing Conference. San Diego, California; April 28, 2012.

81. "Prehospital Hypothermia for Cardiac Arrest" – Santa Clara County EMS Conference. San Jose, California; May 23, 2012.

82. "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; August 21, 2012.

83. "Acute Cerebral Accidents" – Hermosillo ACLS Resuscitation Conference. Hermosillo, Sonora, Mexico; September 11, 2012.

84. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – Emergency Nurses Association Annual Conference. San Diego, California; September 15, 2012.

85. "Electronic Control Devices and the not so Shocking Truth about their Lethality" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 14, 2012.

SELECTED SPEAKING ENGAGEMENTS, continued:

86. "Medical Evaluation and Detection of Dementia and Delirium" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada, December 5, 2012.

87. "Acute Cerebral Accidents" – Puerto Vallarta Resuscitation Conference. Puerto Vallarta Mexico; January 17, 2013.

88. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – San Diego County Emergency Nurses Association 911 Conference. San Diego, California; April 19, 2013.

89. "Acute Cerebral Accidents" – Cabo San Lucas Resuscitation Conference. Cabo San Lucas Mexico; April 27, 2013.

90. "Acute Myocardial Infarction" – Mazatlan Resuscitation Conference. Mazatlan Mexico; May 7, 2013.

91. "Hypothermia Post Cardiac Arrest" –Acapulco Resuscitation Conference. Acapulco, Mexico; May 28, 2013.

92. "Bath Salts and In-Custody Death"- National Sheriff's Association. Charlotte, NC; June 25, 2013.

93. "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

94. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

95. "Hypothermia Post Cardiac Arrest" –La Paz Resuscitation Conference. La Paz, Mexico; July 22, 2013.

96. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

97. "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

98. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA October 2, 2013.

99. "Decreasing Your Risk in Labor and Delivery" – UCSD 9th Annual Perinatal Symposium, San Diego, CA October 11, 2013.

100. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – UCSD Department of Emergency Medicine Grand Rounds, San Diego, CA November 11, 2013.

## SELECTED SPEAKING ENGAGEMENTS, continued:

101. "Excited Delirium Syndrome" – Annual Update on Behavioral Emergencies Conference. Orlando, Florida; December 12, 2013.

102. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – Primero Simposium Internacional BNH con UCSD Celebrado en Los Cabos. Los Cabos, Mexico; December 7, 2013.

103. "Management of Head Trauma" –Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

104. "Updates in Cardiac Arrest: The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

105. "Pulmonary Embolism: Evaluation and Treatment"- 25th Annual Mexico Emergency Medicine Congress. Acapulco, Mexico; February 20, 2014.

106. "Management of Head Trauma" –Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2014.

107. "Updates in Cardiac Arrest: The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2015.

108. "Management of Burns" –Trauma Update Conference. Puerto Vallarta, Mexico; April 3, 2014.

109. "Management of Head Trauma" –Trauma Update Conference. Puerto Vallarta, Mexico; April 3, 2014.

110. "Cuffs, Chains and Chairs" – Restraint and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; April 24, 2014.

111. "Management of Burns" –Trauma Update Conference. Los Cabos, Mexico; June 5, 2014.

112. "Management of Head Trauma" - Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014

113. "Management of Burns" - Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

114. "Updates in Cardiac Arrest: The ROC Trials" – Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

115. "Pulmonary Embolism: Evaluation and Treatment"- Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

116. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Anesthesia Pain Service Grand Rounds, San Diego, CA September 24, 2014.

117. "The ABCs of CPR" –Huatulco Resuscitation Conference. Huatulco, Mexico; October 2, 2014.

118. "Risk Management and Minimizing Malpractice Exposure" – UCSD Division of Gastroenterology Grand Rounds, San Diego, CA October 16, 2014.

119. "Identification and Treatment of Excited Delirium Syndrome" - Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona; December 11, 2014.

120. "Autopsy of an In-Custody Death" – Defense Research Institute Annual Conference, San Diego, CA January 30, 2015.

121. "TASERS: The shocking truth"- 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

122. "Resuscitation Update: CPR, Hypothermia and new devices" - 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

123. "Management of Head Trauma" - Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

124. "Updates in Cardiac Arrest: The ROC Trials" – Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

125. "Pulmonary Embolism: Evaluation and Treatment"- Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

126. "Resuscitation Update: CPR, Hypothermia and new devices" – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

127. "Approaches to Stabilization, Transfer and Disposition of Tourist with Multiple Trauma – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

128. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA December 2, 2015.

129. "Ketamine and EMS" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada; December 3, 2015.

130. "Pulmonary Embolism: Evaluation and Treatment"- 27th Annual Mexico Emergency Medicine Congress. Puerto Vallarta, Mexico; February 4, 2016.

131. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – 27th Annual Mexico Emergency Medicine Congress. Puerto Vallarta, Mexico; February 4, 2016.

SELECTED SPEAKING ENGAGEMENTS, continued:

132. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Dermatology Grand Rounds, San Diego, CA February 11, 2016.

133. "Remembering the Provider" – Southern California Association of Health Risk Managers, Palm Desert, CA May 4, 2016.

134. "The ABCs of CPR" –San Miguel Health Fair. San Miguel, Mexico; July 15, 2016.

135. "Avances en Tromboembolia Pulmonar"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; May 5, 2017.

136. "Caso Clinico de Trauma"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; May 5, 2017.

137. "Avances en Aeromedicina"- 3rd Annual Congreso Binacional de Medicine de urgencias y Trauma, Tijuana, Mexico; May 6, 2017.

138. "Science of Restraint, Position/Compression and Asphyxia, and Science Behind Asphyxial Death" – Police Use of Force in Today's World. Miami, FL; June 26, 2017.