# EXHIBIT 4

## TO

## DECLARATION OF EDWARD P. WOLFE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE DEFENDANTS' CUMULATIVE EXPERT WITNESS TESTIMONY FROM GARY VILKE, M.D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALEXIS YANCY AND JAYDEN )
YANCY, BY AND THROUGH THEIR )
GUARDIAN AD LITEM, )
KATHERINE HAWK, )
INDIVIDUALLY AND ON BEHALF )
OF THE ESTATE OF TOMMY )
YANCY, JUNIOR, DECEASED, )
)
      PLAINTIFFS, )
)
      vs. )  Case No. 15CV0580 JM JLB
)
STATE OF CALIFORNIA; )
CALIFORNIA HIGHWAY PATROL; )
CITY OF IMPERIAL; CITY OF )
IMPERIAL POLICE DEPARTMENT; )
COUNTY OF IMPERIAL; COUNTY )
OF IMPERIAL SHERIFF'S )
DEPARTMENT; JOSEPH A. )
FARROW; RAYMOND LOERA; )
MIGUEL COLON, JR.; GILBERT )
CALDERA; HERCILIO CARDENAS; )
ROBERT GONZALES; AND DOES 1 )
THROUGH 25, INCLUSIVE, )
)
      DEFENDANTS. )
_____ )

DEPOSITION OF
DR. MICHAEL ALAN GRAHAM
ST. LOUIS, MISSOURI
AUGUST 17, 2017

Reported by:
ANGELA M. TAYLOR, RPR, IL-CSR, MO-CCR
CSR No. 084.004538, CCR No. 1067
17-55519

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA


ALEXIS YANCY AND JAYDEN      )
YANCY, BY AND THROUGH THEIR  )
GUARDIAN AD LITEM,           )
KATHERINE HAWK,              )
INDIVIDUALLY AND ON BEHALF   )
OF THE ESTATE OF TOMMY       )
YANCY, JUNIOR, DECEASED,     )
                             )
         PLAINTIFFS,         )
                             )
     vs.                     )    Case No. 15CV0580 JM JLB
                             )
STATE OF CALIFORNIA;         )
CALIFORNIA HIGHWAY PATROL;   )
CITY OF IMPERIAL; CITY OF    )
IMPERIAL POLICE DEPARTMENT;  )
COUNTY OF IMPERIAL; COUNTY   )
OF IMPERIAL SHERIFF'S        )
DEPARTMENT; JOSEPH A.        )
FARROW; RAYMOND LOERA;       )
MIGUEL COLON, JR.; GILBERT   )
CALDERA; HERCILIO CARDENAS;  )
ROBERT GONZALES; AND DOES 1  )
THROUGH 25, INCLUSIVE,       )
                             )
         DEFENDANTS.         )
_____)
```

DEPOSITION OF DR. MICHAEL ALAN GRAHAM, produced, sworn, and examined on behalf of Plaintiffs, AUGUST 17, 2017, between the hours of 1:30 in the afternoon and 4:18 in the afternoon of that day, at St. Louis University School of Medicine, 1402 South Grand Boulevard, St. Louis, Missouri, 63104, before Angela M. Taylor, RPR, MO-CCR, IL-CSR.

                    A P P E A R A N C E S

Attended Telephonically:   Dave Fox of Fox Law, APC, 225 West Plaza Street, Suite 102, Solana Beach, CA 92075 represented Plaintiffs.

Attended Telephonically:   Edward Wolf of Office of Attorney General of California, 600 West Broadway, Suite 1800, San Diego, CA 92101 represented Defendants.

```
13:46   1    examiner, can you quantify or estimate aside from your
        2    work as consulting in the legal end, but just as your
        3    work in the forensic pathologist or medical examiner,
        4    can you estimate how many times that -- that you
13:46   5    listed excited delirium as a cause of death in an
        6    autopsy you've done not for a legal case?
        7         A    You mean not as a consultant?
        8         Q    Correct.
        9         A    Yeah.  It's somewhere between zero and two a
13:46   10   year in the city.  Yeah, probably maybe zero to three
        11   per year for the last 30 years.
        12        Q    Okay.  And is there a way to say on average
        13   how many cases we'll call them that you see a year
        14   where you're writing a report as to the cause of death
13:47   15   and, again, not consulting.  I'm just talking about
        16   your regular work.
        17        A    I mean, I certify probably close to a
        18   thousand deaths a year.
        19        Q    And when you say you certify in the
13:47   20   certification process, you list that a cause of death?
        21        A    Yes.
        22        Q    Okay.  In -- in the cases that you've
        23   diagnosed excited delirium as the -- as a cause of
        24   death, is it -- is it fair to say the majority of
13:47   25   those that would involve a decedent that had some sort
```

## REPORTER CERTIFICATE

I, Angela M. Taylor, RPR, MO-CCR, IL-CSR, do hereby certify that there came before me at St. Louis University School of Medicine, 1402 South Grand Boulevard, St. Louis, Missouri, 63104,

DR. MICHAEL ALAN GRAHAM,

who was by me first duly sworn; that the witness was carefully examined, that said examination was reported by myself, translated and proofread using computer-aided transcription, and the above transcript of proceedings is a true and accurate transcript of my notes as taken at the time of the examination of this witness.

I further certify that I am neither attorney nor counsel for nor related nor employed by any of the parties to the action in which this examination is taken; further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this action.

Dated this 6th day of SEPTEMBER, 2017.

*Angela M Taylor* (signature)

ANGELA M. TAYLOR, RPR, MO-CCR, IL-CSR