**DOCUMENT FILED SEPARATELY UNDER SEAL PURSUANT TO APPLICATION TO SEAL**