William E. Bender, Esq. (SBN: 167887)
Brandi Kurlander, Esq. (SBN: 203077)
**BENDER & GRITZ**
350 10th Avenue, Suite 900
San Diego, California 92101
TEL: (619) 515-0222
FAX: (619) 515-0221
E-mail: bbender@bendergritz.com

Dave Fox, Esq. (SBN: 254651)
**FOX LAW, APC**
225 W. Plaza St., Suite 102
Solana Beach, CA 92075
TEL: (858) 256-7616
FAX: (858) 256-7618
E-mail: Dave@foxlawapc.com

Attorney for Plaintiffs Alexis Yancy and Jayden Yancy

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS YANCY and JAYDEN YANCY, by and through their Guardian Ad Litem, KATHERINE HAWK, individually and on behalf of the Estate of Tommy Yancy, Junior, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>Defendants. | Case No. 3:15-cv-0580-JM-PCL<br><br>**DECLARATION OF DAVE A. FOX IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF CITIZEN'S COMPLAINT**<br><br>Judge: Hon. Jeffrey T. Miller<br>Ctrm.: 5D (Schwartz Courthouse)<br>Date: October 2, 2017<br>Time: 10:00 A.M. |

I, Dave A. Fox, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am the founder of the law firm Fox Law, APC and counsel of record for Plaintiffs Alexis Yancy and Jayden Yancy ("Plaintiffs"). I have personal knowledge of the facts contained in this declaration, and if called as witness, could and would testify competently to the accuracy of those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts taken from the deposition of Sergeant Wesley Boerner in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts taken from the deposition of Sergeant Jason Graham in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 21, 2017

s/ Dave A. Fox
DAVE A. FOX

DECLARATION OF DAVE A. FOX IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF CITIZEN'S COMPLAINT