# EXHIBIT 1

**Sgt. Wesley Boerner**                                    **Yancy, et al. vs. State of California, et al.**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
    ALEXIS YANCY, et al.,            )
 4                                   )
              Plaintiffs,            )
 5                                   )   Case No. 15-cv-0580
    v.                               )   JM (PCL)
 6                                   )
    STATE OF CALIFORNIA;             )   and related
 7  CALIFORNIA HIGHWAY PATROL,       )   consolidated case of
    et al.,                          )   15-cv-0334 JM (PCL)
 8                                   )
              Defendants.            )
 9  AND RELATED CASE OF              )
                                     )
10  LAWANDA MOSES, et al.,           )
                                     )
11            Plaintiffs,            )
    v.                               )
12                                   )
    STATE OF CALIFORNIA;             )
13  CALIFORNIA HIGHWAY PATROL,       )
    et al.,                          )
14                                   )
              Defendants.            )
15  _____)

16              DEPOSITION OF SGT. WESLEY BOERNER

17                    El Centro, California

18                       August 24, 2017

19

20

21

22

23  Reported By:
    JULIA LENNAN
24  CSR No. 12843

25  Job No. 10035471
```

Case 3:15-cv-00580-JM-PCL   Document 144-2   Filed 09/21/17   PageID.2298   Page 3 of 5

Sgt. Wesley Boerner                                  Yancy, et al. vs. State of California, et al.

```
 1   that.
 2       Q    Did you ever speak to any of the people
 3   investigating the incident, like a Mr. or
 4   Officer Gilbert about what happened?
 5       A    I don't recall.  It would have been
 6   Sergeant Gilbert, I think.
 7       Q    I'm sorry.
 8       A    He would have been probably assigned.  I -- you
 9   bring up his name, so I'm going to assume he was the one
10   who was investigating the incident.
11       Q    Did you ever ask questions to Officer Cardenas
12   or Officer Caldera about what happened?
13       A    Not that I recall.  I don't recall asking them
14   anything.
15       Q    The understanding that you just conveyed, where
16   did you get that understanding of what happened?
17       A    You know, I don't know specifically.
18       Q    If you look at AGO 1375 of Exhibit 3, the
19   bottom right, there's some numbers.  And actually, why
20   don't we -- it's sort of out of context that way.  As
21   you can see, on that page it says, "Officer Acevedo
22   notified Sergeant Boerner of the incident and completed
23   the CHP 180 vehicle report."
24            Do you see that?
25       A    Yes.
```

Sgt. Wesley Boerner                               Yancy, et al. vs. State of California, et al.

```
 1   BY MR. FOX:
 2       Q    And do you remember talking to -- after the
 3   incident talking to Officer Cardenas or Officer Caldera
 4   about it?
 5       A    You know, they may have been in a briefing
 6   telling the guys what happened of it.  I may have been
 7   there while they were, you know, going over the
 8   incident, but I don't remember bringing them into the
 9   office and having a conversation as a supervisor
10   discussing it with them.
11       Q    Okay.  Is that -- as your job as supervisor, if
12   you found that there was an inappropriate use of force,
13   is it something that you would do as part of your duties
14   to have an individual one-on-one conversation with
15   someone?
16       A    If there's going to be investigation, then we
17   bring in the lieutenant and the commander, the captain,
18   and he would assign it to someone.
19       Q    Okay.  So is that what happened here?
20       A    It does sound like it.
21       Q    Okay.
22            MR. BAXTER:  Speculation.
23   BY MR. BAXTER:
24       Q    So let's assume for a minute that the events
25   occurred as it's described in paragraph 5 as you just
```

Sgt. Wesley Boerner                           Yancy, et al. vs. State of California, et al.

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF IMPERIAL     )

 3

 4          I, Julia Lennan, a certified shorthand reporter

 5   for the State of California, CSR No. 12843, registered

 6   professional reporter, do hereby certify:

 7          That the witness in the foregoing deposition

 8   was first duly sworn by me to testify to tell the truth

 9   in the foregoing cause; that the deposition was taken

10   before me at the time and place herein named; that the

11   said deposition was reported stenographically by me and

12   transcribed through computer-aided transcription under

13   my direction; and that the foregoing is a true record of

14   the testimony elicited; that a review of the transcript

15   by the deponent was requested.

16          I do further certify that I am in no way

17   interested in the outcome of this action or connected

18   with or related to any of the parties or to their

19   respective counsel.

20       In witness whereof, I have hereunto set my hand

21   this 1st day of September, 2017.

22

23

24   _____

25          JULIA LENNAN, RPR, CSR NO. 12843
```