# EXHIBIT 2

Jason Graham                                                          May 04, 2017

```
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3
                 Case No. 15-CV-0580 JM (PCL)
 4          and related case 15-CV-334 JM (PCL)

 5   ALEXIS YANCY, et al.,              )
                                        )
 6                   Plaintiffs,        )
                                        )
 7           vs.                        )
                                        )
 8   STATE OF CALIFORNIA; CALIFORNIA    )
     HIGHWAY PATROL, et al.,            )
 9                                      )
                     Defendants.        )
10                                      )
     and the consolidated case of       )
11                                      )
     LAWANDA MOSES, et al.,             )
12                                      )
                     Plaintiffs,        )
13                                      )
             vs.                        )
14                                      )
     STATE OF CALIFORNIA; CALIFORNIA    )
15   HIGHWAY PATROL; et al.,            )
                                        )
16                   Defendants.        )
     _____)
17

18

19              DEPOSITION OF JASON GRAHAM

20                 San Diego, California

21                     May 4, 2017

22

23
     REPORTED BY:  KATHLEEN S. McLAUGHLIN, CSR NO. 5845
24                 Certified Shorthand Reporter
                   License No. 5845
25
```

```
 1   BY MR. FOX:
 2       Q    Okay.
 3            And do you remember -- having had a discussion
 4   so far, do you remember commenting to Sergeant Gilbert
 5   one way or the other as to whether Officer Caldera's
 6   actions were within policy or not?
 7       A    I do not recall specifically, no.
 8       Q    Do you remember having a conversation with
 9   Officer -- now having looked at some of these
10   documents -- and if you'd like, would it help you --
11   might it refresh your memory if you finished the
12   chronological summary, which is basically just four more
13   pages, to refresh your memory potentially about the
14   incident?
15       A    Okay.
16       Q    Okay.  I'll give you a minute.  The summary
17   goes from AGO 1371 where you started to 13 -- actually,
18   1370 to 1375.
19            MR. BAXTER:  But don't rush.  Take your time to
20   make sure you understand.
21            THE WITNESS:  Okay.
22            MR. BAXTER:  Might be more than a minute.
23            MR. FOX:  Yes.
24   BY MR. FOX:
25       Q    For the record, take your time and just let me
```

```
 1   having a specific conversation with Officer Caldera
 2   about what happened?
 3        A    Yes.
 4        Q    Okay.  And what do you remember from that
 5   conversation?
 6        A    I'm assuming it's what he had here in this --
 7   in his -- in his statement.
 8        Q    Without making assumptions, do you remember now
 9   in your head about any of the conversation that you had
10   with him?
11        A    I do not.
12        Q    From this incident do you remember ever getting
13   a call from either Officer Cardenas or Officer Caldera
14   at any point during the incident that they needed help
15   to deal with the situation of somebody not signing their
16   ticket?
17        A    I would not have received that call.
18   Obviously, I was not in El Centro at the time.  So, if
19   they would have requested a supervisor, it would have
20   come from the El Centro office.
21        Q    They would have asked for a supervisor out
22   there?
23        A    Yes, sir.
24        Q    And that would be a normal protocol if somebody
25   does not -- is refusing to sign a Notice to Appear to
```

```
 1                        CERTIFICATE OF

 2             CALIFORNIA CERTIFIED SHORTHAND REPORTER

 3             I, the undersigned, a Certified Shorthand

 4    Reporter of the State of California, do hereby certify:

 5             That the foregoing proceedings were taken

 6    before me at the time and place herein set forth; that

 7    any witnesses in the foregoing proceedings, prior to

 8    testifying, were placed under oath; that a verbatim

 9    record of the proceedings was made by me using machine

10    shorthand which was thereafter transcribed under my

11    direction; further, that the foregoing is an accurate

12    transcription thereof.

13             The dismantling of this transcript will render

14    the reporter's certificate null and void.

15             I further certify that I am neither financially

16    interested in the action nor a relative or employee of

17    any attorney of any of the parties.

18             Reading and signing was requested.

19             IN WITNESS WHEREOF, I have this date subscribed

20    my name.

21

22    Dated:  May 19, 2017

23                              _____
                                KATHLEEN S. McLAUGHLIN
                                CSR No. 5845
24

25
```

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | litivate.com