ORIGINAL

FILED
JAN 26 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS YANCY AND JAYDEN YANCY, BY AND THROUGH THEIR GUARDIAN AD LITEM, KATHERINE HAWK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY YANCY, JR., DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>CHP OFFICER GILBERT CALDERA; CHP OFFICER SALVADOR ACEVEDO,<br><br>Defendants. | 15cv0580 JM (PCL)<br><br>**SPECIAL VERDICT FORM** |

1

**FEDERAL CIVIL RIGHTS CLAIM – ESTATE OF TOMMY YANCY**

1. Did either Defendant use excessive force against Tommy Yancy in violation of the Fourth Amendment?

    (a) Defendant Gilbert Caldera?

        ANSWER YES OR NO: **NO**

    (b) Defendant Salvador Acevedo?

        ANSWER YES OR NO: **NO**

INSTRUCTION: If your answer to question 1 is "NO" as to both Defendants, please proceed to question 4, below. If your answer to question 1, above, is "YES" as to either Defendant, please proceed to question 2.

2. Did the use of excessive force by either Defendant for whom you answered "YES" cause harm to Tommy Yancy?

    (a) Defendant Gilbert Caldera?

        ANSWER YES OR NO: _____

    (b) Defendant Salvador Acevedo?

        ANSWER YES OR NO: _____

INSTRUCTION: If your answer to question 2, above, is "YES" as to either of the Defendants, please proceed to question 3. If your answer to question 2 is "NO", or was not applicable, as to both Defendants, please proceed to question 4, below.

3. What amount of damages, if any, was proven for any mental, physical, and emotional pain and suffering of Tommy Yancy before his death?

        $ _____

INSTRUCTION: Answer question 4.

**STATE LAW BATTERY CLAIM – ALEXIS and JAYDEN YANCY**

4. Did Defendant Salvador Acevedo commit a battery against Tommy Yancy?

ANSWER YES OR NO: __NO__

INSTRUCTION: If your answer to question 4 is "NO", stop here, answer no further questions and have the Presiding Juror date and sign this form. If your answer to question 4 is "YES", please proceed to question 5.

5. Did the battery upon Tommy Yancy by Defendant Salvador Acevedo, cause loss or harm to Plaintiffs?

ANSWER YES OR NO: _____

INSTRUCTION: If your answer to question 5 is "NO", stop here, answer no further questions and have the Presiding Juror date and sign this form. If your answer to question 5 is "YES" as to either of the Defendants, proceed to question 6.

///
///
///
///
///
///
///
///
///

6. What amount of damages, if any, do you find will compensate Plaintiff Alexis Yancy and Plaintiff Jayden Yancy for the loss of Tommy Yancy's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training and guidance?

    (a)   Plaintiff Alexis Yancy:          $ _____

    (b)   Plaintiff Jayden Yancy:         $ _____

INSTRUCTION: End of questions. Have the Presiding Juror date and sign this form.

Dated: 1/26/2018

Signed: _____
PRESIDING JUROR

Once the verdict form is signed, please deliver the verdict form to the judge.