| NO. | PARTY | EXHIBIT | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|
| 1. | Plaintiff | Critical Incident Criminal Investigation (CICI) Report, pages 118-119, 128 | 1/17/2018 | 1/17/2018 |
| 2. | Plaintiff | Death Certificate of Tommy Yancy, Jr. | | |
| 3. | Plaintiff | 3A. Yancy autopsy photographs<br>3B. Yancy autopsy photographs of scene by SIU<br>3C. Yancy x-rays | 1/23/2017<br>3A-23; 3A-47; 3A-41; 3A-19; 3A-21; 3A-28; | 1/23/2017<br>3A-23; 3A-47; 3A-41; 3A-19; 3A-21; 3A |
| 4. | Plaintiff | Intentionally left blank | | |
| 5. | Plaintiff | Intentionally left blank | | |
| 6. | Plaintiff | Taser log | | |
| 7. | Plaintiff | Intentionally left blank | | |
| 8. | Plaintiff | Intentionally left blank | | |
| 9. | Plaintiff | Intentionally left blank | | |
| 10. | Plaintiff | Intentionally left blank | | |
| 11. | Plaintiff | Intentionally left blank | | |
| 12. | Plaintiff | Intentionally left blank | | |
| 13. | Plaintiff | Intentionally left blank | | |
| 14. | Plaintiff | Intentionally left blank | | |
| 15. | Plaintiff | Intentionally left blank | | |
| 16. | Plaintiff | Intentionally left blank | | |
| 17. | Plaintiff | Intentionally left blank | | |
| 18. | Plaintiff | Intentionally left blank | | |
| 19. | Plaintiff | Intentionally left blank | | |
| 20. | Plaintiff | Intentionally left blank | | |
| 21. | Plaintiff | Animations | 1/22/2018 | Demonstrative |
| 22. | Plaintiff | Intentionally left blank | | |
| 23. | Plaintiff | Intentionally left blank | | |

| | | | | |
|---|---|---|---|---|
| 24. | Plaintiff | Officer Caldera audio statement | | |
| 25. | Plaintiff | Transcription of Officer Caldera audio | | |
| 26. | Plaintiff | Officer Cardenas audio statement | | |
| 27. | Plaintiff | Transcription of Officer Cardenas audio statement | | |
| 28. | Plaintiff | Officer Gonzales audio statement | | |
| 29. | Plaintiff | Transcription of Officer Gonzales audio statement | | |
| 30. | Plaintiff | Officer Alvarez audio statement | | |
| 31. | Plaintiff | Transcription of Officer Alvarez audio statement | | |
| 32. | Plaintiff | Officer Acevedo audio statement | 1/18/2018 | 1/18/2018 |
| 33. | Plaintiff | Transcription of Officer Acevedo audio statement | | |
| 34. | Plaintiff | Intentionally left blank | | |
| 35. | Plaintiff | Caldera Weight Drop PDF | 1/18/2018 | 1/18/2018 |
| 36. | Plaintiff | Academy Cadet Safety Manual | | |
| 37. | Plaintiff | Intentionally left blank | | |
| 38. | Plaintiff | Intentionally left blank | | |
| 39. | Plaintiff | Exhibit 9 to Acevedo Deposition, CHP Crisis and Intervention Training | 1/22/2018 | |
| 40. | Plaintiff | Intentionally left blank | | |
| 41. | Plaintiff | Intentionally left blank | | |
| 42. | Plaintiff | Intentionally left blank | | |
| 43. | Plaintiff | Intentionally left blank | | |
| 44. | Plaintiff | Intentionally left blank | | |
| 45. | Plaintiff | Intentionally left blank | | |
| 46. | Plaintiff | Intentionally left blank | | |
| 47. | Plaintiff | Intentionally left blank | | |
| 48. | Plaintiff | Intentionally left blank | | |

