IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXIS YANCY AND JAYDEN YANCY, BY AND THROUGH THEIR GUARDIAN AD LITEM, KATHERINE HAWK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF TOMMY YANCY, JR., DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICER GILBERT CARDENAS; CALIFORNIA HIGHWAY PATROL OFFICER SALVADOR ACEVEDO,**<br><br>Defendants. | Case No. 15cv580 JM (PCL)<br><br>**JUDGMENT IN A CIVIL CASE** |

This action came to trial before a jury with the Honorable Jeffrey T. Miller presiding. On January 26, 2018, the issues having been duly tried, the jury rendered a unanimous verdict in favor of each defendant.

IT IS HEREBY ORDERED AND ADJUDGED:

That Plaintiffs Alexis Yancy and Jayden Yancy, by and through their Guardian ad Litem Kathryn Hawk, individually and on behalf of the Estate of

Tommy Yancy, Jr., deceased, shall recover nothing, and the action shall be dismissed on the merits, and that Defendants Gilbert Cardenas and Salvador Acevedo shall comply with Local Rule 54.1 in seeking the recovery of taxable costs.

IT IS SO ORDERED.

Dated: February 15, 2018

Jeffrey T. Miller,
United States District Judge