# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS YANCY and JAYDEN YANCY, by and through their Guardian Ad Litem, KATHERINE HAWK, individually and on behalf of the Estate of Tommy Yancy, Junior, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER GILBERT CALDERA AND CALIFORNIA HIGHWAY PATROL OFFICER SALVADOR ACEVEDO,<br><br>Defendants. | Case No. 3:15-cv-0580-JM-PCL<br><br>**ORDER APPROVING MINOR'S COMPROMISE**<br>**(Document Number 218)**<br><br>Judge: Hon. Jeffrey T. Miller<br>Courtroom:   5D<br><br>Complaint Filed: September 20, 2016<br><br>Trial Date: January 16, 2018 |

1  This Court, having reviewed the parties' Joint Motion for an Order Approving Minor's Compromise, and for good cause appearing therein, hereby orders that the parties' Joint Motion is GRANTED.

Pursuant to Federal Rules of Civil Procedure 17(c), United States District Court for the Southern District of California Civil Local Rule 17.1(a), and related case law, this Court approves the minor's compromise of a waiver of costs in exchange for a waiver of Plaintiffs' right to challenge the verdict or judgment. Thus, each party to this compromise agreement will bear their own costs. The Clerk of Court is instructed to deny all pending motions as moot and to close the file.

IT IS SO ORDERED.

Dated: May 3, 2018

HON. JEFFREY T. MILLER
U.S. District Judge
United States District Court