| 49. | Plaintiff | Intentionally left blank | | |
|---|---|---|---|---|
| 50. | Plaintiff | Intentionally left blank | | |
| 51. | Plaintiff | Intentionally left blank | | |
| 52. | Plaintiff | Intentionally left blank | | |
| 53. | Plaintiff | Intentionally left blank | | |
| 54. | Plaintiff | Intentionally left blank | | |
| 55. | Plaintiff | Exhibit 1 to Caldera Deposition, Gilbert P. Caldera Personnel File | | |
| 56. | Plaintiff | Intentionally left blank | | |
| 57. | Plaintiff | Exhibit 6 to Alvarez Deposition, CHP Crisis Intervention Training Expanded Course Outline | | |
| 58. | Plaintiff | Intentionally left blank | | |
| 59. | Plaintiff | Exhibit 3 to Caldera Deposition, May 11, 2014 El Centro Area Beat Schedule | | |
| 60. | Plaintiff | Intentionally left blank | | |
| 61. | Plaintiff | Intentionally left blank | | |
| 62. | Plaintiff | Intentionally left blank | | |
| 63. | Plaintiff | Intentionally left blank | | |
| 64. | Plaintiff | Intentionally left blank | | |
| 65. | Plaintiff | Intentionally left blank | | |
| 66. | Plaintiff | Exhibit 9 to Fillman Deposition, Protective Order for CHP Officer Personnel File and CHP Policy, Procedures and Training Documents | | |
| 67. | Plaintiff | POST training documents<br>67A – LD 22 Lesson Plan vehicle pullovers<br>67B – LD 33 Version 3.2, Arrest Methods/Defensive Tactics<br>67C – LD 20 Version 3.1, Use of Force<br>67D – LD 28 Version 5.4, Traffic Enforcement | 1/18/2018 67B<br><br>1/22/2018 67C (pgs 1, 2, 36) | 1/22/2018 67B (pgs 1, 2, 26, 27)<br>1/22/2018 67C (pgs 1, 2, 36) |

| | | | | |
|---|---|---|---|---|
| | | 67E – Basic Stop Guide<br>67F – Nighttime Basic Stop<br>67G – POST Law Enforcement K-9 Guidelines<br>67H – LD 20, Communication Excerpt<br>67I – LD 33, Version 4.1, Arrest and Control<br>67J – LD 37, Version 5.1, People with Disabilities<br>67K – Guidelines for Student Safety<br>67L – LD 22, Vehicle Pullovers Expanded Course Outline<br>67M – PSP Interpersonal Communications<br>67N – PSP Tactical Firearms<br>67O – PSP Arrest and Control<br>67P – Utilization of canines as alternative to deadly force | | |
| 68. | Plaintiff | CHP Crisis Intervention Training Lesson Plan<br>*duplicate of Ex. 39 | | |
| 69. | Plaintiff | CHP Field Training and Evaluation Program<br>69A – Field Training and Evaluation Program<br>69B – Field Training Officer Evaluation Process<br>69C – Field Training and Evaluation Program Rating Guide<br>69D – Trainee Evaluation Process<br>69E – Emergency Incident Management<br>69F – Trainee Checklist | | |

| | | | | |
|---|---|---|---|---|
| 70. | Plaintiff | 69G – Area Orientation<br>Highway Patrol Manual<br>70A – HPM 10.11, Ch. 4-5<br>70B – HPM 10.11, Annexes<br>70C – HPM 70.6, Ch. 19 Personal Weapons<br>70D – HPM 70.6, Ch. 26 Aerosol Subject Restraint<br>70E – HPM 70.6, Ch. 3, Apprehension of Traffic Violator<br>70F – HPM 70.6 Ch. 8, High Risk and Felony Apprehensions<br>70G – HPM 70.6, Ch. 13, Patrol and Enforcement on the Freeway<br>70H – HPM 70.6, Ch. 20, Control Holds<br>70I – HPM 70.6, Ch. 25<br>70J – HPM 70.6, Ch. 28 Less Lethal Shotgun<br>70K – HPM 70.6, Ch. 29 Conductive Energy Weapon (Taser)<br>70L – HPM 70.6, Page 4-3<br>70M – HPM 70.6, Page 25-55<br>70N – HPM 70.6, Page 29-6<br>70O – HPM 70.6, Pages 26-5-26-6<br>70P – HPM 70.6, Ch. 1 Use of Force<br>70Q – HPM 70.7 Ch. 4 Enforcement Operations<br>70R – HPM 70.7 Ch. 5 Canine Team Training<br>70S – HPM 70.7 Chs. 1-3<br>70T – HPM 70.6 Ch. 25-55<br>70U – HPM 100.69 – Annex D Mental Illness | 1/22/2018 (70I)<br><br>1/22/2018 (70P) | 1/22/2018(70I) Pgs 3,<br>1/22/2018(70P) Pgs 1, 2, 3, 4 |
| 71. | Plaintiff | Intentionally left blank | | |

| | | | | |
|---|---|---|---|---|
| 72. | Plaintiff | Intentionally left blank | | |
| 73. | Plaintiff | Intentionally left blank | | |
| 74. | Plaintiff | Training and Testing Specifications for Learning Domain #20 Use of Force | | |
| 75. | Plaintiff | Training and Testing Specifications for Learning Domain #22 Vehicle Pullovers | | |
| 76. | Plaintiff | Training and Testing Specifications for Learning Domain #28 Traffic Enforcement | | |
| 77. | Plaintiff | Training and Testing Specifications for Learning Domain #33, Arrest Methods/Defense Tactics | | |
| 78. | Plaintiff | Verbal Judo Document | | |
| 79. | Plaintiff | Intentionally left blank | | |
| 80. | Plaintiff | All Defendants' discovery responses to special interrogatories (Exs. 80A-E) | | |
| 81. | Plaintiff | All Defendants' discovery responses to requests for production. (Exs. 81A-J) | | |
| 82. | Plaintiff | Defendants' discovery responses to requests for admission. | | |
| 83. | Plaintiff | Gilbert Caldera Deposition Transcript, Nov. 10, 2016 | | |
| 84. | Plaintiff | Intentionally left blank | | |
| 85. | Plaintiff | Salvador Acevedo Deposition Transcript, January 18, 2017 | | |
| 86. | Plaintiff | Intentionally left blank | | |
| 87. | Plaintiff | Intentionally left blank | | |
| 88. | Plaintiff | Intentionally left blank | | |
| 89. | Plaintiff | Intentionally left blank | | |

| | | | | |
|---|---|---|---|---|
| 90. | Plaintiff | Intentionally left blank | | |
| 91. | Plaintiff | Disc O of the CHP El Centro Area for May 11, 2014<br>91A – Enhanced<br>91B – Enhanced Cropped<br>91C – Shots from Disc N | 1/22/2018 91C | 1/22/2018 91C |
| 92. | Plaintiff | Photograph of Dr. Werner U. Spitz, MD | | |
| 93. | Plaintiff | Photograph of Grant Fredericks | | |
| 94. | Plaintiff | Photograph of Jeffrey Noble | | |
| 95. | Plaintiff | Photograph of Richard Boehme, MD, PhD | | |
| 96. | Plaintiff | Photograph of Michael M. Takamura, MD | | |
| 97. | Plaintiff | Photograph of Robert Fonzi | | |
| 98. | Plaintiff | Photograph of Gary M. Vilke, MD | | |
| 99. | Plaintiff | Photograph of Vincent J. M. Di Maio, MD | | |
| 100. | Plaintiff | Photograph of Dominic Addario, MD | | |
| 101. | Plaintiff | Photograph of Michael Graham, MD | | |
| 102. | Plaintiff | Photograph of Google map of site | | |
| 103. | Plaintiff | Bloody window photograph | | |
| 104. | Plaintiff | Intentionally left blank | | |
| 105. | Plaintiff | Photograph of tracking arrows during dog deployment | | |
| 106. | Plaintiff | Site map enlarged | | |
| 107. | Plaintiff | Arco Google maps | | |
| 108. | Plaintiff | CIT photographs 052-148 (Harris 05-12-14)<br>Ex. 108-1 through 108-97 | 1/22/2018<br>108-1; 108-12 | 1/22/2018<br>108-1; 108-12 |
| 109. | Plaintiff | Photographs of scene and El Centro Personnel on 5-11-14<br>Ex. 109-1 through 109-42 | | |
| 110. | Plaintiff | Photographs of scene, Nicholas 05- | | |

| | | | | |
|---|---|---|---|---|
| | | 11-14 (IMG_8160-8225) | | |
| | | Ex. 110-1 through 110-66 | | |
| 111. | Plaintiff | Photographs of intersection, handcuffs, Yancy's clothing and related items [Nicholas 05-13-14 (IMG_8226-8453)] <br> 111-1 through 111-227 | | |
| 112. | Plaintiff | Intentionally left blank | | |
| 113. | Plaintiff | Photo 118 Large | | |
| 114. | Plaintiff | Photo 119 Large | | |
| 115. | Plaintiff | Intentionally left blank | | |
| 116. | Plaintiff | Intentionally left blank | | |
| 117. | Plaintiff | Photographs of Yancy funeral and memorial <br> [Exs. 117A-1 through 117A-9; 117B-1 through 117B-7] | | |
| 118. | Plaintiff | Photographs of "Stop Police Brutality" and "In Honor of Tommy 'Ray Ray' Yancy" signs <br> [Exs. 118-1 through 118-6] | | |
| 119. | Plaintiff | Photographs of Tommy Yancy, Jr. <br> [Exs. 119-1 through 119-3] | | |
| 120. | Plaintiff | Yancy family photographs <br> [Exs. 120A-1 through 120A-19; 120B-1 through 120B-45] | 1/22/2018 120A1;120A13; 120A3;120A12; 120B30;120B31 | 1/22/2018 120A1;120A13; 120A3;120A12; 120B30;120B31 |
| 121. | Plaintiff | Photograph of photo collages <br> [Exs. 121-1 through 121-7] | | |
| 122. | Plaintiff | Intentionally left blank | | |
| 123. | Plaintiff | Intentionally left blank | | |
| 124. | Plaintiff | Alexis Yancy Photographs <br> [Exs. 124-1 through 124-11] | | |
| 125. | Plaintiff | Alexis Yancy poem (9) | | |
| 126. | Plaintiff | Intentionally left blank | | |

| | | | | |
|---|---|---|---|---|
| 127. | Plaintiff | Exhibit 1 of Sonia Medina's depo, photograph of witness drawing | | |
| 128. | Plaintiff | Exhibit 2 of Elias Miramontes's depo, photograph with witness drawing | | |
| 129. | Plaintiff | Exhibit 2 of Jose Luis Flores's depo, photograph with witness drawing | | |
| 130. | Plaintiff | Exhibit 2 of Deborah Flores's depo, photograph with witness drawing | | |
| 131. | Plaintiff | Skull demonstrative | | |
| 132. | Plaintiff | Human body mannequin | | |
| 133. | Plaintiff | Functional Larynx Model | | |
| 134. | Plaintiff | Two-part Larynx Model | 1/22/2018 | Demonstrative |
| 135. | Plaintiff | Trial Demonstratives | | |
| 136. | Plaintiff | Trial Demonstratives | | |
| 137. | Plaintiff | Trial Demonstratives | | |
| 138. | Plaintiff | Trial Demonstratives | | |
| 139. | Plaintiff | Trial Demonstratives | | |
| 140. | Plaintiff | Trial Demonstratives | | |
| 141. | Plaintiff | Trial Demonstratives | | |
| 142. | Plaintiff | Trial Demonstratives | | |
| 143. | Plaintiff | Trial Demonstratives | | |
| 144. | Plaintiff | Trial Demonstratives | | |
| 145. | Plaintiff | Trial Demonstratives | | |
| 146. | Plaintiff | Trial Demonstratives | | |
| 147. | Plaintiff | Intentionally left blank | | |
| 148. | Plaintiff | Intentionally left blank | | |
| 149 | Plaintiff | Knowledge Doman | | |
| 150 | Plaintiff | CHP Crisis Intervention Training PPT | | |
| 151 | Plaintiff | Officer's Safety Trainers Training Guide | | |
| 152 | Plaintiff | Intentionally left blank | | |
| 153 | Plaintiff | HPM Tactical Communications Presentation | | |

| | | | | |
|---|---|---|---|---|
| 154 | Plaintiff | Ex. 6 Perez Depo, Google Map | | |
| 154-199 | Plaintiff | RESERVED | | |
| 200 | Plaintiff | Gonzales MVARS<br>A1 - Gonzales MVARS (as originally produced in parts)<br>A2 – Gonzales MVARS (merged into one) | 1/17/2018 A1 | 1/18/2018 A1 |
| 201 | Plaintiff | Luna MVARS<br>A – Luna MVARS | | |
| 202 | Plaintiff | AMPM Cam 10<br>A1 – AMPM Cam 10, original, part 1<br>A2 – AMPM Cam 10, original, part 2<br>C – AMPM Cam 10, enhanced of original | 1/17/2018 | 1/17/2018 |
| 203 | Plaintiff | A – AMPM Cam 11, original<br>C – AMPM Cam 11, enhanced of original | 1/17/2018 | 1/17/2018 |
| 204 | Plaintiff | A – Cam 10/11 split screen of originals<br>C – Cam 10/11 split screen of enhanced | 1/17/2018 | 1/17/2018 |
| 205 | Plaintiff | Edna Cruz Video<br>A – original wo audio<br>B – original wo audio<br>C – enhanced w audio<br>D – enhanced wo audio | 1/18/2018 205A<br>1/18/2018 205C | 1/18/2018 205A<br>1/18/2018 205C |
| 206 | Plaintiff | A1, original 407 | | |
| | | A2, original 408 without audio | 1/17/2018 | 1/17/2018 |
| | | A3, original 409 | | |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | A4, original 410 |   |   |
|   |   | B1, original 407, wo audio | 1/17/2018 | 1/17/2018 |
|   |   | B2, original 408, wo audio | 1/17/2018 | 1/17/2018 |
|   |   | B3, original 409, wo audio |   |   |
|   |   | B4, original 410, wo audio |   |   |
|   |   | C – enhanced 407/408 w audio |   |   |
|   |   | D – enhanced 407/408 wo audio | 1/17/2018 | 1/17/2018 |
| 207 | Plaintiff | D1, mutlicam view |   |   |
|   |   | D2, multicam view 2 (side by side 407/408 with Gonzales MVARS) | 1/18/2018 2017 | 1/18/2018 2017 |
| 208-299 | Plaintiff | RESERVED |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
| 301 | Defendant | CD (certified and Copy) of digital audio of CHP El Centro Area two-way radio communications related to Incident (see Item 24 on page 41 of CICI Report) subject to protective order |   |   |
| 302 | Defendant | Transcript of digital audio of CHP El Centro Area two-way radio communications related to Incident - subject to protective order |   |   |
| 303 | Defendant | CD (certified and Copy) of digital audio of telephone calls to and from CHP El Centro Communications Center related to Incident (see Item 25 on page 41 of CICI Report) - |   |   |

| | | | | |
|---|---|---|---|---|
| | | subject to protective order | | |
| 304 | Defendant | Transcript of digital audio of telephone calls to and from CHP El Centro Communications Center related to Incident – subject to protective order | | |
| 305 | Defendant | CD (certified and copy) of digital audio of combined dispatch and radio calls to and from CHP El Centro Communications Center related to Incident (see Item 26 on page 41 of CICI Report) – subject to protective order | | |
| 306 | Defendant | Transcript of digital audio of combined dispatch and radio calls to and from CHP El Centro Communications Center related to Incident – subject to protective order | | |
| 307 | Defendant | CD of digital audio of combined radio transmissions and telephone calls to and from El Centro Police Department Communications Center related to Incident (see Item 27 on page 41 of CICI Report) | | |
| 308 | Defendant | Transcript of digital audio of combined radio transmissions and telephone calls to and from El Centro Police Department Communications Center related to Incident | | |
| 309 | Defendant | Computer-aided Dispatch Log (CAD) for the dispatches related to Incident by CHP El Centro Communications Center (see Item 22 on page 40 of CICI Report | | |
| 310 | Defendant | DVD of loop data obtained from Officer Robert Gonzales's MVARS unit for May 11, 2014, data (see Item 8 on page 37 of CICI Report and Disc B on pages 44-46 of CICI Report)<br><br>Subject to Protective Order | | |
| 311 | Defendant | Digital Image of baggie containing | | |

| | | | | |
|---|---|---|---|---|
| | | marijuana (see Item 23 on page 41 of CICI Report) | | |
| 312 | Defendant | DVD of AVI format recordings from AM/PM Security Cameras (see Disc E on pages 46 and 47 of CICI Report, and all avi segments listed therein) | | |
| 313 | Defendant | DVDs of native videofiles PROVIDED by Yelen Villereal (See page L5 and page 38 of CICI Report, Item 12) | | |
| 314 | Defendant | DVD recording of cell phone video taken on Lorena Samaniego's cell phone (see Item 15 on page 39 of CICI Report and Disc N on page 48 of CICI Report) – IMG_0407.MOV; IMG_0408.MOV; IMG_0409.MOV; and IMG_0410.MOV | | |
| 315 | Defendant | Annex M to CICI Report – April 24, 2014, email from Officer Robert Gonzales regarding malfunctioning MVARS unit | | |
| 316 | Defendant | Exhibit 3 to deposition of Heather Blancarte – MVARS Audit Report January 16, 2014 | | |
| 317 | Defendant | Exhibit 4 to deposition of Heather Blancarte – MVARS Audit Report April 7, 2014 | | |
| 318 | Defendant | Exhibit 7 to deposition of Heather Blancarte – MVARS Audit Reports: October 3, 2014, July 8, 2014, and January 8, 2015 | | |
| 319 | Defendant | 66 May 11, 2014, Nicholas digital photos IMG_8160.JPG – IMG_8225.JPG (see page 43 of CICI Report, reference "Disc 1") | | |
| 320 | Defendant | 228 May 13, 2014, Nicholas digital photos IMG_8226.JPG – IMG_8453.JPG (see page 43 of CICI Report, reference "Disc 1") | 1/17/2018(91) 1/17/2018(99) 1/17/2018(101) | 1/17/2018(91) 1/17/2018(99) 1/17/2018(101) |
| 321 | Defendant | 37 May 11, 2014, digital photos scene and officers IMG_0520.JPG – | | |

| | | | | |
|---|---|---|---|---|
| | | IMG_0534.JPG and IMG_2020.JPG – IMG_2041.JPG (see page 43 of CICI Report, reference "Disc 4") | | |
| 322 | Defendant | 97 May 12, 2014 digital CIT photos 052.JPG – 148.JPG (see page 43 of CICI report, reference "Disc 2") | | |
| 323 | Defendant | DVD of Sergeant Luna's MVARS Video of May 11, 2014, Incident (see Item 13 on page 39 of CICI Report and Disc J on page 47 of CICI Report) | | |
| 324 | Defendant | ECD Event Memory Printout for Officer Cardenas's ECD (Taser) – Page 32 of CIIT Report. | | |
| 325 | Defendant | MVARS Inventory Documents (Produced as "Demand 51 Documents in discovery: Bates Nos. AGO 6247-6259) | | |
| 326 | Defendant | Office of Internal Affairs MVARS retrieval records (produced as part of Demand 51 Documents in discovery: Bates Nos. AGO 6346-6353) | | |
| 327 | Defendant | HPM 70.6, Chapter 1 "Use of Force", Revised July 2012 (Bates Nos. AGO 689-699) | | |
| 328 | Defendant | HPM 100.69, Chapter 1 "Arrest Policies," Revised May 2013 (Bates Nos. AGO 6354-6399) | | |
| 329 | Defendant | Dr. Gary Vilke's Initial Expert Witness Report, February 21, 2017 | | |
| 330 | Defendant | Dr. Gary Vilke's upplemental/Rebuttal Expert Witness | | |
| 331 | Defendant | Dr. Gary Vilke's CV | | |
| 332 | Defendant | Dominick M. Addario, M.D.'s Expert Witness Report February 21, 2017 | | |
| 333 | Defendant | Dr. Dominick Addario's CV | | |
| 334 | Defendant | Dr. Michael Graham's July 18, 2017, Expert Witness Report | | |
| 335 | Defendant | Dr. Michael Graham's CV | | |

| | | | | |
|---|---|---|---|---|
| 336 | Defendant | Robert Fonzi's Initial Expert Witness Report February 21, 2017 | | |
| 337 | Defendant | Robert Fonzi's Supplemental/Rebuttal Expert Witness Report | | |
| 338 | Defendant | Robert Fonzi's CV | | |
| 339 | Defendant | Tommy Yancy, Jr.'s Veterans Affairs Medical Records, obtained by CIIT through search warrant, 672 pages (see Item 29 on page 42 of CICI Report) | | |
| 340 | Defendant | Toxicology Report – page D14 of CICI Report | | |
| 341 | Defendant | Toxicology Report – page D16 of CICI Report | | |
| 342 | Defendant | Edna Cruz's cell phone video | | |
| 343 | Defendant | Trial Demonstrative | | |
| 344 | Defendant | Trial Demonstrative | | |
| 345 | Defendant | Trial Demonstrative | | |
| 346 | Defendant | Trial Demonstrative | | |
| 347 | Defendant | Trial Demonstrative | | |
| 348 | Defendant | Trial Demonstrative | | |
| 349 | Defendant | Trial Demonstrative | | |
| 350 | Defendant | Trial Demonstrative | | |
| 351 | Defendant | Trial Demonstrative | | |
| 352-400 | Defendant | Reserved | | |
| 437 | Defendant | | 1/17/2018 | |
| 469 | Plaintiffs | | 1/23/2018 | |
| 533 | Defendant | Charts No. 1-6   533(001-006) | | Demonstrative |
| | | | | |
| | | | | |